# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

LESLY POMPY, AND
INTERVENTIONAL PAIN MANAGEMENT
ASSOCIATES, P.C.
               Plaintiffs,

V                                    Case No. 2:19-cv-10334-GCS-SDD
                                    Honorable George Caram Steeh

MBT FINANCIAL CORP., doing business
As Monroe Bank and Trust; SUSAN MEHREGAN,
THOMAS SCOTT, TINA TODD, JESSICA CHAFFIN,
JACK VITALE, in both individual and official capacities,
MARC MOORE, ROBERT BLAIR, JON LASOTTA,
SHAWN KOTCH, BRIAN BISHOP, in both their individual
And official capacities; BLUE CROSS BLUSE SHIELD OF
MICHIGAN, BLUE CROSS BLUE SHIED OF MICHIGAN MUTUAL
INSURANCE COMPANY, BLUE CROSS COMPLETE OF
MICHIGAN, LLC, BLUE CROSS COMPLETE OF MICHIGAN,
MICHAEL ZSENYUK, JIM GALLAGHER, BRIAN ZASADNY,
JAMES HOWELL, DIAN SILAS, CARL CHRISTENSEN,
J.ALAN ROBERTSON; SHELLY EDGERTON, SEAN
M. SIEBIGTEROTH, KIM GAEDEKE, VAUGHN HAFNER,
DINA YOUNG, in both their individual and official capacities, and
RAY KISONAS, jointly and severally,
               Defendants.

_____/

| | |
|---|---|
| Lesly Pompy | Rosati, Schultz, Joppich & |
| In Pro Per | Amtsbuechler, P.C. |
| 533 N. Monroe Street | S. Randall Field (P31841) |
| Monroe, MI 48162 | Daniel Klemptner (P68691) |
| | Attorneys for Defendants Blair, |
| | Chaffin, LaSotta, Todd, & Vitale |
| | 822 Centennial Way, Ste 270 |
| | Lansing, MI 48917 |
| | 517-886-3800 |
| | rfield@rsjalaw.com |
| | dklemptner@rsjalaw.com |

_____/

## MONROE COUNTY DEFENDANTS ANSWER TO COMPLAINT WITH AFFIRMATIVE AND OTHER DEFENSES

NOW COME the Monroe County Defendants and in response to Plaintiff's Complaint state as follows:

### I.    PLAINTIFFS

1.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

3.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

4.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

5.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

6.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

7.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

8.      Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

9.      Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

10.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

11.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

12.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

13.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

14.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

15.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

16.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

17.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

18.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

19.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

20.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

21.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

## II.    THE DEFENDANTS

22.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

23.     Defendants admit she is a magistrate but deny the balance as alleged.

24.     Defendants deny as alleged and further state that Magistrate Todd is entitled to absolute immunity.

25.     Defendants deny as untrue.

4

26.    Defendants admit she is a magistrate but deny the balance as alleged.

27.    Defendants deny as untrue.

28.    Defendants deny as untrue.

29.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

30.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

31.    Defendants deny as untrue.

32.    Defendants state that Robert Blair was assigned to Mantis at the relevant time period.

33.    Defendants state that Jon La Sotta was assigned to Mantis at the relevant time period.

34.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

35.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

36.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

37.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

38.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

39.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

40.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

41.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

42.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

43.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

44.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

45.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

46.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

47.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

48.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

49.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

50.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

51.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

52.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

53.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

54.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

55.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

56.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

57.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

58.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

59.     Defendants admit as to the Monroe County Defendants.

### III.    BASIS OF THE CLAIM

60.     Defendants deny as untrue.

61.     Defendants deny as untrue.

62.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

63.     Defendants deny as untrue.

64.     Defendants deny as untrue.

65.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

66.     Defendants deny as untrue.

8

67.     Defendants deny as untrue.

68.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

69.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

70.     Defendants deny as untrue.

71.     Defendants deny as untrue.

## IV.    STATEMENT OF FACTS

72.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

73.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

74.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

75.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

76.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

9

77.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

78.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

79.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

80.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

81.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

82.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

83.     Defendants deny as untrue.

84.     Defendants deny as untrue.

85.     Defendants deny as untrue.

86.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

87.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

88.     Defendants deny as untrue.

89.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

90.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

91.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

92.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

93.     (a – d.)  Defendants deny as untrue.

94.     Defendants deny as untrue.

95.     Defendants deny as untrue.

96.     Defendants deny as untrue.

97.     Defendants deny as untrue.

98.     Defendants deny as untrue.

99.     Defendants deny as untrue.

100.    Defendants deny as untrue.

101.    Defendants deny as untrue.

102.    Defendants deny as untrue.

103.     Defendants deny as untrue.

104.     Defendants deny as untrue.

105.     Defendants deny as untrue.

106.     Defendants deny as untrue.

107.     Defendants deny as untrue.

108.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

109.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

110.     Defendants deny as untrue.

111.     Defendants deny as untrue.

112.     Defendants deny as untrue.

113.     Defendants deny as untrue.

114.     Defendants deny as untrue.

115.     Defendants deny as untrue.

116.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

117.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

118.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

119.   Defendants deny as untrue.

120.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

121.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

122.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

123.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

124.   Defendants deny as untrue.

125.   Defendants deny as untrue.

126.   Defendants deny as untrue.

127.   Defendants deny as untrue.

128.   Defendants deny as untrue.

129.   Defendants deny as untrue.

130.   Defendants deny as untrue.

131.   Defendants deny as untrue.

132.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

133.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

134.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

135.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

136.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

137.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

138.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

139.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

140.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

141.     Defendants deny as untrue.

142.    Defendants deny as untrue.

143.    Defendants deny as untrue.

144.    Defendants deny as untrue.

145.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

146.    Defendants deny as untrue.

147.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

148.    (a. – f.)  Defendants deny as untrue.

149.    Defendants deny as untrue.

150.    Defendants deny as untrue.

151.    Defendants deny as untrue.

152.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

153.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

154.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

155.    Defendants are without sufficient information upon which to

form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

156. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

157. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

158. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

159. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

160. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

161. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

162. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

163. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

164. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

165.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

166.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

167.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

168.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

169.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

170.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

171.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

172.    Defendants deny as untrue.

173.    Defendants deny as untrue.

174.    Defendants deny as untrue.

175.    Defendants deny as untrue.

176.    Defendants deny as untrue.

177.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

178.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

179.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

180.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

181.    Defendants deny as untrue.

182.    Defendants deny as untrue.

183.    Defendants deny as untrue.

184.    Defendants deny as untrue.

185.    Defendants deny as untrue.

186.    Defendants deny as untrue.

187.    Defendants deny as untrue.

188.    Defendants deny as untrue.

189.    Defendants deny as untrue.

190.    Defendants deny as untrue.

191.    Defendants deny as untrue.

192.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

193.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

194.    Defendants deny as untrue.

195.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

196.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

197.    Defendants deny as untrue.

198.    Defendants deny as untrue.

199.    Defendants deny as untrue.

200.    Defendants deny as untrue.

201.    Defendants deny as untrue.

202.    Defendants deny as untrue.

203.    Defendants deny as untrue.

204.    Defendants deny as untrue.

205.    Defendants deny as untrue.

206.    Defendants deny as untrue.

207.    Defendants deny as untrue.

208.    Defendants deny as untrue.

209.    Defendants deny as untrue.

210.    Defendants deny as untrue.

211.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

212.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs. (a. – d.)  Defendants deny as untrue. (e.)  Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

213.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

## V.    PRELIMINARY STATEMENT

215.  (sic)  Defendants deny as untrue.

216.  Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

217. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

218. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

219. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

220. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

221. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

222. Defendants deny as untrue.

223. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

224. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

225. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

226. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

227. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

228. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

229. Defendants deny as untrue.

230. Defendants deny as untrue.

231. Defendants deny as untrue.

## VI.    ALLEGATIONS AGAINST VAGHN HAFNER
## AND DR. LEON PEDELL

232.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs but deny allegations of false statements.

233.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

234.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

235.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

236.    ( 1 – 12 and i, ii, iii) Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

237.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

238.     Defendants deny as untrue.

239.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

240. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

241. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

242. Defendants deny as untrue.

## VI.  THE ANTICIPATORY SEARCH WARRANT(S) HAS NO LEGAL SUPPORT

243. Defendants deny as untrue.

244. Defendants deny as untrue.

245. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

246. Defendants deny as untrue.

247. Defendants deny as untrue.

248. (A. – C.) Defendants deny as untrue. (D.) Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

249. (1. – 5.) Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

250.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

251.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

252.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

253.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

254.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

255.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

256.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

257.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

258.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

## VII. THE STATUTE OF LIMITATIONS WAS TOLLED

259. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

260. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

261. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

262. Defendants deny as untrue.

263. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

264. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

265. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

266. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

267. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

268.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

269.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

270.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

271.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

272.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

273.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

274.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

275.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

276.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

277. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

278. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

279. Defendants deny as untrue.

280. Defendants deny as untrue.

281. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

282. Defendants deny as untrue.

283. Defendants deny as untrue.

### VIII. COMMON ALLEGATIONS AGAINST DISTRICT COURT MAGISTRATE TINA TODD, MAGISTRATE JESSICA CHAFFIN, AND JUDGE JACK VITALE

284. Defendants deny as untrue.

285. Defendants deny as untrue.

286. Defendants deny as untrue. Defendants further state that Magistrate Todd, Magistrate Chaffin and Judge Vitale are entitled to absolute immunity under MCL 691.1407(5) and absolute immunity under federal law.

287. Defendants deny as untrue.

28

288.     Defendants deny as untrue.

289.     Defendants deny as untrue.

290.     Defendants deny as untrue.

291.     Defendants deny as untrue.

292.     Defendants deny as untrue as said Defendants are entitled to absolute immunity.

## IX.   ALLEGATIONS AGAINST MAGISTRATE TINA TODD

293.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

294.     Defendants deny as untrue.

295.     Defendants deny as untrue.

296.     Defendants deny as untrue.

## X.   ALLEGATIONS AGAINST MAGISTRATE JESSICA CHAFFIN

297.     Defendants deny as untrue.

298.     Defendants deny as untrue.

299.     Defendants deny as untrue.

300.     Defendants deny as untrue.

301.     Defendants deny as untrue.

302.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

303.    Defendants deny as untrue.

304.    Defendants deny as untrue.

305.    Defendants deny as untrue.

306.    Defendants deny as untrue.

307.    Defendants deny as untrue.

308.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

309.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

310.    Defendants deny as untrue.

311.    Defendants deny as untrue.

312.    Defendants deny as untrue.

313.    Defendants deny as untrue.

314.    Defendants deny as untrue.

315.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

316.    Defendants deny as untrue.

317.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

318.    Defendants deny as untrue.

## XI.    ALLEGATIONS AGAINST JUDGE JACK VITALE

319.    Defendants deny as untrue.

320.    Defendants deny as untrue.

321.    Defendants deny as untrue.

322.    Defendants deny as untrue.

323.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

324.    Defendants deny as untrue.

325.    Defendants deny as untrue.

326.    Defendants deny as untrue.

327.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

328.    Defendants deny as untrue.

329.    Defendants deny as untrue.

330.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

331.    Defendants deny as untrue.

## XIII.  COMMON ALLEGATIONS
## BLUE CROSS AND BLUE CROSS
## COMPLETE VIOLATED PUBLIC POLICY OF THE STATE

332.    Allegations are not as to our named Defendants and no answer is required.

333.    (a. – d.)  Allegations are not as to our named Defendants and no answer is required.

334.    Allegations are not as to our named Defendants and no answer is required.

335.    Allegations are not as to our named Defendants and no answer is required.

336.    Allegations are not as to our named Defendants and no answer is required.

337.    Allegations are not as to our named Defendants and no answer is required.

338.    Allegations are not as to our named Defendants and no answer is required.

339.    Allegations are not as to our named Defendants and no answer is required.

340.     Allegations are not as to our named Defendants and no answer is required.

341.     Allegations are not as to our named Defendants and no answer is required.

342.     (a. – e.) Allegations are not as to our named Defendants and no answer is required.

## XIII.  COMMON ALLEGATIONS AGAINST DEFENDANTS BRIAN BISHOP, MARC MOORE, ROBERT BLAIR, SHAWN KOTCH, JOHN LASOTTA, MICHAEL ZSENYUK, JIM GALLAGHER, BRIAN ZASADNY, JAMES HOWELL, DIANE SILAS, CARL CHRISTENSEN, J. ALAN ROBERTSON, SHELLY EDGERTON, SEAN SIEBIGTEROTH, KIM GAEDEKE, AND VAUGH HAFNER

343.     Defendants deny as untrue.

344.     Defendants deny as untrue.

345.     Defendants deny as untrue.

346.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

347.     Defendants deny as untrue.

348.     Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

349.     Defendants deny as untrue.

350.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

351.   Defendants deny as untrue.

352.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

353.   Defendants deny as untrue.

354.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

355.   Defendants deny as untrue.

356.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

357.   Defendants deny as untrue.

358.   Defendants deny as untrue.

359.   Defendants deny as untrue.

360.   Defendants deny as untrue.

361.   Defendants deny as untrue.

362.   Defendants deny as untrue.

363.   Defendants deny as untrue.

364.   Defendants deny as untrue.

365.    Defendants deny as untrue.

366.    Defendants deny as untrue.

367.    Defendants deny as untrue.

368.    Defendants deny as untrue.

## XIII.   COMMON ALLEGATIONS
## AGAINST DEFENDANTS MARC MOORE, ROBERT BLAIR, SHAWN KOTSCH, JON LASOTTA, BRIAN BISHOP

369.    Defendants deny as untrue.

370.    Defendants deny as untrue.

371.    Defendants deny as untrue.

372.    Defendants deny as untrue.

373.    Defendants deny as untrue.

374.    (a. – m.)  Defendants deny as untrue.

375.    Defendants deny as untrue.

376.    Defendants deny as untrue.

377.    (a. – f.) Defendants deny as untrue.

378.    (a. – f.) Defendants deny as untrue.

## XV.   FALSE LIGHT CLAIM AGAINST
## LT. MARC MOORE AND RAY KISONAS

379.    (a. – c.) Allegations are not as to our named Defendants and no answer is required.

35

380.     Allegations are not as to our named Defendants and no answer is required.

381.     Allegations are not as to our named Defendants and no answer is required.

382.     Allegations are not as to our named Defendants and no answer is required.

383.     Allegations are not as to our named Defendants and no answer is required.

384.     Allegations are not as to our named Defendants and no answer is required.

385.     Allegations are not as to our named Defendants and no answer is required.

386.     Allegations are not as to our named Defendants and no answer is required.

387.     Allegations are not as to our named Defendants and no answer is required.

388.     Allegations are not as to our named Defendants and no answer is required.

389.    Allegations are not as to our named Defendants and no answer is required.

390.    Allegations are not as to our named Defendants and no answer is required.

391.    Allegations are not as to our named Defendants and no answer is required.

392.    Allegations are not as to our named Defendants and no answer is required.

393.    Allegations are not as to our named Defendants and no answer is required.

394.    Allegations are not as to our named Defendants and no answer is required.

395.    Allegations are not as to our named Defendants and no answer is required.

396.    Allegations are not as to our named Defendants and no answer is required.

397.    Allegations are not as to our named Defendants and no answer is required.

## XVI.  BLUE CROSS AND JAMES HOWELL
## COMMITTED FRAUDES IN THEIR CRIMINAL
## INVESTIGATION OF PLAINTIFFS

398.    Allegations are not as to our named Defendants and no answer is required.

399.    (a. – c.) Allegations are not as to our named Defendants and no answer is required.

400.    Allegations are not as to our named Defendants and no answer is required.

401.    Allegations are not as to our named Defendants and no answer is required.

402.    Allegations are not as to our named Defendants and no answer is required.

403.    Allegations are not as to our named Defendants and no answer is required.

404.    Allegations are not as to our named Defendants and no answer is required.

405.    Allegations are not as to our named Defendants and no answer is required.

406.    Allegations are not as to our named Defendants and no answer is required.

407.    Allegations are not as to our named Defendants and no answer is required.

408.    Allegations are not as to our named Defendants and no answer is required.

409.    Allegations are not as to our named Defendants and no answer is required. Allegations are not as to our named Defendants and no answer is required.

410.    Allegations are not as to our named Defendants and no answer is required.

411.    Allegations are not as to our named Defendants and no answer is required.

412.    Allegations are not as to our named Defendants and no answer is required.

413.    Allegations are not as to our named Defendants and no answer is required.

414.    Allegations are not as to our named Defendants and no answer is required.

415.    Allegations are not as to our named Defendants and no answer is required.

416.    Allegations are not as to our named Defendants and no answer is required.

417.    Allegations are not as to our named Defendants and no answer is required.

418.    Allegations are not as to our named Defendants and no answer is required.

419.    Allegations are not as to our named Defendants and no answer is required.

420.    Allegations are not as to our named Defendants and no answer is required.

421.    Allegations are not as to our named Defendants and no answer is required.

422.    Allegations are not as to our named Defendants and no answer is required.

423.    Allegations are not as to our named Defendants and no answer is required.

424.    Allegations are not as to our named Defendants and no answer is required.

425.    Allegations are not as to our named Defendants and no answer is required.

426.    Allegations are not as to our named Defendants and no answer is required.

427.    Allegations are not as to our named Defendants and no answer is required.

428.    Allegations are not as to our named Defendants and no answer is required.

429.    Allegations are not as to our named Defendants and no answer is required.

430.    Allegations are not as to our named Defendants and no answer is required.

431.    Allegations are not as to our named Defendants and no answer is required.

432.    Allegations are not as to our named Defendants and no answer is required.

## XVI.  [SIC]BLUE CROSS FRAUDULENTLY SUBSTITUTED ITS 2016 GUIDELINES FOR ITS 2016 ELECTRONIC BILLING SYSTEM

433.    Allegations are not as to our named Defendants and no answer is required.

434.    Allegations are not as to our named Defendants and no answer is required.

435.    Allegations are not as to our named Defendants and no answer is required.

436.    Allegations are not as to our named Defendants and no answer is required.

437.    Allegations are not as to our named Defendants and no answer is required.

438.    Allegations are not as to our named Defendants and no answer is required.

439.    Allegations are not as to our named Defendants and no answer is required.

440.    Allegations are not as to our named Defendants and no answer is required.

441.    Allegations are not as to our named Defendants and no answer is required.

442.     Allegations are not as to our named Defendants and no answer is required.

443.     Allegations are not as to our named Defendants and no answer is required.

444.     Allegations are not as to our named Defendants and no answer is required.

445.     Allegations are not as to our named Defendants and no answer is required.

446.     Allegations are not as to our named Defendants and no answer is required.

447.     (a. – b.) Allegations are not as to our named Defendants and no answer is required.

448.     Allegations are not as to our named Defendants and no answer is required.

449.     Allegations are not as to our named Defendants and no answer is required.

450.     Allegations are not as to our named Defendants and no answer is required.

43

451.    Allegations are not as to our named Defendants and no answer is required.

452.    Allegations are not as to our named Defendants and no answer is required.

453.    Allegations are not as to our named Defendants and no answer is required.

454.    Allegations are not as to our named Defendants and no answer is required.

455.    Allegations are not as to our named Defendants and no answer is required.

456.    Allegations are not as to our named Defendants and no answer is required.

## XVIII. BLUE CROSS BREACHED ITS CONTRACTUAL AGREEMENT TO SUPPORT ITS POTENTIAL FELONY CHARGES AGAINST PLAINTIFFS

457.    Allegations are not as to our named Defendants and no answer is required.

458.    Allegations are not as to our named Defendants and no answer is required.

459.    Allegations are not as to our named Defendants and no answer is required.

460.    Allegations are not as to our named Defendants and no answer is required.

461.    Allegations are not as to our named Defendants and no answer is required.

462.    Allegations are not as to our named Defendants and no answer is required.

463.    Allegations are not as to our named Defendants and no answer is required.

464.    Allegations are not as to our named Defendants and no answer is required.

465.    Allegations are not as to our named Defendants and no answer is required.

466.    Allegations are not as to our named Defendants and no answer is required.

467.    Allegations are not as to our named Defendants and no answer is required.

468.    Allegations are not as to our named Defendants and no answer is required.

469.    Allegations are not as to our named Defendants and no answer is required.

470.    Allegations are not as to our named Defendants and no answer is required.

471.    Allegations are not as to our named Defendants and no answer is required.

472.    Allegations are not as to our named Defendants and no answer is required.

473.    Allegations are not as to our named Defendants and no answer is required.

474.    Allegations are not as to our named Defendants and no answer is required.

475.    Allegations are not as to our named Defendants and no answer is required.

476.    Allegations are not as to our named Defendants and no answer is required.

477.    Allegations are not as to our named Defendants and no answer is required.

478.    Allegations are not as to our named Defendants and no answer is required.

479.    Allegations are not as to our named Defendants and no answer is required.

480.    Allegations are not as to our named Defendants and no answer is required.

481.    Allegations are not as to our named Defendants and no answer is required.

482.    (a. – c.) Allegations are not as to our named Defendants and no answer is required.

483.    Allegations are not as to our named Defendants and no answer is required.

## XIX.  BLUE CROSS UNVERIFIED PRESCRIBER BLOCK MALICIOUSLY CHANGED DR. POMPY PAIN MANAGEMENT PEER GROUP TO AN INNACURATE ANESTHESIOLOGY PEER GROUP COMPARISON IN SUPPORT OF ITS POTENTIAL FELONY CHARGES AGAINST DR. POMPY

484.    Allegations are not as to our named Defendants and no answer is required.

485.    Allegations are not as to our named Defendants and no answer is required.

486.    Allegations are not as to our named Defendants and no answer is required.

487.    Allegations are not as to our named Defendants and no answer is required.

488.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

489.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

490.    Allegations are not as to our named Defendants and no answer is required.

491.    Allegations are not as to our named Defendants and no answer is required.

492.    Allegations are not as to our named Defendants and no answer is required.

493.    Allegations are not as to our named Defendants and no answer is required.

494.    Defendants deny as untrue.

495.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

48

496.     Allegations are not as to our named Defendants and no answer is required.

497.     Allegations are not as to our named Defendants and no answer is required.

498.     Allegations are not as to our named Defendants and no answer is required.

499.     Allegations are not as to our named Defendants and no answer is required.

500.     Allegations are not as to our named Defendants and no answer is required.

501.     Allegations are not as to our named Defendants and no answer is required.

502.     Allegations are not as to our named Defendants and no answer is required.

503.     Allegations are not as to our named Defendants and no answer is required.

504.     (1. – 4.) Allegations are not as to our named Defendants and no answer is required.

505.     Allegations are not as to our named Defendants and no answer is required.

## XX.   BLUE CROSS VIOLATED ITS OWN PRACTITIONER AGREEMENT FOR PURPOSE OF ITS POTENTIAL FELONY CHARGES AGAINST PLAINTIFFS

506.     (a. – f.) Allegations are not as to our named Defendants and no answer is required.

## XXI.  BLUE CROSS FAILED TO COMPLY WITH ITS OWN MANUAL RECOMMENDATIONS FOR PURPOSE OF ITS FELONY CHARGES AGAINST DR. POMPY

507.     (A. – J) Allegations are not as to our named Defendants and no answer is required.

## XXII.  ALLEGATIONS AGAINST DR. CARL CHRISTENSEN

508.     Allegations are not as to our named Defendants and no answer is required.

509.     Allegations are not as to our named Defendants and no answer is required.

510.     Allegations are not as to our named Defendants and no answer is required.

511.     Allegations are not as to our named Defendants and no answer is required.

512.    Allegations are not as to our named Defendants and no answer is required.

513.    Allegations are not as to our named Defendants and no answer is required.

514.    Allegations are not as to our named Defendants and no answer is required.

515.    Allegations are not as to our named Defendants and no answer is required.

516.    Allegations are not as to our named Defendants and no answer is required.

517.    Allegations are not as to our named Defendants and no answer is required.

518.    Allegations are not as to our named Defendants and no answer is required.

519.    Allegations are not as to our named Defendants and no answer is required.

520.    Allegations are not as to our named Defendants and no answer is required.

521.     Allegations are not as to our named Defendants and no answer is required.

522.     Allegations are not as to our named Defendants and no answer is required.

523.     Defendants deny as untrue.

524.     Defendants deny as untrue.

525.     Allegations are not as to our named Defendants and no answer is required.

526.     Allegations are not as to our named Defendants and no answer is required.

527.     Allegations are not as to our named Defendants and no answer is required.

528.     Allegations are not as to our named Defendants and no answer is required.

529.     Allegations are not as to our named Defendants and no answer is required.

## XXIII. ALLEGATIONS AGAINST DR. J. ALLAN ROBERTSON

530.     Allegations are not as to our named Defendants and no answer is required.

531.    Allegations are not as to our named Defendants and no answer is required.

532.    Allegations are not as to our named Defendants and no answer is required.

533.    Allegations are not as to our named Defendants and no answer is required.

534.    Allegations are not as to our named Defendants and no answer is required.

535.    Allegations are not as to our named Defendants and no answer is required.

536.    Allegations are not as to our named Defendants and no answer is required.

537.    Allegations are not as to our named Defendants and no answer is required.

## XXIV.    ALLEGATIONS AGAINST BANK OF MONROE AND TRUST

538.    Defendants deny as untrue.

539.    Defendants admit.

540.    Defendants deny as untrue.

541.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

542.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

543.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

544.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

545.    Allegations are not as to our named Defendants and no answer is required.

546.    (1. – 2.)  Allegations are not as to our named Defendants and no answer is required.

547.    (1. – 4.) Allegations are not as to our named Defendants and no answer is required.

548.    Allegations are not as to our named Defendants and no answer is required.

549.    Allegations are not as to our named Defendants and no answer is required.

550.    Allegations are not as to our named Defendants and no answer is required.

551.    Allegations are not as to our named Defendants and no answer is required.

552.    Allegations are not as to our named Defendants and no answer is required.

553.    Allegations are not as to our named Defendants and no answer is required.

554.    Allegations are not as to our named Defendants and no answer is required.

555.    Allegations are not as to our named Defendants and no answer is required.

556.    Allegations are not as to our named Defendants and no answer is required.

557.    Allegations are not as to our named Defendants and no answer is required.

558.    Allegations are not as to our named Defendants and no answer is required.

559.    Allegations are not as to our named Defendants and no answer is required.

560.    Allegations are not as to our named Defendants and no answer is required.

561.    Allegations are not as to our named Defendants and no answer is required.

## XXV. ALLEGATIONS AGAINST DEFENDANT ROBERT BLAIR

562.    Defendants deny as untrue.

563.    Defendants deny as untrue.

564.    Defendants deny as untrue.

565.    Defendants deny as untrue.

566.    Defendants deny as untrue.

567.    Defendants deny as untrue.

568.    Defendants deny as untrue.

569.    Defendants deny as untrue.

570.    Defendants deny as untrue.

571.    Defendants deny as untrue.

572.    Defendants deny as untrue.

573.    Defendants deny as untrue.

574.    Defendants deny as untrue.

575.    Defendants deny as untrue.

## XXVI. ALLEGATIONS AGAINST DEA AGENT BRIAN BISHOP

576.    Allegations are not as to our named Defendants and no answer is required.

577.    Allegations are not as to our named Defendants and no answer is required.

578.    Allegations are not as to our named Defendants and no answer is required.

579.    Allegations are not as to our named Defendants and no answer is required.

580.    Allegations are not as to our named Defendants and no answer is required.

581.    Allegations are not as to our named Defendants and no answer is required.

582.    Allegations are not as to our named Defendants and no answer is required.

583.    Allegations are not as to our named Defendants and no answer is required.

584.    Allegations are not as to our named Defendants and no answer is required.

585.    Allegations are not as to our named Defendants and no answer is required.

586.    Allegations are not as to our named Defendants and no answer is required.

587.    Allegations are not as to our named Defendants and no answer is required.

588.    Allegations are not as to our named Defendants and no answer is required.

589.    Allegations are not as to our named Defendants and no answer is required.

590.    Allegations are not as to our named Defendants and no answer is required.

591.    Allegations are not as to our named Defendants and no answer is required.

592.    Allegations are not as to our named Defendants and no answer is required.

593.    Allegations are not as to our named Defendants and no answer is required.

## XXVII.    ALLEGATIONS AGAINST OFFICE JON LASOTTA

594.    Defendants deny as untrue.

595.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

596.    Defendants deny as untrue.

597.    Defendants deny as untrue.

598.    Defendants deny as untrue.

599.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

600.    (a. – c.)  Defendants deny as untrue.

601.    (a. – c.) Defendants deny as untrue.

602.    Defendants deny as untrue.

603.    Defendants deny as untrue.

604.    Defendants deny as untrue.

## XXVIII.    ALLEGATIONS AGAINST OFFICER SHAWN KOTSCH

605.    Allegations are not as to our named Defendants and no answer is required.

59

606.     Allegations are not as to our named Defendants and no answer is required.

607.     (a. – c.) Allegations are not as to our named Defendants and no answer is required.

608.     Allegations are not as to our named Defendants and no answer is required.

609.     Allegations are not as to our named Defendants and no answer is required.

610.     Allegations are not as to our named Defendants and no answer is required.

## COMMON ALLEGATIONS AGAINST SHELLY EDGERTON, KIM GAEDERE, SEAN M. SIEBIGTEROTH

611.     Allegations are not as to our named Defendants and no answer is required.

612.     Allegations are not as to our named Defendants and no answer is required.

613.     Allegations are not as to our named Defendants and no answer is required.

614.     Allegations are not as to our named Defendants and no answer is required.

615.    Allegations are not as to our named Defendants and no answer is required.

616.    (1. – 16.) Allegations are not as to our named Defendants and no answer is required.

617.    Allegations are not as to our named Defendants and no answer is required.

618.    Allegations are not as to our named Defendants and no answer is required.

619.    Allegations are not as to our named Defendants and no answer is required.

620.    Allegations are not as to our named Defendants and no answer is required.

621.    Allegations are not as to our named Defendants and no answer is required.

622.    Allegations are not as to our named Defendants and no answer is required.

623.    Allegations are not as to our named Defendants and no answer is required.

624.    Allegations are not as to our named Defendants and no answer is required.

625.    Allegations are not as to our named Defendants and no answer is required.

626.    Allegations are not as to our named Defendants and no answer is required.

627.    Allegations are not as to our named Defendants and no answer is required.

628.    Allegations are not as to our named Defendants and no answer is required.

629.    Allegations are not as to our named Defendants and no answer is required.

630.    Allegations are not as to our named Defendants and no answer is required.

631.    Allegations are not as to our named Defendants and no answer is required.

632.    Allegations are not as to our named Defendants and no answer is required.

633.    Allegations are not as to our named Defendants and no answer is required.

634.    Allegations are not as to our named Defendants and no answer is required.

635.    Allegations are not as to our named Defendants and no answer is required.

636.    Allegations are not as to our named Defendants and no answer is required.

## XXX
## ALLEGATIONS AGAINST VAUGHN HAFNER, R.PH

637.    Allegations are not as to our named Defendants and no answer is required.

638.    Allegations are not as to our named Defendants and no answer is required.

639.    Allegations are not as to our named Defendants and no answer is required.

640.    Allegations are not as to our named Defendants and no answer is required.

641.    Allegations are not as to our named Defendants and no answer is required.

63

642.     Allegations are not as to our named Defendants and no answer is required.

643.     Allegations are not as to our named Defendants and no answer is required.

644.     Allegations are not as to our named Defendants and no answer is required.

645.     Allegations are not as to our named Defendants and no answer is required.

646.     Allegations are not as to our named Defendants and no answer is required.

647.     Allegations are not as to our named Defendants and no answer is required.

648.     Allegations are not as to our named Defendants and no answer is required.

649.     Allegations are not as to our named Defendants and no answer is required.

650.     Allegations are not as to our named Defendants and no answer is required.

651.    Allegations are not as to our named Defendants and no answer is required.

652.    Allegations are not as to our named Defendants and no answer is required.

653.    Allegations are not as to our named Defendants and no answer is required.

654.    Allegations are not as to our named Defendants and no answer is required.

655.    Allegations are not as to our named Defendants and no answer is required.

656.    Allegations are not as to our named Defendants and no answer is required.

657.    Allegations are not as to our named Defendants and no answer is required.

658.    Allegations are not as to our named Defendants and no answer is required.

659.    Allegations are not as to our named Defendants and no answer is required.

660.    Allegations are not as to our named Defendants and no answer is required.

661.    Allegations are not as to our named Defendants and no answer is required.

662.    Allegations are not as to our named Defendants and no answer is required.

663.    Allegations are not as to our named Defendants and no answer is required.

664.    Allegations are not as to our named Defendants and no answer is required.

665.    Allegations are not as to our named Defendants and no answer is required.

666.    Allegations are not as to our named Defendants and no answer is required.

667.    Allegations are not as to our named Defendants and no answer is required.

668.    Allegations are not as to our named Defendants and no answer is required.

669.    Allegations are not as to our named Defendants and no answer is required.

670.    Allegations are not as to our named Defendants and no answer is required.

671.    (1. – 6.)Allegations are not as to our named Defendants and no answer is required.

672.    Allegations are not as to our named Defendants and no answer is required.

673.    Allegations are not as to our named Defendants and no answer is required.

## XXXI.        THE COUNTS

674.    Defendants hereby incorporate by reference each and every answer to Paragraphs 1-673 above, as though fully set forth herein.

675.     (a. – c.) Defendants deny as untrue. (d. – e.) Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

## COUNT 1
## MAGISTRATE TINA TODD DEPARTED FROM HER JUDICIAL ROLE

676.    Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 675 above, as though fully set forth herein.

677.    Defendants deny as untrue.

678.    Defendants deny as untrue.

679.    Defendants deny as untrue.

680.    Defendants deny as untrue.

681.    Defendants deny as untrue.

682.    Defendants deny as untrue.

683.    Defendants deny as untrue.

684.    Defendants deny as untrue.

685.    Defendants deny as untrue.

686.    Defendants deny as untrue.

687.    Defendants deny as untrue.

688.    Defendants deny as untrue.

689.    Defendants deny as untrue.

690.    Defendants deny as untrue.

**COUNT 2**
**MAGISTRATE JESSICA CHAFFIN**
**DEPARTED FROM HER JUDICIAL ROLE**

691.    Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 690 above, as though fully set forth herein.

692.    Defendants deny as untrue.

68

693.    Defendants deny as untrue.

694.    Defendants deny as untrue.

695.    Defendants deny as untrue.

696.    Defendants deny as untrue.

697.    Defendants deny as untrue.

698.    Defendants deny as untrue.

699.    Defendants deny as untrue.

700.    Defendants deny as untrue.

701.    Defendants deny as untrue.

702.    Defendants deny as untrue.

703.    Defendants deny as untrue.

704.    Defendants deny as untrue.

705.    Defendants deny as untrue.

706.    Defendants deny as untrue.

707.    Defendants deny as untrue.

708.    Defendants deny as untrue.

709.    Defendants deny as untrue.

710.    Defendants deny as untrue.

711.    Defendants deny as untrue.

712. Defendants deny as untrue.

## COUNT 3
## JUDGE JACK VITALE DEPARTED FROM HIS JUDICIAL ROLE

713. Defendants hereby incorporate by reference each and every

answer to Paragraphs 1 - 712 above, as though fully set forth herein.

714. Defendants deny as untrue.

715. Defendants deny as untrue.

716. Defendants deny as untrue.

717. Defendants deny as untrue.

718. Defendants deny as untrue.

719. Defendants deny as untrue.

720. Defendants deny as untrue.

721. Defendants deny as untrue.

722. Defendants deny as untrue.

723. Defendants deny as untrue.

724. Defendants deny as untrue.

725. Defendants deny as untrue.

726. Defendants deny as untrue.

727. Defendants deny as untrue.

728. Defendants deny as untrue.

729.    Defendants deny as untrue.

730.    Defendants deny as untrue.

731.    Defendants deny as untrue.

**COUNT 4**
**LT. MARC MOORE VIOLATED DR. POMPY**
**4TH AND 14TH AMENDMENTS RIGHTS**

732.    Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 731 above, as though fully set forth herein.

733.    Allegations are not as to our named Defendants and no answer is required.

734.    Allegations are not as to our named Defendants and no answer is required.

735.    Allegations are not as to our named Defendants and no answer is required.

736.    Allegations are not as to our named Defendants and no answer is required.

737.    Allegations are not as to our named Defendants and no answer is required.

738.    Allegations are not as to our named Defendants and no answer is required.

71

739.    Allegations are not as to our named Defendants and no answer is required.

740.    Allegations are not as to our named Defendants and no answer is required.

741.    Allegations are not as to our named Defendants and no answer is required.

742.    Allegations are not as to our named Defendants and no answer is required.

743.    Allegations are not as to our named Defendants and no answer is required.

**COUNT 5**
**DR. POMPY HAS A FIRST AMENDMENT RETALIATION CLAIM**
**AGAINST OFFICER MARC MOORE, DEA AGENT BRIAN BISHOP,**
**OFFICER ROBERT BLAIR, AND OFFICER SHAWN KOTCH**

744.    Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 743 above, as though fully set forth herein.

745.     Defendants deny as untrue.

746.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

747.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

748. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

749. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

750. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

751. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

752. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

753. Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

754. Defendants deny as untrue.

755. Defendants deny as untrue.

756. Defendants deny as untrue.

757. Defendants deny as untrue.

758. Defendants deny as untrue.

759. Defendants deny as untrue.

760. Defendants deny as untrue.

761.    Defendants deny as untrue.

762.    Defendants deny as untrue.

## COUNT 6
## LT. MARC MOORE, AGENT BRIAN BISHOP,
## OFFICER ROBERT BLAIR, AND OFFICER SHAWN KOTCH
## USED EXCESSIVE FORCE DURING THE SEARCHES

763.    Defendants hereby incorporate by reference each and every

answer to Paragraphs 1 - 762 above, as though fully set forth herein.

764.    Defendants are without sufficient information upon which to

form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

765.    Defendants deny as untrue.

766.    Defendants deny as untrue.

767.    Defendants deny as untrue.

768.    Defendants deny as untrue.

769.    Defendants deny as untrue.

770.    Defendants deny as untrue.

771.    Defendants deny as untrue.

772.    Defendants deny as untrue.

773.    Defendants deny as untrue.

774.    Defendants deny as untrue.

775.    Defendants deny as untrue.

776.   Defendants deny as untrue.

777.   Defendants deny as untrue.

778.   Defendants deny as untrue.

779.   Defendants deny as untrue.

780.   Defendants deny as untrue.

**COUNT 7**
**OFFICER MOORE, AGENT BISHOP, OFFICER KOTCH**
**ILLEGALLY DETAINED DR. POMPY DURING SEARCHES**

781.   Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 780 above, as though fully set forth herein.

782.   Allegations are not as to our named Defendants and no answer is required.

783.   Allegations are not as to our named Defendants and no answer is required.

784.   Allegations are not as to our named Defendants and no answer is required.

785.   Allegations are not as to our named Defendants and no answer is required.

786.   Allegations are not as to our named Defendants and no answer is required.

787.    Defendants deny as untrue.

788.    Defendants deny as untrue.

789.    Allegations are not as to our named Defendants and no answer is required.

790.    Allegations are not as to our named Defendants and no answer is required.

791.    Allegations are not as to our named Defendants and no answer is required.

792.    Allegations are not as to our named Defendants and no answer is required.

793.    Allegations are not as to our named Defendants and no answer is required.

794.    Allegations are not as to our named Defendants and no answer is required.

## COUNT 8
## THE CONDUCT OF LT. MARC MOORE IS TENTAMOUNT TO CRUEL AND UNUSUAL TREATMENT, ASSAULT, AND BATTERY

795.    Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 794 above, as though fully set forth herein.

796.    Allegations are not as to our named Defendants and no answer is required.

797.    Allegations are not as to our named Defendants and no answer is required.

798.    Allegations are not as to our named Defendants and no answer is required.

799.    Allegations are not as to our named Defendants and no answer is required.

800.    Allegations are not as to our named Defendants and no answer is required.

801.    Allegations are not as to our named Defendants and no answer is required.

802.    Allegations are not as to our named Defendants and no answer is required.

803.    Allegations are not as to our named Defendants and no answer is required.

804.    Allegations are not as to our named Defendants and no answer is required.

805.    Allegations are not as to our named Defendants and no answer is required.

806.    Allegations are not as to our named Defendants and no answer is required.

807.    Allegations are not as to our named Defendants and no answer is required.

808.    Allegations are not as to our named Defendants and no answer is required.

809.    Allegations are not as to our named Defendants and no answer is required.

810.    Allegations are not as to our named Defendants and no answer is required.

811.    Allegations are not as to our named Defendants and no answer is required.

812.    Allegations are not as to our named Defendants and no answer is required.

813.    Allegations are not as to our named Defendants and no answer is required.

## COUNT 9
## LT. MARC MOORE, DI BRIAN BISHOP,
## OFFICER SHAWN KOTSCH VIOLATED DR. POMPY
## SIXTH AMENDMENT RIGHT TO AN ATTORNEY

814.   Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 813 above, as though fully set forth herein.

815.   Allegations are not as to our named Defendants and no answer is required.

816.   Allegations are not as to our named Defendants and no answer is required.

817.   Allegations are not as to our named Defendants and no answer is required.

818.   Allegations are not as to our named Defendants and no answer is required.

819.   Allegations are not as to our named Defendants and no answer is required.

820.   Allegations are not as to our named Defendants and no answer is required.

821.   Allegations are not as to our named Defendants and no answer is required.

822.    Allegations are not as to our named Defendants and no answer is required.

823.    Allegations are not as to our named Defendants and no answer is required.

824.    Allegations are not as to our named Defendants and no answer is required.

825.    Allegations are not as to our named Defendants and no answer is required.

826.    Allegations are not as to our named Defendants and no answer is required.

827.    Allegations are not as to our named Defendants and no answer is required.

828.    Allegations are not as to our named Defendants and no answer is required.

**COUNT 10**
**DR. POMPY WAS PROTECTED AGAINST**
**SELF-INCRIMINATION UNDER THE**
**FIFTH AMENDMENT PRIVILEGE**

829.    Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 828 above, as though fully set forth herein.

830.   Allegations are not as to our named Defendants and no answer is required.

831.   Allegations are not as to our named Defendants and no answer is required.

832.   Allegations are not as to our named Defendants and no answer is required.

833.   Allegations are not as to our named Defendants and no answer is required.

834.   Allegations are not as to our named Defendants and no answer is required.

835.   Allegations are not as to our named Defendants and no answer is required.

836.   Allegations are not as to our named Defendants and no answer is required.

837.   Allegations are not as to our named Defendants and no answer is required.

838.   Allegations are not as to our named Defendants and no answer is required.

839.    Allegations are not as to our named Defendants and no answer is required.

840.    Allegations are not as to our named Defendants and no answer is required.

**COUNT 11**
**LT. MOORE, AGENT BISHOP, OFFICER KOTCH VIOLATED DR. POMPY RIGHTS UNDER THE 4TH AMENDMENT PROTECTING HIM AGAINST FALSE ARREST AND IMPRISONMENT**

841.    Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 840 above, as though fully set forth herein.

842.    Allegations are not as to our named Defendants and no answer is required.

843.    Allegations are not as to our named Defendants and no answer is required.

844.    Allegations are not as to our named Defendants and no answer is required.

845.    Allegations are not as to our named Defendants and no answer is required.

846.    Allegations are not as to our named Defendants and no answer is required.

847.    Allegations are not as to our named Defendants and no answer is required.

848.    Allegations are not as to our named Defendants and no answer is required.

849.    Allegations are not as to our named Defendants and no answer is required.

850.    Allegations are not as to our named Defendants and no answer is required.

851.    Allegations are not as to our named Defendants and no answer is required.

852.    Allegations are not as to our named Defendants and no answer is required.

853.    Allegations are not as to our named Defendants and no answer is required.

854.    Allegations are not as to our named Defendants and no answer is required.

855.    Allegations are not as to our named Defendants and no answer is required.

**COUNT 12**
**DR. POMPY WAS PROTECTED ON SETPEMBER 26, 2016**
**UNDER THE FOURTH AMENDMENT PROHIBITING**
**UNREASONABLE SEARCHES AND SEIZURES**

856.   Defendants hereby incorporate by reference each and every

answer to Paragraphs 1 - 855 above, as though fully set forth herein.

857.   Defendants deny as untrue.

858.   Defendants deny as untrue.

859.   Defendants deny as untrue.

860.   Defendants deny as untrue.

861.   Defendants deny as untrue.

862.   Defendants deny as untrue.

863.   Defendants deny as untrue.

864.   Defendants deny as untrue.

865.   Defendants deny as untrue.

866.   Defendants deny as untrue.

867.   Defendants deny as untrue.

868.   Defendants deny as untrue.

869.   Defendants deny as untrue.

**COUNT 13**
**LT MARC MOORE, AGENT BRIAN BISHOP, OFFICER ROBERT BLAIR,**
**OFFICER SHAWN KOTSCH OBTAINED, DISCLOSED, AND**
**REDISCLOSED UNAUTHORIZED MEDICAL RECORDS**

870.    Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 869 above, as though fully set forth herein.

871.    Defendants deny as untrue.

872.    Defendants deny as untrue.

873.    (a. – e.) Defendants deny as untrue.

874.    Defendants deny as untrue.

875.    Defendants deny as untrue.

876.    Defendants deny as untrue.

877.    Defendants deny as untrue.

878.    Defendants deny as untrue.

879.    Defendants deny as untrue.

880.    Defendants deny as untrue.

881.    Defendants deny as untrue.

**COUNT 14**
**DR. POMPY WAS CONTINUOUSLY BULLIED BY LT. MARC MOORE**

882.    Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 881 above, as though fully set forth herein.

85

883.    Allegations are not as to our named Defendants and no answer is required.

884.    Allegations are not as to our named Defendants and no answer is required.

885.    Allegations are not as to our named Defendants and no answer is required.

886.    Allegations are not as to our named Defendants and no answer is required.

887.    Allegations are not as to our named Defendants and no answer is required.

888.    Allegations are not as to our named Defendants and no answer is required.

889.    Allegations are not as to our named Defendants and no answer is required.

890.    Allegations are not as to our named Defendants and no answer is required.

891.    Allegations are not as to our named Defendants and no answer is required.

892.    Allegations are not as to our named Defendants and no answer

is required.

893.    Allegations are not as to our named Defendants and no answer is required.

894.    Allegations are not as to our named Defendants and no answer is required.

## COUNT 15
## AGENT BRIAN BISHOP FAILED TO GIVE NOTICE AFTER THE RAID

895.    Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 894 above, as though fully set forth herein.

896.    Allegations are not as to our named Defendants and no answer is required.

897.    Allegations are not as to our named Defendants and no answer is required.

898.    Allegations are not as to our named Defendants and no answer is required.

899.    Allegations are not as to our named Defendants and no answer is required.

900.    Allegations are not as to our named Defendants and no answer is required.

901.    Allegations are not as to our named Defendants and no answer is required.

902.    Allegations are not as to our named Defendants and no answer is required.

903.    Allegations are not as to our named Defendants and no answer is required.

904.    Allegations are not as to our named Defendants and no answer is required.

905.    Allegations are not as to our named Defendants and no answer is required.

906.    Allegations are not as to our named Defendants and no answer is required.

907.    Allegations are not as to our named Defendants and no answer is required.

908.    Allegations are not as to our named Defendants and no answer is required.

909.    Allegations are not as to our named Defendants and no answer is required.

910.    Allegations are not as to our named Defendants and no answer is required.

### COUNT 16
### LT. MARC MOORE, AGENT BRIAN BISHOP,
### OFFICER SHAWN KOTSCH FALSELY ARRESTED
### DR. POMPY AND DENIED HIM RIGHT TO COUNSEL

911.    Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 910 above, as though fully set forth herein.

912.    Allegations are not as to our named Defendants and no answer is required.

913.    Allegations are not as to our named Defendants and no answer is required.

914.    Allegations are not as to our named Defendants and no answer is required.

915.    Allegations are not as to our named Defendants and no answer is required.

916.    Allegations are not as to our named Defendants and no answer is required.

917.    Allegations are not as to our named Defendants and no answer is required.

918.    Allegations are not as to our named Defendants and no answer is required.

919.    Allegations are not as to our named Defendants and no answer is required.

920.    Allegations are not as to our named Defendants and no answer is required.

921.    Allegations are not as to our named Defendants and no answer is required.

922.    Allegations are not as to our named Defendants and no answer is required.

923.    Allegations are not as to our named Defendants and no answer is required.

924.    Allegations are not as to our named Defendants and no answer is required.

925.    Allegations are not as to our named Defendants and no answer is required.

926.    Allegations are not as to our named Defendants and no answer is required.

927. Allegations are not as to our named Defendants and no answer is required.

928. Allegations are not as to our named Defendants and no answer is required.

929. Allegations are not as to our named Defendants and no answer is required.

930. Allegations are not as to our named Defendants and no answer is required.

931. Allegations are not as to our named Defendants and no answer is required.

**COUNT 17**
**AGENT BRIAN BISHOP VIOLATED THE CONFIDENTIALITY OF**
**MEDICAL RECORDS, PATIENTS IDENTITIES, AND MAPS REPORTS**

932. Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 931 above, as though fully set forth herein.

933. Allegations are not as to our named Defendants and no answer is required.

934. Allegations are not as to our named Defendants and no answer is required.

935.    Allegations are not as to our named Defendants and no answer is required.

936.    Allegations are not as to our named Defendants and no answer is required.

937.    Allegations are not as to our named Defendants and no answer is required.

938.    Allegations are not as to our named Defendants and no answer is required.

939.    Defendants deny as untrue.

940.    Allegations are not as to our named Defendants and no answer is required.

941.    Allegations are not as to our named Defendants and no answer is required.

942.    Allegations are not as to our named Defendants and no answer is required.

943.    Allegations are not as to our named Defendants and no answer is required.

944.    (A. – I.) Allegations are not as to our named Defendants and no answer is required.

945.    Allegations are not as to our named Defendants and no answer is required.

946.    Allegations are not as to our named Defendants and no answer is required.

947.    Allegations are not as to our named Defendants and no answer is required.

948.    Allegations are not as to our named Defendants and no answer is required.

949.    Allegations are not as to our named Defendants and no answer is required.

950.    Allegations are not as to our named Defendants and no answer is required.

951.    Allegations are not as to our named Defendants and no answer is required.

952.    Allegations are not as to our named Defendants and no answer is required.

**COUNT 18**
**AGENT BRIAN BISHOP COMMITTED FRAUD**
**AND VIOLATION OF PRIVACY ON SEPTEMBER 26, 2016**

953.    Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 952 above, as though fully set forth herein.

954.    Allegations are not as to our named Defendants and no answer is required.

955.    Allegations are not as to our named Defendants and no answer is required.

956.    Allegations are not as to our named Defendants and no answer is required.

957.    Allegations are not as to our named Defendants and no answer is required.

958.    Allegations are not as to our named Defendants and no answer is required.

959.    Allegations are not as to our named Defendants and no answer is required.

960.    Allegations are not as to our named Defendants and no answer is required.

961.    Allegations are not as to our named Defendants and no answer is required.

962.    Allegations are not as to our named Defendants and no answer is required.

963.    Allegations are not as to our named Defendants and no answer is required.

## COUNT 19
## OFFICER JON LASOTTA VIOLATED THE
## CONFIDENTIALITY OF MEDICAL RECORDS

964.    Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 963 above, as though fully set forth herein.

965.    Defendants deny as untrue.

966.    Defendants deny as untrue.

967.    Defendants deny as untrue.

968.    Defendants deny as untrue.

969.    Defendants deny as untrue.

970.    Defendants deny as untrue.

971.    Defendants deny as untrue.

972.    Defendants deny as untrue.

973.    Defendants deny as untrue.

974.    Defendants deny as untrue.

975.    Defendants deny as untrue.

976.    Defendants deny as untrue.

977.    Defendants deny as untrue.

978.    Defendants deny as untrue.

979.    Defendants deny as untrue.

980.    Defendants deny as untrue.

981.    Defendants deny as untrue.

## COUNT 20
## LT. MARC MOORE, AGENT BRIAN BISHOP, AND OFFICER SHAWN KOTSCH VIOLATED DR. POMPY RIGHTS TO COUNSEL

982.    Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 981 above, as though fully set forth herein.

983.    Allegations are not as to our named Defendants and no answer is required.

984.    Allegations are not as to our named Defendants and no answer is required.

985.    Allegations are not as to our named Defendants and no answer is required.

986.    Allegations are not as to our named Defendants and no answer is required.

987.    Allegations are not as to our named Defendants and no answer is required.

988.    Allegations are not as to our named Defendants and no answer is required.

989.    Allegations are not as to our named Defendants and no answer is required.

990.    Allegations are not as to our named Defendants and no answer is required.

991.    Allegations are not as to our named Defendants and no answer is required.

992.    Allegations are not as to our named Defendants and no answer is required.

993.    Allegations are not as to our named Defendants and no answer is required.

994.    Allegations are not as to our named Defendants and no answer is required.

995.    Allegations are not as to our named Defendants and no answer is required.

996.    Allegations are not as to our named Defendants and no answer is required.

997.    Allegations are not as to our named Defendants and no answer is required.

998.    Allegations are not as to our named Defendants and no answer is required.

999.    Allegations are not as to our named Defendants and no answer is required.

## COUNT 21
## BLUE CROSS BREACHED ITS CONTRACT WITH PLAINTIFFS

1000.    Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 999 above, as though fully set forth herein.

1001.    Allegations are not as to our named Defendants and no answer is required.

1002.    Allegations are not as to our named Defendants and no answer is required.

1003.    Allegations are not as to our named Defendants and no answer is required.

1004.   Allegations are not as to our named Defendants and no answer is required.

1005.   Allegations are not as to our named Defendants and no answer is required.

1006.   Allegations are not as to our named Defendants and no answer is required.

1007.   Allegations are not as to our named Defendants and no answer is required.

1008.   Allegations are not as to our named Defendants and no answer is required.

1009.   Allegations are not as to our named Defendants and no answer is required.

1010.   Allegations are not as to our named Defendants and no answer is required.

1011.   Allegations are not as to our named Defendants and no answer is required.

1012.   Allegations are not as to our named Defendants and no answer is required.

1013.   Allegations are not as to our named Defendants and no answer is required.

1014.   Allegations are not as to our named Defendants and no answer is required.

1015.   Allegations are not as to our named Defendants and no answer is required.

1016.   Allegations are not as to our named Defendants and no answer is required.

1017.   Allegations are not as to our named Defendants and no answer is required.

1018.   Allegations are not as to our named Defendants and no answer is required.

1019.   Allegations are not as to our named Defendants and no answer is required.

1020.   Allegations are not as to our named Defendants and no answer is required.

1021.   Allegations are not as to our named Defendants and no answer is required.

1022.    Allegations are not as to our named Defendants and no answer is required.

1023.    Allegations are not as to our named Defendants and no answer is required.

1024.    Allegations are not as to our named Defendants and no answer is required.

1025.    Allegations are not as to our named Defendants and no answer is required.

1026.    Allegations are not as to our named Defendants and no answer is required.

1027.    Allegations are not as to our named Defendants and no answer is required.

1028.    Allegations are not as to our named Defendants and no answer is required.

1029.    Allegations are not as to our named Defendants and no answer is required.

1030.    Allegations are not as to our named Defendants and no answer is required.

1031.   Allegations are not as to our named Defendants and no answer is required.

1032.   Allegations are not as to our named Defendants and no answer is required.

1033.   Allegations are not as to our named Defendants and no answer is required.

1034.   Allegations are not as to our named Defendants and no answer is required.

1035.   Allegations are not as to our named Defendants and no answer is required.

1036.   Allegations are not as to our named Defendants and no answer is required.

1037.   Allegations are not as to our named Defendants and no answer is required.

1038.   Allegations are not as to our named Defendants and no answer is required.

1039.   Allegations are not as to our named Defendants and no answer is required.

**COUNT 22**
**BLUE CROSS BRACHED PLAINTIFFS IMPLIED CONTRACTS**

1040.   Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 1039 above, as though fully set forth herein.

1041.   Allegations are not as to our named Defendants and no answer is required.

1042.   Allegations are not as to our named Defendants and no answer is required.

1043.   Allegations are not as to our named Defendants and no answer is required.

1044.   Allegations are not as to our named Defendants and no answer is required.

1045.   Allegations are not as to our named Defendants and no answer is required.

1046.   Allegations are not as to our named Defendants and no answer is required.

1047.   (1. – 5.) Allegations are not as to our named Defendants and no answer is required.

1048.   Allegations are not as to our named Defendants and no answer is required.

103

1049.   Allegations are not as to our named Defendants and no answer is required.

1050.   Allegations are not as to our named Defendants and no answer is required.

1051.   Allegations are not as to our named Defendants and no answer is required.

1052.   Allegations are not as to our named Defendants and no answer is required.

1053.   Allegations are not as to our named Defendants and no answer is required.

1054.   Allegations are not as to our named Defendants and no answer is required.

1055.   Allegations are not as to our named Defendants and no answer is required.

1056.   Allegations are not as to our named Defendants and no answer is required.

1057.   Allegations are not as to our named Defendants and no answer is required.

1058.   Allegations are not as to our named Defendants and no answer is required.

1059.   Allegations are not as to our named Defendants and no answer is required.

1060.   Allegations are not as to our named Defendants and no answer is required.

1061.   Allegations are not as to our named Defendants and no answer is required.

1062.   Allegations are not as to our named Defendants and no answer is required.

## COUNT 23
## BLUE CROSS VIOLATED CONFIDENTIALITY
## OF PATIENTS MEDICAL RECORDS

1063.   Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 1062 above, as though fully set forth herein.

1064.   Allegations are not as to our named Defendants and no answer is required.

1065.   Allegations are not as to our named Defendants and no answer is required.

1066.   Allegations are not as to our named Defendants and no answer is required.

1067.   Allegations are not as to our named Defendants and no answer is required.

1068.   Allegations are not as to our named Defendants and no answer is required.

1069.   Allegations are not as to our named Defendants and no answer is required.

1070.   Allegations are not as to our named Defendants and no answer is required.

1071.   Allegations are not as to our named Defendants and no answer is required.

1072.   Allegations are not as to our named Defendants and no answer is required.

1073.   Allegations are not as to our named Defendants and no answer is required.

1074.   Allegations are not as to our named Defendants and no answer is required.

1075.   Allegations are not as to our named Defendants and no answer is required.

1076.   Allegations are not as to our named Defendants and no answer is required.

## COUNT 24
## BLUE CROSS AIDED AND ABETTED JAMES HOWELL
## TO VIOLATE STATE AND FEDERAL STATUTES

1077.   Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 1076 above, as though fully set forth herein.

1078.   Allegations are not as to our named Defendants and no answer is required.

1079.   Allegations are not as to our named Defendants and no answer is required.

1080.   Allegations are not as to our named Defendants and no answer is required.

1081.   Allegations are not as to our named Defendants and no answer is required.

1082.   Allegations are not as to our named Defendants and no answer is required.

1083.   Allegations are not as to our named Defendants and no answer is required.

1084.   Allegations are not as to our named Defendants and no answer is required.

1085.   Allegations are not as to our named Defendants and no answer is required.

1086.   Allegations are not as to our named Defendants and no answer is required.

1087.   Allegations are not as to our named Defendants and no answer is required.

1088.   Allegations are not as to our named Defendants and no answer is required.

1089.   Allegations are not as to our named Defendants and no answer is required.

1090.   Allegations are not as to our named Defendants and no answer is required.

1091.   Allegations are not as to our named Defendants and no answer is required.

1092.   Allegations are not as to our named Defendants and no answer is required.

1093.   Allegations are not as to our named Defendants and no answer is required.

1094.   Allegations are not as to our named Defendants and no answer is required.

1095.   Allegations are not as to our named Defendants and no answer is required.

## COUNT 25
## DR. POMPY WAS AND IS STILL BEING DEFAMED BY BLUE CROSS

1096.   Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 1095 above, as though fully set forth herein.

1097.   Allegations are not as to our named Defendants and no answer is required.

1098.   Allegations are not as to our named Defendants and no answer is required.

1099.   Allegations are not as to our named Defendants and no answer is required.

1100.   Allegations are not as to our named Defendants and no answer is required.

109

1101.   Allegations are not as to our named Defendants and no answer is required.

1102.   Allegations are not as to our named Defendants and no answer is required.

1103.   Allegations are not as to our named Defendants and no answer is required.

1104.   Allegations are not as to our named Defendants and no answer is required.

1105.   Allegations are not as to our named Defendants and no answer is required.

1106.   Allegations are not as to our named Defendants and no answer is required.

1107.   Allegations are not as to our named Defendants and no answer is required.

1108.   Allegations are not as to our named Defendants and no answer is required.

1109.   Allegations are not as to our named Defendants and no answer is required.

1110.   Allegations are not as to our named Defendants and no answer is required.

1111.   Allegations are not as to our named Defendants and no answer is required.

1112.   Allegations are not as to our named Defendants and no answer is required.

1113.   Allegations are not as to our named Defendants and no answer is required.

1114.   Allegations are not as to our named Defendants and no answer is required.

1115.   Allegations are not as to our named Defendants and no answer is required.

1116.   Allegations are not as to our named Defendants and no answer is required.

1117.   Allegations are not as to our named Defendants and no answer is required.

1118.   Allegations are not as to our named Defendants and no answer is required.

1119. Allegations are not as to our named Defendants and no answer is required.

1120. Allegations are not as to our named Defendants and no answer is required.

1121. Allegations are not as to our named Defendants and no answer is required.

1122. Allegations are not as to our named Defendants and no answer is required.

## COUNT 26
## DR. CARL CHRISTENSEN CONSPIRED WITH BLUE CROSS AND JAMES HOWELL TO VIOLATE STATE AND FEDERAL STATUTES

1123. Defendants hereby incorporate by reference each and every answer to Paragraphs 1 – 1122 above, as though fully set forth herein.

1124. Allegations are not as to our named Defendants and no answer is required.

1125. Allegations are not as to our named Defendants and no answer is required.

1126. Allegations are not as to our named Defendants and no answer is required.

1127.   Allegations are not as to our named Defendants and no answer is required.

1128.   Allegations are not as to our named Defendants and no answer is required.

1129.   Allegations are not as to our named Defendants and no answer is required.

1130.   Allegations are not as to our named Defendants and no answer is required.

1131.   Allegations are not as to our named Defendants and no answer is required.

1132.   Allegations are not as to our named Defendants and no answer is required.

1133.   Allegations are not as to our named Defendants and no answer is required.

1134.   Allegations are not as to our named Defendants and no answer is required.

1135.   Allegations are not as to our named Defendants and no answer is required.

1136.    Allegations are not as to our named Defendants and no answer is required.

1137.    Allegations are not as to our named Defendants and no answer is required.

1138.    Allegations are not as to our named Defendants and no answer is required.

1139.    Allegations are not as to our named Defendants and no answer is required.

1140.    Allegations are not as to our named Defendants and no answer is required.

1141.    Allegations are not as to our named Defendants and no answer is required.

**COUNT 27**
**DR. J. ALLAN ROBERTSON CONSPIRED WITH BLUE CROSS AND**
**JAMES HOWELL TO VIOLATE STATE AND FEDERAL STATUTES**

1142.    Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 1141 above, as though fully set forth herein.

1143.    Allegations are not as to our named Defendants and no answer is required.

114

1144.   Allegations are not as to our named Defendants and no answer is required.

1145.   Allegations are not as to our named Defendants and no answer is required.

1146.   Allegations are not as to our named Defendants and no answer is required.

1147.   Allegations are not as to our named Defendants and no answer is required.

1148.   Allegations are not as to our named Defendants and no answer is required.

1149.   Allegations are not as to our named Defendants and no answer is required.

1150.   Allegations are not as to our named Defendants and no answer is required.

1151.   Allegations are not as to our named Defendants and no answer is required.

1152.   Allegations are not as to our named Defendants and no answer is required.

**COUNT 28**
**MB&T VIOLATED MICHIGAN REQUIREMENT**
**TO GIVE NOTICE OF ADVERSE CLAIM TO THE DEPOSITORS**

1153.   Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 1152 above, as though fully set forth herein.

1154.   Allegations are not as to our named Defendants and no answer is required.

1155.   Allegations are not as to our named Defendants and no answer is required.

1156.   Allegations are not as to our named Defendants and no answer is required.

1157.   Allegations are not as to our named Defendants and no answer is required.

1158.   Allegations are not as to our named Defendants and no answer is required.

1159.   Allegations are not as to our named Defendants and no answer is required.

1160.   Allegations are not as to our named Defendants and no answer is required.

1161.   Allegations are not as to our named Defendants and no answer is required.

1162.   Allegations are not as to our named Defendants and no answer is required.

1163.   Allegations are not as to our named Defendants and no answer is required.

1164.   Allegations are not as to our named Defendants and no answer is required.

1165.   Allegations are not as to our named Defendants and no answer is required.

1166.   Defendants deny as untrue.

1167.   Defendants deny as untrue.

1168.   Defendants deny as untrue.

1169.   Defendants deny as untrue.

1170.   Defendants deny as untrue.

1171.   Defendants deny as untrue.

1172.   Defendants deny as untrue.

1173.   Defendants deny as untrue.

1174.   Defendants deny as untrue.

1175.   Defendants deny as untrue.

## COUNT 29
## DEFENDANTS SHELLY EDGERTON, KIM GAEDEKE, AND SEAN M. SIEBIGTEROTH VIOLATED STATE AND FEDERAL LAWS, INCLUDING THE RULES OF THE DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS ON THE SERVICE OF PROCESS BY DEA AGENT BISHOP, JOINTLY OR SEVERALLY

1176.   Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 1175 above, as though fully set forth herein.

1177.   Allegations are not as to our named Defendants and no answer is required.

1178.   Allegations are not as to our named Defendants and no answer is required.

1179.   Allegations are not as to our named Defendants and no answer is required.

1180.   Allegations are not as to our named Defendants and no answer is required.

1181.   Allegations are not as to our named Defendants and no answer is required.

1182.   Allegations are not as to our named Defendants and no answer is required.

1183.   Allegations are not as to our named Defendants and no answer is required.

1184.   Allegations are not as to our named Defendants and no answer is required.

1185.   Allegations are not as to our named Defendants and no answer is required.

1186.   Allegations are not as to our named Defendants and no answer is required.

1187.   Allegations are not as to our named Defendants and no answer is required.

1188.   Allegations are not as to our named Defendants and no answer is required.

1189.   Allegations are not as to our named Defendants and no answer is required.

1190.   Allegations are not as to our named Defendants and no answer is required.

1191.   Allegations are not as to our named Defendants and no answer is required.

1192.   Allegations are not as to our named Defendants and no answer is required.

1193.   Allegations are not as to our named Defendants and no answer is required.

1194.   Allegations are not as to our named Defendants and no answer is required.

1195.   Allegations are not as to our named Defendants and no answer is required.

1196.   Allegations are not as to our named Defendants and no answer is required.

1197.   Allegations are not as to our named Defendants and no answer is required.

1198.   Allegations are not as to our named Defendants and no answer is required.

1199.   Allegations are not as to our named Defendants and no answer is required.

2000.   [sic] Allegations are not as to our named Defendants and no answer is required.

2001.   Allegations are not as to our named Defendants and no answer is required.

## COUNT 30
## DEFENDANT VAUGHN HAFNER VIOLATED
## MICHIGAN PUBLIC HEALTH CODE

2002.   Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 2001 above, as though fully set forth herein.

2003.   Allegations are not as to our named Defendants and no answer is required.

2004.   Allegations are not as to our named Defendants and no answer is required.

2005.   Allegations are not as to our named Defendants and no answer is required.

2006.   Allegations are not as to our named Defendants and no answer is required.

2007.   Allegations are not as to our named Defendants and no answer is required.

2008.   Allegations are not as to our named Defendants and no answer is required.

2009.   Allegations are not as to our named Defendants and no answer

is required.

2010.    Allegations are not as to our named Defendants and no answer is required.

2011.    Allegations are not as to our named Defendants and no answer is required.

2012.    Allegations are not as to our named Defendants and no answer is required.

2013.    Allegations are not as to our named Defendants and no answer is required.

2014.    Allegations are not as to our named Defendants and no answer is required.

2015.    Allegations are not as to our named Defendants and no answer is required.

2016.    Allegations are not as to our named Defendants and no answer is required.

2017.    Allegations are not as to our named Defendants and no answer is required.

2018.    Allegations are not as to our named Defendants and no answer is required.

2019.    Allegations are not as to our named Defendants and no answer is required.

2020.    Allegations are not as to our named Defendants and no answer is required.

2021.    Allegations are not as to our named Defendants and no answer is required.

2022.    Allegations are not as to our named Defendants and no answer is required.

2023.    Allegations are not as to our named Defendants and no answer is required.

**COUNT 31**
**MEDICAL RECORDS AND ELECTRONIC DEVICES SEIZED BY MSP AND DEA ON SEPTEMBER 26, 2016 ARE TAINTED AND SHOULD BE SUPPRESSED IN ALL PROCEEDINGS, PAST, PRESENT OR FUTURE [SIC]**

2024.    Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 2023 above, as though fully set forth herein.

2025.    Defendants deny as untrue.

2026.    Defendants deny as untrue.

2027.    Defendants deny as untrue.

2028.    Defendants deny as untrue.

123

2029.    Defendants deny as untrue.

2030.    (a. – m.) Defendants deny as untrue.

2031.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2032.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2033.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2034.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2035.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2036.    Defendants deny as untrue.

2037.    Defendants deny as untrue.

2038.    Defendants deny as untrue.

2039.    Defendants deny as untrue.

2040.    Defendants deny as untrue.

## COUNT 32
## BLUE CROSS, JAMES HOWELL, ALIAS "JAMES STEWARD", DR. CARL CHRISTENSEN ARE COLLATERALLY ESTOPPED FROM OFFERING EVIDENCE IN ANY PROCEEDINGS

2041.   Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 2040 above, as though fully set forth herein.

2042.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2043.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2044.    Defendants deny as untrue.

2045.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2046.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2047.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2048.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2049.    Defendants deny as untrue.

2050.   Defendants are without sufficient information upon which to

form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2051.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2052.   Defendants deny as untrue.

2053.   Defendants deny as untrue.

2054.   Defendants deny as untrue.

2055.   Defendants deny as untrue.

**COUNT 33**
**BLUE CROSS OPERATION IN 83 MICHIGAN COUNTIES IS A NEGLIGENT, CORRUPT, FRAUDULENT PATTERN VIOLATIVE OF THE ANTITRUST LAWS, INCLUDING, BUT NOT LIMITED TO, THE SHERMAN ACT, THE FEDERAL TRADE COMMISSION ACT AGAINST UNFAIR METHODS OF COMPETITION, THE FTC ACT**

2056.   Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 2055 above, as though fully set forth herein.

2057.   Allegations are not as to our named Defendants and no answer is required.

2058.   Allegations are not as to our named Defendants and no answer is required.

2059.   Allegations are not as to our named Defendants and no answer is required.

2060.   Allegations are not as to our named Defendants and no answer

is required.

2061.    Allegations are not as to our named Defendants and no answer is required.

2062.    Allegations are not as to our named Defendants and no answer is required.

2063.    Allegations are not as to our named Defendants and no answer is required.

2064.    Allegations are not as to our named Defendants and no answer is required.

2065.    Allegations are not as to our named Defendants and no answer is required.

2066.    Allegations are not as to our named Defendants and no answer is required.

2067.    Allegations are not as to our named Defendants and no answer is required.

2068.    Allegations are not as to our named Defendants and no answer is required.

2069.    Allegations are not as to our named Defendants and no answer is required.

2070.    Allegations are not as to our named Defendants and no answer is required.

2071.    Allegations are not as to our named Defendants and no answer is required.

2072.    Allegations are not as to our named Defendants and no answer is required.

2073.    Allegations are not as to our named Defendants and no answer is required.

2074.    Allegations are not as to our named Defendants and no answer is required.

2075.    Allegations are not as to our named Defendants and no answer is required.

**COUNT 34**
**DR. CARL CHRISTENSEN REVIEW OF AND REPORT ON HOWELL ILLEGAL VIDEOS AND REPORTS ARE EQUALLY ILLEGAL AND SHOULD BE SUPPRESSED**

2075. [sic]  Allegations are not as to our named Defendants and no answer is required.

2076.    Defendants deny as untrue.

2077.    Defendants deny as untrue.

2078.     Defendants deny as untrue.

128

2079.    Defendants deny as untrue.

2080.    Defendants deny as untrue.

2081.    Defendants deny as untrue.

2082.    Defendants deny as untrue.

2083.    Defendants deny as untrue.

## COUNT 35
## TRANSFERRED INTENT

2084.    Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 2083 above, as though fully set forth herein.

2085.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2086.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2087.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2088.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2089.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2090.    Defendants are without sufficient information upon which to

form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2091.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2092.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2093.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2094.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2095.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2096.   Defendants deny as untrue.

2097.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2098.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2099.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2100.   Defendants are without sufficient information upon which to

form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2101.    Defendants deny as untrue.

2102.    Defendants deny as untrue.

2103.    Defendants deny as untrue.

## COUNT 36
## DR. POMPY COMMITTED NO CRIMINAL OFFENSE

2104.    Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 2103 above, as though fully set forth herein.

2105.    Defendants deny as untrue.

2106.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2107.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2108.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2109.    Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2110.    (a. – d.) Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

131

2111.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2112.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2113.   Defendants deny as untrue.

2114.   (a. – b.) Defendants deny as untrue.

2115.   Defendants deny as untrue.

2116.   Defendants deny as untrue.

2117.   Defendants deny as untrue.

2118.   Defendants deny as untrue.

2119.   Defendants deny as untrue.

**COUNT 37**
**DEFENDANT JAMES HOWELL COMMITTED**
**HEALTH CARE FRAUDS AGAINST BLUE CROSS**
**WITH THE PARTICIPATION OF LT. MARC MOORE**

2120.   Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 2119 above, as though fully set forth herein.

2121.   Allegations are not as to our named Defendants and no answer is required.

2122.   Allegations are not as to our named Defendants and no answer is required.

2123.    Allegations are not as to our named Defendants and no answer is required.

2124.    Allegations are not as to our named Defendants and no answer is required.

2125.    Allegations are not as to our named Defendants and no answer is required.

2126.    (1. – 17.) Allegations are not as to our named Defendants and no answer is required.

2127.    Allegations are not as to our named Defendants and no answer is required.

2128.    Allegations are not as to our named Defendants and no answer is required.

2129.    Allegations are not as to our named Defendants and no answer is required.

2130.    Allegations are not as to our named Defendants and no answer is required.

2131.    Allegations are not as to our named Defendants and no answer is required.

2132.    Allegations are not as to our named Defendants and no answer

133

is required.

2133.    Allegations are not as to our named Defendants and no answer

is required.

2134.    Allegations are not as to our named Defendants and no answer

is required.

2135.    Allegations are not as to our named Defendants and no answer

is required.

## COUNT 38
## DEFENDANTS JAMES HOWELL COMMITTED TAX FRAUDS WITH THE PARTICIPATEION OF BLUE CROSS AND LT. MARC MOORE

2136.    Defendants hereby incorporate by reference each and every

answer to Paragraphs 1 - 2135 above, as though fully set forth herein.

2137.    Allegations are not as to our named Defendants and no answer

is required.

2138.    Allegations are not as to our named Defendants and no answer

is required.

2139.    Allegations are not as to our named Defendants and no answer

is required.

2140.    Allegations are not as to our named Defendants and no answer

is required.

2141.   Allegations are not as to our named Defendants and no answer is required.

2142.   Allegations are not as to our named Defendants and no answer is required.

2143.   Allegations are not as to our named Defendants and no answer is required.

2144.   Allegations are not as to our named Defendants and no answer is required.

2145.   Allegations are not as to our named Defendants and no answer is required.

2146.   Allegations are not as to our named Defendants and no answer is required.

2147.   Allegations are not as to our named Defendants and no answer is required.

**COUNT 39**
**DR. POMPY WAS FRAMED BY LT. MARC MOORE**
**AND JAMES HOWELLL [SIC]**

2148.   Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 2147 above, as though fully set forth herein.

2149.   Defendants are without sufficient information upon which to

form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2150.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2151.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2152.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2153.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2154.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2155.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2156.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2157.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2158.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

## COUNT 40
## DR. POMPY WAS FRAMED BY AGENT BRIAN BISHOP

2159. Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 2158 above, as though fully set forth herein.

2160. Allegations are not as to our named Defendants and no answer is required.

2161. Allegations are not as to our named Defendants and no answer is required.

2162. Allegations are not as to our named Defendants and no answer is required.

2163. Allegations are not as to our named Defendants and no answer is required.

2164. Allegations are not as to our named Defendants and no answer is required.

2165. Allegations are not as to our named Defendants and no answer is required.

2166. Allegations are not as to our named Defendants and no answer is required.

2167. Allegations are not as to our named Defendants and no answer is required.

137

2168.   Allegations are not as to our named Defendants and no answer is required.

2169.   Allegations are not as to our named Defendants and no answer is required.

2170.   Allegations are not as to our named Defendants and no answer is required.

2171.   Allegations are not as to our named Defendants and no answer is required.

2172.   Allegations are not as to our named Defendants and no answer is required.

**COUNT 41**
**LAW ENFORCEMENT VIOLATED 451 U.S. 204 (1981)**
**AND THE 4TH AMENDMENT**

2173.   Defendants hereby incorporate by reference each and every answer to Paragraphs 1 - 2172 above, as though fully set forth herein.

2174.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2175.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2176.    Defendants deny as untrue.

2177.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2178.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2179.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2180.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2181.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2182.   Defendants deny as untrue.

2183.   Defendants deny as untrue.

2184.   Defendants deny as untrue.

2185.   Defendants deny as untrue.

2186.   Defendants deny as untrue.

2187.   Defendants deny as untrue.

## COUNT 42
## DEFENDANT ROBERT BLAIR MISLED THE MONROE COUNTY CIRCUIT COURT AND THE FIRST DISTRICT COURT OF MICHIGAN

2188.   Defendants hereby incorporate by reference each and every

139

answer to Paragraphs 1 - 2187 above, as though fully set forth herein.

2189.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2190.   Defendants deny as untrue.

2191.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2192.   Defendants deny as untrue.

2193.   Defendants deny as untrue.

2194.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2195.   Defendants deny as untrue.

2196.   Defendants deny as untrue.

2197.   Defendants are without sufficient information upon which to form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2198.   Defendants deny as untrue.

2199.   Defendants deny as untrue.

2200.   Defendants deny as untrue.

2201.   Defendants deny as untrue.

2202.   Defendants deny as untrue.

2203.    Defendants deny as untrue.

2204.    Defendants deny as untrue.

**COUNT 43**
**DEFENDANTS MSP/MANTIS DETECTIVE ROBERT BLAIR,**
**MSP/MANTIS JON LASOTA, DEA AGENT BRIAN BISHOP, ILLEGALLY**
**EXECUTED EIGHT SEARCH WARRANTS**

2205.    Defendants hereby incorporate by reference each and every

answer to Paragraphs 1 - 2204 above, as though fully set forth herein.

Defendants deny as untrue.

2206.    Defendants deny as untrue.

2207.    Defendants deny as untrue.

2208.    Defendants deny as untrue.

2209.    Defendants deny as untrue.

2210.    Defendants are without sufficient information upon which to

form a belief and neither admit nor deny, but leave Plaintiff to his proofs.

2211.    Defendants deny as untrue.

2212.    Defendants deny as untrue.

2213.    Defendants deny as untrue.

2214.    Defendants deny as untrue.

2215.    Defendants deny as untrue.

2216.    Defendants deny as untrue.

141

2217.    Defendants deny as untrue.

2218.    Defendants deny as untrue.

**WHEREFORE**, Defendants ask this Court to dismiss the claim brought against them, in its entirety and with prejudice, and to award such costs, including a reasonable attorney fees, as may be permitted by law.

Respectfully submitted,

ROSATI SCHULTZ JOPPICH &
AMTSBUECHLER PC

s/DANIEL A. KLEMPTNER
Attorney for Defendant
27555 Executive Drive, Suite 250
Farmington Hills, MI  48331-3550
(248) 489-4100
(P68691)

Dated:  March 1, 2019

## AFFIRMATIVE AND OTHER DEFENSES

Defendants may rely upon the following Affirmative and other defenses at or before the time of trial:

1.    Plaintiff's Complaint has failed to state a claim upon which relief can be granted.

2.    Plaintiff's claims may be barred by the applicable statute of limitations.

142

3.      Plaintiff has failed to join a necessary or an indispensable party.

4.      The proximate cause of any and all injuries suffered by Plaintiff is the result of Plaintiff's own voluntary misconduct, as well as contributory and/or comparative negligence.

5.      Plaintiff is barred and/or will be precluded from maintaining this cause of action by the Doctrines of Laches, Waiver, Collateral Estoppel, Res Judicata, Misrepresentation, Unclean Hands, Satisfaction, Settlement and Release.

6.      Defendants were justified in their actions and their actions were lawful, in good faith, without malice and within the ordinances, policies, customs, and regulations of the State of Michigan and the United States.

7.      To the extent applicable, Defendants would plead the collateral source rule.

8.      This cause of action is barred in its entirety, or in part, by governmental immunity.

9.      This cause of action is barred in its entirety, or in part, by absolute and/or judicial immunity.

10.  This cause of action is barred in its entirety, or in part, by qualified immunity.

11.  Plaintiff has failed to mitigate damages.

12.  Plaintiff's claims are barred because Plaintiff has failed to identify an official policy, custom, or practice which has been adopted by Defendants.

13.  Plaintiff's Complaint is barred for the reason that Defendants' actions do not constitute deliberate indifference or conduct which shocks the conscience.

14.  The complained of damages are the result of intentional acts of the Plaintiff in, whole or in part, and have no relation to any acts and/or omissions by the Defendants.

15.  That there is no vicarious and/or respondeat superior liability pursuant to 42 USC §1983 or the Governmental Tort Liability Act, MCL 691.1401 *et. seq.*

16.  Defendants were not deliberately indifferent.

17.  Plaintiff has not set forth a protected liberty interest otherwise protected pursuant to 42 U.S.C. §1983 and *Parratt v Taylor*, 451 US 527 (1981).

144

18. Plaintiff is subject to any and all statutory damage limitations.

19. Plaintiff is not entitled to punitive or exemplary damages from Defendants as a matter of law.

20. Plaintiff cannot show a causal connection between the actions complained of and any alleged damages.

21. Defendants assert that abstention principles bar Plaintiff's lawsuit.

22. There is no private cause of action for a violation of HIPPA and/or the Computer Fraud Act as alleged by Plaintiff.

23. Plaintiff is barred from pursuing any claim on behalf of Interventional Pain Management Associates, P.C. because Plaintiff is not any attorney and he is therefore not permitted to represent a corporate entity in a court proceeding.

24. Plaintiff lacks standing to assert an injury on behalf of Interventional Pain Management Associates P.C.

Defendants reserve the right to assert further Affirmative Defenses upon discovery of facts not presently known

Respectfully submitted,

ROSATI SCHULTZ JOPPICH &
AMTSBUECHLER PC

s/DANIEL A. KLEMPTNER
Attorney for Defendant
27555 Executive Drive, Suite 250
Farmington Hills, MI  48331-3550
(248) 489-4100
(P68691)

Dated:  March 1, 2019

## RELIANCE ON DEMAND FOR JURY TRIAL

NOW COME the Defendants, by and through their attorneys, ROSATI SCHULTZ JOPPICH & AMTSBUECHLER PC, by DANIEL A. KLEMPTNER, and hereby relies upon the demand for a trial by jury previously requested in the above-entitled cause of action.

Respectfully submitted,

ROSATI SCHULTZ JOPPICH &
AMTSBUECHLER PC


s/DANIEL A. KLEMPTNER
Attorney for Defendant
27555 Executive Drive, Suite 250
Farmington Hills, MI  48331-3550
(248) 489-4100
(P68691)

Dated:  March 1, 2019

147

## **PROOF OF SERVICE**

I hereby certify that on March 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:

Lesly Pompy                            Interventional Pain Management Associates, P.C.
533 N. Monroe Street            c/o Lesly Pompy
Monroe, MI 48162                   533 N. Monroe Street
(734) 819-0634                        Monroe, MI 48162


/s/ Lori A. Gazdag

148