

PLAINTIFF'S
EXHIBIT

**SAC PX-1**

Original affidavit – Issuing Court
1st copy – Prosecutor

## AFFIDAVIT FOR SEARCH WARRANT

Police Agency Report Number: MTS-23-16

Detective Robert Blair, Affiant(s), state that:

1.     The person, place, or thing to be searched is described as and is located at:
Monroe Bank and Trust, a bank located at 102 East Front Street in the City of Monroe,
County of Monroe, State of Michigan 48161.


2.  The PROPERTY/PERSON to be searched for and seized, if found, is specifically
described as:

     A.  All accounts or account information related to any account owned in whole or
in part by Lesly Pompy, DOB ▇▇▇▇▇0, Social Security Number ▇▇▇▇▇ and/or
"Interventional Pain Management Associates," including, but not limited to, the following
information: account number(s); type of account; co-owners or authorized users
including name, address and telephone number; account opening application(s) or
form(s); statements; deposit and withdrawal records; checks; billpay transactions; loans
and loan application(s); wire transfers; debit or credit card transactions; and card
account numbers. To include any and all safe deposit box (s) and the contents thereof,
in the prior mentioned name or names, or business, or its affiliates, and any
account(s)/assets in the accounts in the prior mentioned name(s), either singularly or
jointly.

     All accounts, other than the safe deposit box, or boxes, are to be frozen until
further order of the court.  It is further ordered that the financial institution shall provide
MANTIS (Monroe Area Narcotics Team and Investigative Service) with an immediate
tally of what account(s) have been frozen along with the amounts frozen.

3. The FACTS establishing probable cause or the grounds for search are:

     A.   Affiant is a Detective with the Monroe County Sheriff's Office currently
assigned to MANTIS (Monroe Area Narcotics Team and Investigative Service). Affiant
has been a member of the Monroe County Sheriff's Office for 17 years.  Affiant has
received specialized training in various aspects of drug law enforcement and drug
related asset investigations, including the identification, locating, seizure and forfeiture
of proceeds derived from violations of State and Federal narcotics laws. The Affiant has
personally been involved in numerous drug investigations both as a uniformed and
undercover officer.  The Affiant has attended schools and seminars dealing with the
use, sale, manufacture, identification, and distribution of controlled substances.
Affiant's training includes but is not limited to the, Kalamazoo Valley Community College
Police Academy, Midwest Michigan Police Canine Academy (Narcotics Detection
Canine), Criminal Interdiction, Drug and Alcohol recognition and Field Sobriety,

1

Michigan State Police 65th Fire Investigation School, Vehicle Fire and Theft School, Michigan State Police Undercover Narcotics School, Michigan State Police Raid Entry School, Michigan State Police Surveillance School, and Michigan State Police Indoor Marijuana Grow Operation Investigation. Affiant also has had training related to healthcare fraud, and specifically in investigating cases where physicians are committing criminal acts by unlawfully prescribing controlled prescription substances.

B. On the basis of Affiant's training and experience, as well as the training and experience of other law enforcement officers involved in the current investigation, he is aware that:

The primary target in this investigation is Lesly Pompy, DOB ▮▮▮▮▮, Social Security Number ▮▮▮▮▮▮. Affiant knows Lesly Pompy's DOB to be ▮▮▮▮▮, through a search of Michigan Secretary of State records. Affiant knows Lesly Pompy's Social Security Number to be ▮▮▮▮▮ through a search Affiant conducted using TLO, an investigative resource Affiant has found to be reliable in hundreds of past investigations, and Affiant was also provided this Social Security Number through Detective Shawn Kotsch from the Dundee Police Department, who Affiant knows to have access to The Drug Enforcement Administration records. Affiant also received billing documents from James Howell, an investigator from Blue Cross/Blue Shield of Michigan, that show the insurance company pays claims for medical services by Lesly Pompy to the medical practice he maintains. From the billing documents and personally speaking to James Howell, Affiant learned Lesly Pompy is a registered Medical Doctor, who runs his own practice, and Blue/Cross Blue Shield pays claims submitted by him under his practice name of "Interventional Pain Management Associates" to an account maintained at Monroe Bank and Trust in Monroe, Michigan. This Medical Doctor's operation appears to be a legitimately operating business, but as the facts of the criminal investigation will show, as outlined below, the practice run by this Medical Doctor is a controlled prescription drug mill where the Medical Doctor repeatedly unlawfully prescribes controlled substances. This Medical Doctor is no different from a drug trafficker who operates on a larger scale under the guise of a legitimate medical practice.

Medical Doctors often have their patients (customers), utilize health insurance, credit/debit cards, and/or cash to pay for the Medical Doctor's services and their controlled prescription medications provided by the Medical Doctor. To accommodate these forms of payment, Medical Doctors often require business bank accounts affiliated with the Medical Doctor specifically or under the Medical Doctor's business's name.

Medical Doctors will sometimes have co-owners of bank accounts affiliated with the medical practice. These co-owners will often be involved in the illegal activity associated with the medical practice. It has been found in similar investigations that the co-owners of these accounts may even be in charge of the operation, and the Medical Doctor may work under the guidance of the co-owner of the accounts.

These accounts that are owned by the Medical Doctor will have a very detailed history of deposits, withdrawals, checks, and billpay transactions. This detailed history is instrumental to investigating and determining if healthcare fraud is occurring. It will aid in the identification of other employees of the Medical Doctor, who may be involved in or who may have witnessed the illegal activity. Medical Doctors that engage in healthcare fraud, including operating controlled prescription drug mills, often reap enormous profits from their illegal activity. These Medical Doctors typically engage in unusual banking practices to attempt to launder these profits. Thus, this bank account information may reveal details as to where the Medical Doctor is transferring his illegal drug or healthcare fraud proceeds. Further, any business account and safety deposit box assets within the banking institution used by the Medical Doctor are likely to be illegal drug or healthcare fraud proceeds.

Medical Doctors will often maintain their personal and business accounts with the same banking institution. Medical Doctors will often transfer proceeds of the illegal operation to their personal bank account rather than going to the banking institution and withdrawing cash proceeds from the business bank account. Medical Doctors will often maintain their personal bank account with the same banking institution that they maintain their business bank account to minimize, if not eliminate, transfer fees. Identification of personal bank accounts and the detailed transaction history will aid in tracking and documenting the location of potential illegal drug proceeds for possible future seizure. Further, any personal account and safety deposit box assets within the banking institution used by the Medical Doctor are likely to be illegal drug or healthcare fraud proceeds.

Medical Doctors who engage in illegal drug or healthcare activity will often own high value items such as, houses, condominiums, vehicles, etc, which are purchased with the profits from their illegal activity. Medical Doctors will often obtain a loan to cover the full or partial cost of such high value items. Medical Doctors will then utilize the illegal proceeds of the Medical Operation to make payments on the loans for the high value items. Furthermore, loan information in the Medical Doctor's name will aid in the identification and establishing ownership of high value items.

Banks maintain their account records for at least one year.

4.     A.  Affiant certifies that D/Lt. Marc Moore with MANTIS personally told Affiant that he received several tips from anonymous sources who stated that Dr. Lesly Pompy is issuing prescriptions in a manner that is not consistent with standard medical care.

B.  Affiant certifies that D/Lt. Marc Moore personally told Affiant that he had contacted Blue Cross Blue Shield of Michigan (BCBSM) investigators and requested assistance with the investigation. Affiant knows from speaking with BCBSM Investigator Brian Zasadny that BCBSM is the largest health insurance company in Michigan, and

that they pay claims for services submitted by Medical Doctors, as well as for medications they prescribe. Affiant further knows from Zasadny that BCBSM employs investigators to determine if such claims are fraudulent. Affiant finally knows from Zasadny that Medical Doctors keep records regarding their services and medications they prescribe for six years after such records are generated, and that this allows for the investigation of fraudulent claims at a later date.

C. Affiant certifies that Affiant was provided with written reports completed by BCBSM Investigator James Howell. These reports detail the investigation conducted by BCBSM Investigator Howell at Dr. Lesly Pompy's Office. Affiant certifies that the first report is dated 01/05/2016.

1. Affiant certifies that Affiant read the report dated 01/05/2016 and observed that it was completed by BCBSM Investigator Howell. Affiant certifies that the report states that in November of 2015 BCBSM Investigator Howell contacted Dr. Lesly Pompy's office and learned that they were accepting new patients. Affiant certifies that the report also stated that during this phone call BCBSM Investigator Howell was advised that he would need to complete new patient paperwork and that a referral from a family doctor would be needed.

2. Affiant certifies that the report completed by BCBSM Investigator Howell states that on 01/02/2016, at 12:31 P.M. BCBSM Investigator Howell entered Dr. Pompy's office at 730 N. Macomb St., Suite 222, Monroe MI 48162. BCBSM Investigator Howell's report stated that he made contact with a female subject at the front desk who provided him with a 20 page new patient questionnaire. This female employee instructed BCBSM Investigator Howell to take the paperwork home, answer every question, and return the paperwork at a later date. The female employee again stated that a referral from a family doctor for pain management is required.

3. Affiant certifies that the report completed by BCBSM Investigator Howell stated that on 01/26/2016 at 2:13 P.M., BCBSM Investigator Howell returned to Dr. Lesly Pompy's office with the completed new patient paperwork and a referral from a BCBSM consultant.

4. Affiant certifies that the report completed by BCBSM Investigator Howell stated that on 01/26/2016 he observed seven (7) patients waiting in the hallway. Upon entering the office, BCBSM Investigator Howell reported seeing thirteen (13) patients in the waiting room.

5. Affiant certifies that the report completed by BCBSM Investigator Howell states that after giving the new patient paperwork to the front desk employee, he was told that they, meaning an employee of the office, would contact him for an appointment after the Doctor reviewed his paperwork.

6. Affiant certifies that the report completed by BCBSM Investigator Howell states that after leaving the office of Dr. Lesly Pompy on 01/26/2016, BCBSM

Investigator spoke to subjects waiting in the hallway.  An unidentified female subject told BCBSM Investigator that he would not get medications on his first visit.  This female subject stated that Dr. Lesly Pompy would go over test results, do an exam, and possibly suggest pain block.  A male subject, who stated his name was Jim, provided the same information but added that he did not get medications until his third visit. When asked what the unidentified male did in the meantime he told BCBSM Investigator Howell, "I got sick" (Implying he was in withdrawal from drugs).

D.   Affiant certifies that Affiant was provided with written reports competed by BCBSM Investigator James Howell. These reports detail the BCBSM Investigator Howell's contacts at Dr. Lesly Pompy's Office.  Affiant certifies that this report regarding such contacts is dated 02/18/2016.

1.   Affiant certifies that Affiant read the report dated 02/18/2016 and observed that it was completed by BCBSM Investigator Howell.  Affiant certifies that the report states that BCBSM Investigator Howell was contacted by a representative from Dr. Lesly Pompy's Office and an appointment was scheduled for 02/18/2016 at 3:30 P.M.   BCBSM Investigator notes in this report that he had submitted new patient paperwork to Dr. Lesly Pompy in which he did not indicate having any pain, just back stiffness and nerve problems.

2.   Affiant certifies that the report completed by BCBSM Investigator Howell on 02/18/2016 states that on 02/18/2016 at 3:44 P.M., BCBSM Investigator Howell entered Dr. Lesly Pompy's office.  BCBSM Investigator Howell's report states that he made contact with a female subject at the front desk.  This female employee collected a five dollar copay from BCBSM Investigator Howell then directed him to another room to provide a urine sample.  BCBSM Investigator Howell went to the room as directed and provided a urine sample.  BCBSM Investigator Howell was asked which controlled medications he was taking.  BCBSM Investigator replied "Norco and Xanax."

3.   Affiant certifies that the report completed by BCBSM Investigator Howell on 02/18/2016 states that at 4:35 PM, BCBSM Investigator Howell was called to the back for his appointment.  BCBSM Investigator Howell was then weighed and escorted to an exam room by a white male subject, who stated that his name was Hunter.  The report stated that Hunter informed BCBSM Investigator Howell that he is a high school student.  Hunter then asked BCBSM Investigator Howell the purpose of his visit to which he replied, "meds, just refills."  BCBSM Investigator noted that there was a female employee in the room with him and Hunter at this time.  BCBSM Investigator Howell stated in his report that a short time later another female employee entered the exam room proving the name Kayia.  BCBSM Investigator Howell was conversing with the employees who told him that there were twenty (20) employees working in Dr. Pompy's office.  They also stated that there are eleven (11) exam rooms with two (2) employees per room.  At this time Hunter took BCBSM Investigator Howell's blood pressure and pulse.  Kayla asked the purpose of his visit to which he replied, "refills." Kayla then asked if BCBSM Investigator wanted medications for pain or addiction, BCBSM Investigator informed Kayla that he wanted medications for pain.

4.   Affiant certifies that the report completed by BCBSM Investigator Howell on 02/18/2016 states that Kayla asked several questions about pain.  BCBSM Investigator Howell did not provide a pain level and used the term, "stiff" to describe his condition.  BCBSM Investigator Howell stated in his report that Kayla then completed an exam consisting of grip strength, arm and leg strength, and ankle flexibility.  Kayla had BCBSM Investigator Howell bend forward and back.  Kayla then touched down BCBSM Investigator's spine and asked where the problem was.  BCBSM Investigator Howell directed her to the middle of his lower back and stated that it was stiff.  Kayla then placed a stethoscope on BCBSM Investigator's back and listened.  BCBSM Investigator Howell stated in his report that Kayla's exam ended at approximately 4:49 PM and she left the room at 4:52 PM.

5.   Affiant certifies that the report completed by BCBSM Investigator Howell on 02/18/2016 states that at 4:54 PM, Dr. Pompy entered the room.  Dr. Pompy asked BCBSM Investigator Howell who referred him.  BCBSM Investigator stated that Dr. Robertson and that he told me I don't need surgery.  Dr. Pompy then asked "so basically you have back pain."  BCBSM Investigator Howell replied, "ya back-really stiff and sore back."  Dr. Pompy then asked BCBSM Investigator where most of the pain was.  BCBSM Investigator Howell stated that he gets low back stiffness because he drives a lot.  The report states that Dr. Pompy then looked at BCBSM Investigator's back and touched it.  Dr. Pompy also tested BCBSM Investigator's leg strength, grip strength, and had him move his neck around.  Dr. Pompy then used a stethoscope and listened to BCBSM Investigator Howell's back and chest while breathing deeply.  Dr. Pompy also had BCBSM Investigator Howell bend forward and back, and checked his reflexes.

6.   Affiant certifies that the report completed by BCBSM Investigator Howell on 02/18/2016 states that while Dr. Pompy was examining BCBSM Investigator Howell, Dr. Pompy felt the phones that BCBSM Investigator Howell had in his pocket.  Dr. Pompy asked BCBSM Investigator Howell what was in his pocket.  BCBSM Investigator Howell informed Dr. Pompy that he had cellular phones in his pocket.  BCBSM Investigator Howell then asked Dr. Pompy what he thought he had in his pocket.  Dr. Pompy replied, "a wire." Dr. Pompy then stated, "we got people coming in here with wires".  Dr. Pompy then told BCBSM Investigator Howell that it's possible that he has some kind of disc disease.  Dr. Pompy then discussed physical therapy and said that is all that BCBSM Investigator Howell may need.

a. Affiant certifies that through Affiant's training and experience Affiant knows that people engaged in illegal activities often express concern about undercover agents of law enforcement and the possibility of being monitored by law enforcement.

7.   Affiant certifies that the report completed by BCBSM Investigator Howell on 02/18/2016 states that he asked Dr. Pompy if he could get Norco.  Dr. Pompy replied, "You look like an undercover agent to me right now. You know it doesn't work

like that, you gotta get your testing done and urine drug screen." Dr. Pompy then informed BCBSM Investigator Howell that it takes seven (7) days for the urine results. Dr. Pompy then asks, "You trying to trap me?" BCBSM Investigator stated that Dr. Pompy then left the room at 5:02 PM.

      8. Affiant certifies that the report completed by BCBSM Investigator Howell on 02/18/2016 states that after Dr. Pompy left the room he was instructed to wait in the exam room with Hunter and the unnamed female employee. Hunter and this female employee discussed billing codes. BCBSM Investigator Howell asked Hunter and the other female employee why Dr. Pompy got upset when he asked for Norco. Hunter told BCBSM Investigator Howell that the, "Feds" are always on him. The female employee stated that because of the other two doctors, here in Monroe, got "busted". The unknown female also stated that there have been undercover agents in the office before, but they don't know who they are.

      9. Affiant certifies that the report completed by BCBSM Investigator Howell on 02/18/2016 states that Hunter again asked BCBSM Investigator Howell his current pain levels. BCBSM Investigator Howell again refused to offer a pain level but described his condition as back stiffness. BCBSM Investigator Howell was not given a prescription on this date. A follow up appointment was scheduled for 03/09/2016. BCBSM Investigator then exited the office at 5:27 PM.

    E. Affiant certifies that Affiant was provided with written reports competed by BCBSM Investigator James Howell. These reports detail the BCBSM Investigator Howell's contacts at Dr. Lesly Pompy's Office. Affiant certifies that this report regarding such contacts is dated 03/09/2016.

      1. Affiant certifies that the report completed by BCBSM Investigator Howell on 03/09/2016 states that BCBSM Investigator Howell had an appointment scheduled on 03/09/2016 at 6:30 PM. On this date in the morning before the scheduled appointment BCBSM Investigator Howell was contacted by a female subject who identified herself as Annie. Annie advised BCBSM Investigator Howell that his appointment was being cancelled however he could come to the office by 9:00 AM or as soon as possible. Annie asked BCBSM Investigator Howell if the purpose of his visit was refills, and BCBSM Investigator told her that it was.

      2. Affiant certifies that the report completed by BCBSM Investigator Howell on 03/09/2016 states that on 03/09/2016 at 10:02 AM, BCBSM Investigator Howell arrived at Dr. Pompy's office. Upon arriving BCBSM Investigator Howell made contact with the female employee at the front desk who provided him with a four (4) page questionnaire which he completed. At 10:13 AM BCBSM Investigator Howell was called to the back by a female employee who stated that her name was Erica. Erica took BCBSM Investigator Howell to an exam room and asked if he was there for refills which he stated he was. BCBSM Investigator Howell acknowledged that Dr. Pompy did not write him a prescription on his previous visit. Erica informed BCBSM Investigator Howell that he would not be seen on this date because they wouldn't start any patients

before Dr. Pompy shut down the office for two (2) weeks. Erica then scheduled BCBSM Investigator Howell an appointment on 03/22/2016 at 5:15 PM. BCBSM Investigator Howell then exited the office at 10:17 AM.

F. Affiant certifies that Affiant was provided with written reports competed by BCBSM Investigator James Howell. These reports detail the BCBSM Investigator Howell's contacts at Dr. Lesly Pompy's Office. Affiant certifies that this report regarding such contacts is dated 03/22/2016.

1. Affiant certifies that the report completed by BCBSM Investigator Howell on 03/22/2016 states that on this date at 4:19 PM, BCBSM Investigator Howell arrived at Dr. Pompy's office for an appointment scheduled for 5:30 PM. Upon arriving at Dr. Pompy's office BCBSM Investigator Howell made contact with the female employee at the front desk. BCBSM Investigator Howell was given a three (3) page questionnaire in which he indicated back stiffness not pain. After completing the questionnaire BCBSM Investigator Howell was directed to a urine screen. After the urine screen, BCBSM Investigator Howell returned to lobby and waited for his appointment.

2. Affiant certifies that the report completed by BCBSM Investigator Howell on 03/22/2016 states that at 5:06 PM, BCBSM Investigator Howell was called to the back by a black male employee. BCBSM Investigator was weighed then taken to an office type room where two white female employees were. BCBSM Investigator Howell was seated in an exam chair and the male employee took his blood pressure. BCBSM Investigator Howell noted that as of this point in the visit no one asked the purpose of his visit.

3. Affiant certifies that the report completed by BCBSM Investigator Howell on 03/22/2016 states at 5:09:12 PM Dr. Pompy entered the room. Dr. Pompy shook BCBSM Investigator Howell's hand and said hello. Dr. Pompy stood approximately ten (10) feet away looking down at paperwork and asked if BCBSM Investigator had any questions. BCBSM Investigator Howell stated that he did not have any questions. Dr. Pompy left the room at 5:09:49 PM. BCBSM Investigator Howell's report indicates that Dr. Pompy was in the room for approximately 37 seconds.

4. Affiant certifies that the report completed by BCBSM Investigator Howell on 03/22/2016 states that after Dr. Pompy left the room the three (3) original employees remained. The employees were discussing other medical charts. While the employees were talking, an unknown patient walked into the room and talked with one of the female employees.

5. Affiant certifies that the report completed by BCBSM Investigator Howell on 03/22/2016 states that the higher ranking female employee began asking BCBSM Investigator Howell questions. The female employee asked if BCBSM Investigator Howell had been prescribed, "Stuff" before. BCBSM Investigator Howell told her that he had not, however that was the purpose of his visit. The female

employee asked if this was BCBSM Investigator Howell's second visit and if he needed to go over testing. BCBSM Investigator informed the female employee that he could not get the tests done as his insurance would not pay for them. BCBSM Investigator told the female employee that he needed a refill for Norco 7.5(mg) and Xanax. While speaking with BCBSM Investigator Howell, the female employee was looking at a computer screen and stated that she could see that they did a urine drug screen on the last visit. The female employee stated that she was not sure how Dr. Pompy would feel about the tests not being done. BCBSM Investigator Howell told the female employee that he had done physical therapy, however he does better with the medications. The female employee let the room to consult with Dr. Pompy about getting BCBSM Investigator Howell a prescription. The female employee returned and stated that Dr. Pompy would at least need MRI's to prescribe anything. The female employee then told BCBSM Investigator that Dr. Pompy has to have some "documentation to show you need the medications." The female employee then said that if BCBSM Investigator Howell could at least get x-rays and blood work to start with, it would be fine. The female employee reprinted diagnostic testing orders for Bone scan, EKG, MRI-Lumbar, X-ray chest, X-ray knee, and blood laboratory work. The female employee then told BCBSM Investigator Howell the government was coming down on pain management doctors, which is why Dr. Pompy has to have documentation. BCBSM Investigator then left the office at 5:21 PM.

G. Affiant certifies that Affiant was provided with written reports competed by BCBSM Investigator James Howell. These reports detail the BCBSM Investigator Howell's contacts at Dr. Lesly Pompy's Office. Affiant certifies that this report regarding contacts is dated 04/26/2016.

1. Affiant certifies that the report completed by BCBSM Investigator Howell on 04/26/2016 states that on this date BCBSM Investigator Howell arrived at Dr. Pompy's office at 2:56 PM for a 3:30 PM appointment. Upon entering the office, BCBSM Investigator Howell made contact with the female employee working at the front desk. The female employee provided BCBSM Investigator Howell with a four (4) page questionnaire. BCBSM Investigator Howell stated that he answered the questions saying that he had back stiffness not pain. When BCBSM Investigator Howell turned the questionnaire in, the female employee collected a previous balance for co-pays of twenty (20) dollars.

2. Affiant certifies that the report completed by BCBSM Investigator Howell on 04/26/2016 states that at 3:22 PM, BCBSM Investigator Howell was called to the back by a white female employee who provided the name of Sarah, who also stated that she was a Medical Assistant. Sarah weighed BCBSM Investigator Howell then escorted him to an exam room. Sarah inquired about the purpose of BCBSM Investigator Howell's visit. BCBSM Investigator Howell stated that he was at the office to get medication refills. BCBSM Investigator then provided Sarah with an x-ray reading in his undercover name. BCBSM Investigator Howell notes that the reading was written by a BCBSM consultant and it gave no indications which would justify pain medications.

3.   Affiant certifies that the report completed by BCBSM Investigator Howell on 04/26/2016 states that while in the exam room on this date Sarah asked him a series of questions.   The following are the questions and responses noted in the report competed by BCBSM Investigator Howell:

Sarah: "Are you taking Norco, Ativan and Soma?"
Howell: "Yes."
Howell then asks Sarah if those were on his MAPS report and she said they were on his "Rx correspondence."
Sarah:  "Does he only give you Norco?"
Howell: "I was going to see if I could get the other ones too."
Sarah: "Has he prescribed the other ones (Ativan, Soma) to you before?"
Howell:  "No, not those other 2."
Sarah:  "Does he only do the Norco so far?"
Howell: "Yeah."
Sarah:  "Did he give you the Norco?"
Howell:  "No."
Sarah:  "So you don't have any medications here?"
Howell: "No, he said to get the blood test and you'll be good."

4.   Affiant certifies that the report completed by BCBSM Investigator Howell on 04/26/2016 states that at 3:30 PM a female employee identified from a previous visit as Kayla entered the room.  BCBSM Investigator Howell notes that Kayla appeared to have a higher status then Sarah.  Kayla looked at the x-ray reading and blood test results.  Kayla stated there was a little liver abnormality, but she would check on it.  Kayla then left the room.

5.   Affiant certifies that the report completed by BCBSM Investigator Howell on 04/26/2016 states that at 3:43:37 PM Dr. Pompy entered the exam room with BCBSM Investigator Howell.  Dr. Pompy said, "Hi." To BCBSM Investigator Howell and stated that he had a little bit of gall bladder disease but that it was very early and that he should watch his fatty intake.  Dr. Pompy then stepped over to the computer that Sarah was working at and looked over her shoulder.  Sarah stated to Dr. Pompy twice that this was BCBSM Investigator Howell's third visit.  Dr. Pompy then asks BCBSM Investigator Howell, "So, what are you looking for?"  BCBSM Investigator Howell stated that he usually gets Norco for his back.  Dr. Pompy stated, "okay, pull out his urine drug screens."  BCBSM Investigator Howell stated that he had given them every time and that he is good.  Dr. Pompy replies, "Let's pull them out, see what it is, then we'll see where to go."  Dr. Pompy then leaves the room at 3:44:28 PM.

6.   Affiant certifies that the report completed by BCBSM Investigator Howell on 04/26/2016 states that after Dr. Pompy left the room, Sarah printed of BCBSM Investigator Howell's previous drug screen results.  BCBSM Investigator Howell asked about the drug test.  Sarah stated that the only thing that showed in BCBSM Investigator Howell's drug screen was barbiturates.  Sarah then informed BCBSM Investigator Howell that this could be a result of taking Xanax and as long as he was

getting them from a doctor there wouldn't be any problems. BCBSM Investigator Howell told Sarah that was impossible. Sarah left the room to check and see if BCBSM Investigator Howell had given a urine sample on this visit. Sarah returned and told BCBSM Investigator Howell that if he gave a sample today he could get more than two (2) weeks of medications. Sarah then offered to allow BCBSM Investigator a chance to take another urine drug screen. BCBSM Investigator Howell stated that he would take the test and that he was one hundred (100) percent clean, except for a little moonshine.

7.    Affiant certifies that the report completed by BCBSM Investigator Howell on 04/26/2016 states that after speaking with Sarah he went to the next room where the lab employees take urine drug screen samples. The male employee taking urine drug screen asked BCBSM Investigator Howell what medications he takes. BCBSM Investigator Howell stated that he did not take any medications just Bud Light and Moonshine. BCBSM Investigator Howell discussed the lab results with this employee. This employee informed BCBSM Investigator Howell that the samples are sent to Tampa, and if there is a discrepancy, BCBSM Investigator could call them. BCBSM Investigator then returned to the exam room.

8.    Affiant certifies that the report completed by BCBSM Investigator Howell on 04/26/2016 states that at 4:07:24 Dr. Pompy returned to the exam room. Dr. Pompy asked, "Okay, what are we doing?" Sarah told Dr. Pompy that BCBSM Investigator Howell wants to see if he can get any medication and that this is BCBSM Investigator Howell's third visit. Dr. Pompy said, "Okay." BCBSM Investigator Howell states that he observed Dr. Pompy writing on his drug screen report, and later observed it was the medications that he prescribed. Dr. Pompy then stepped closer to Sarah and stated, "Norco, Lyrica, and Zanaflex and see him back in two (2) weeks and see how he is doing." Dr. Pompy then left the room at 4:09:40. BCBSM Investigator noted that Dr. Pompy was in the room approximately two (2) minutes and sixteen (16) seconds.

9.    Affiant certifies that the report completed by BCBSM Investigator Howell on 04/26/2016 states that after Dr. Pompy left the room, Sarah scheduled BCBSM Investigator Howell's next appointment for May 9, 2016 at 4:00 PM. BCBSM Investigator Howell also spoke to the lab employee again who stated that BCBSM Investigator Howell could contact the lab and have them re-test his urine drug screen. BCBSM Investigator Howell obtained a copy of his first visit drug screen. BCBSM Investigator then left the office with a prescription.

10.    Affiant certifies that the report completed by BCBSM Investigator Howell on 04/26/2016 states that BCBSM Investigator Howell was prescribed Norco 5-325 mg, 42 tablets and Lyrica 50mg, 60 capsules. The prescriptions were filled at Walgreens 1285 N. Monroe St Monroe MI 48162. D/Lt Marc Moore was present and the prescriptions were turned over to him for processing.

H.   Affiant certifies that Affiant was provided with written reports competed by BCBSM Investigator James Howell. These reports detail the BCBSM Investigator

Howell's contacts at Dr. Lesly Pompy's Office. Affiant certifies that this report regarding contacts is dated 05/09/2016.

1.    Affiant certifies that the report completed by BCBSM Investigator Howell on 05/09/2016 states that on this date he arrived at Dr. Pompy's office at 4:11 PM for a 4:00 PM appointment. Upon entering the office BCBSM Investigator Howell made contact with the female employee working at the front desk. The female employee provided BCBSM Investigator Howell with a four (4) page questionnaire. BCBSM Investigator Howell stated that he answered the questions saying that he had back stiffness not pain. When BCBSM Investigator Howell returned the questionnaire to the front desk employee, he was given paperwork ordering a urine drug screen and was then told to submit to a urine test. BCBSM Investigator Howell went down the hall as in previous visits and provided a urine sample with the lab employee. BCBSM Investigator Howell stated that the female lab employee checked the urine with a rapid test and said that it was negative for everything.

2.    Affiant certifies that the report completed by BCBSM Investigator Howell on 05/09/2016 states that at 4:53 PM BCBSM Investigator Howell was called to the back by a female employee. This employee weighed BCBSM Investigator Howell and escorted him to an exam room. The female employee asked BCBSM Investigator Howell the purpose of his visit. BCBSM Investigator Howell informed the employee that he was there to get medication refills. BCBSM Investigator Howell notes that no vitals were taken nor were any other medical questions asked. BCBSM Investigator Howell engaged the female employee in small talk and learned that a female named Donna Ellison does the billing and that there is a sales representative for Subsys, who works in the office.

3.    Affiant certifies that the report completed by BCBSM Investigator Howell on 05/09/2016 states that at 5:07:12 PM Dr. Pompy enters the exam room and greeted BCBSM Investigator Howell. Dr. Pompy directed his attention to BCBSM Investigator Howell's paperwork and said, "no Hydrocodone, problem." BCBSM Investigator Howell stated that Dr. Pompy was referring to his urine drug screen. BCBSM Investigator Howell notes that Dr. Pompy did not look at him or make any comments to BCBSM Investigator Howell. Dr. Pompy then stated that he needs to see BCBSM Investigator again in a week. At 5:08:30 Dr. Pompy leaves the room.

4.    Affiant certifies that the report completed by BCBSM Investigator Howell on 05/09/2016 states that the female employee provided BCBSM Investigator Howell with two paper prescriptions: Norco 5/325 mg tablets (postdated for 5/10/16) and Lyrica 50mg caplets (postdated for 5/24/16). BCBSM Investigator Howell then left the office at 5:11 PM.

5.    Affiant certifies that the report completed by BCBSM Investigator Howell on 05/09/2016 states that BCBSM Investigator Howell was prescribed Norco 5/325 mg and Lyrica 50mg, 60 capsules. The prescriptions were filled at Walgreens

1285 N. Monroe St Monroe MI 48162.   D/Lt Marc Moore was present and the prescriptions were turned over to him for processing.

i.   Affiant certifies that Affiant was provided with written reports competed by BCBSM Investigator James Howell. These reports detail the BCBSM Investigator Howell's contacts at Dr. Lesly Pompy's Office. Affiant certifies that this report regarding such contacts is dated 05/17/2016.

1.   Affiant certifies that the report completed by BCBSM Investigator Howell on 05/17/2016 states that he arrived at Dr. Pompy's office at 5:46 PM for a 5:45 PM appointment.  Upon entering the office, BCBSM Investigator Howell made contact with the female employee working at the front desk.   The female employee provided BCBSM Investigator Howell with a four (4) page questionnaire.  BCBSM Investigator Howell stated that he answered the questions saying that he had back stiffness not pain.  When BCBSM Investigator Howell returned the questionnaire to the front desk employee he was given paperwork ordering a urine drug screen and was then told to submit to a urine test.  BCBSM Investigator Howell stated that he was called back to an exam room before he could submit to the urine test.

2.   Affiant certifies that the report completed by BCBSM Investigator Howell on 05/17/2016 states that while he was waiting to submit to the urine test he spoke with two unidentified female patients.  One of the females stated to BCBSM Investigator Howell that she told the doctor that she had been buying 30 mg "oxys" from work (indicating unlawful use of prescription drugs).

3.   Affiant certifies that the report completed by BCBSM Investigator Howell on 05/17/2016 states that at 6:45 PM he was called to the back by an employee he knew from past visits as Sarah.  Sarah weighed BCBSM Investigator Howell and then escorted him to an exam room.  Once in the exam room Sarah asked BCBSM Investigator Howell for the purpose of his visit.  BCBSM Investigator Howell stated that he was there for medication refills.  BCBSM Investigator Howell engaged Sarah in small talk while in the exam room.   Sarah estimated that there are approximately 15 employees on duty at a time in Dr. Pompy's office.

4.   Affiant certifies that the report completed by BCBSM Investigator Howell on 05/17/2016 states that Sarah commented to BCBSM Investigator Howell that he did not have any Norco in his previous urine screen.  BCBSM Investigator Howell inquired if Sarah thought that Dr. Pompy would prescribe him anything stronger.  Sarah stated that he probably would not as the test was negative.

5.   Affiant certifies that the report completed by BCBSM Investigator Howell on 05/17/2016 states that at 7:09:00 PM Dr. Pompy entered the exam room and greeted BCBSM Investigator Howell.  Dr. Pompy moved over to where Sarah was sitting and looked over her shoulder at the computer.  Dr. Pompy then handed BCBSM Investigator Howell a prescription for Norco 5/325 mg. After giving BCBSM Investigator Howell the prescription, Dr. Pompy stated that he needed to give a urine sample and

that he would be checking the results.  BCBSM Investigator Howell engaged Dr. Pompy in small talk and Dr. Pompy left the room at 7:09:50 PM.  BCBSM Investigator notes that Dr. Pompy was only in the exam room for fifty (50) seconds.

6.   Affiant certifies that the report completed by BCBSM Investigator Howell on 05/17/2016 states that after Dr. Pompy left the exam room, Sarah had BCBSM Investigator submit to a urine drug screen.  BCBSM Investigator noted that when he handed the female lab employee his urine sample there was no name on the cup.  The female employee then set BCBSM Investigator Howell's sample down next to another sample.

7.   Affiant certifies that the report completed by BCBSM Investigator Howell on 05/17/2016 states that the paper prescription for Norco 5/325 mg, 21 tablets was turned over to D/Lt Marc Moore for processing.

J.  Affiant certifies that along with the reports competed by BCBSM Investigator Howell, Affiant was provided with written reviews of the visits to Dr. Pompy's Office competed by Dr. Carl Christensen, a BCBSM consultant.  Affiant received by email a document prepared by Dr. Chistensen dated May 8, 2016, which details his qualifications, which Affiant believes are sufficient to review whether Dr. Pompy complied with the appropriate standard of medical care in his contacts with Investigator Howell.  This document is attached as Attachment A.  The reviews were based upon video recordings of the visits made by BCBSM Investigator Howell, who utilized a covert video camera system to record the visits.

1.   Affiant certifies that the first review completed by Dr. Christensen was done for the visit dated 02/18/2016.   Dr. Christensen's summary of the visit on 02/18/2016 is as follows: "The investigator presented with frank drug seeking behavior, stating that he was there for "refills" for his first visit.  He identified himself as having excessive alcohol consumption.  He repeatedly identified himself as having "stiffness" rather than pain.  He was drug seeking at the end of the interview. None of this was identified as a problem during the interview, other than the possibility that he might be an undercover investigator.   There were no questions asked regarding history of addiction during the interview.

Dr. Pompy's examination, regarding pain evaluation, appears appropriate.  He did not prescribe any opioids at the time of this visit.  He has ordered extensive testing, which may be appropriate in the context of providing interventional anesthetic procedures.

Although deficient in identifying the apparent underlying drug seeking behavior of the investigator, this visit appears other wise to be within the standard of care."

2.   Affiant certifies that Dr. Christensen did not complete a review of BCBSM Investigator Howell's visit on 03/09/2016.   Affiant certifies that BCBSM Investigator Howell personally informed Affiant that Dr. Christensen did not complete a

review of the visit because BCBSM Investigatory Howell did not have contact with Dr. Pompy on this date.

3.  Affiant certifies that a review completed by Dr. Christensen was done for the visit dated 03/22/2016. Dr. Christensen's summary of the visit on 03/22/2016 is as follows:   "The appearance of this visit is to qualify for opioids by requiring an MRI, and to make the investigator jump through enough hoops to receive opioids. There was no discussion about the previous urine drug screen results, and the remarks about alcohol during the screen testing were ignored.
The lack of correlation between MRI findings and back pain is well known, especially to a physician with Dr. Pompy's qualifications.

No apparent examination or review of the valid parts of a medical interview (chief complaint, history of present illness, review of the symptoms and changes in personal history) appear to have been done."

4.  Affiant certifies that a review completed by Dr. Christensen was done for the visit dated 04/26/2016. The review summarizes the video then Dr. Christensen proved the following statement, "There is no justification for these medications (referring to Norco, Lyrics and Zanaflex). The primary reason for these prescriptions appears to be that "he is here for his third visit". This visit appears to be outside the standard care for the practice of medicine."

a.  Affiant certifies that Dr. Christensen addressed the urine drug screen results in this review and states the following; "I reviewed the available urine drug screens with the investigator. There are 2 tests on February 18 and March 22nd:

Feb 18th:   positive for nordiazepam, oxazepam and temazepam, which suggest ingestion of diazepam (Valium). All other drugs tested are negative.

March 22nd:  positive screen (no confirmation) for barbiturates, all other drugs negative. This medication may be found in Fiorcet, Fiornal, Donnatal and phenobarbital.

Note that although the investigator denies taking these medications, and there was no chain of custody done, these results should have at least triggered an investigation before prescribing him additional controlled medications. He discusses them with the male doing the collection and is told that "barbiturates" are "things like Suboxone", which is not true. He is told that he can call and ask the sample to be retested. The third video ends at 1622."

5.  Affiant certifies that a review completed by Dr. Christensen was done for the visit dated 05/09/2016. Dr. Christensen's summary of the visit on 05/09/2016 is as follows; "There was no medical justification for these medications (Norco and Lyrica). There was no medical visit. There was no complaint that justified continuing them. There was an abnormal urine drug screen (no hydrocodone found despite a prescription), but the only change was to have him return in one week. This would not

15

help identify or address whether the "patient" was abusing, hording or selling their medication. This visit appears to be outside the standard of care of medicine."

6. Affiant certifies that a review completed by Dr. Christensen was done for the visit dated 05/17/2016. Dr. Christensen's summary of the visit on 05/17/2016 is as follows; "This "office visit" was entirely without medical justification. Problems with the visit include:

a) The questionnaire identified the main complaint as "stiffness:, not pain. This is not an indication for a narcotic.

b) The investigator identified use of alcohol and drugs as coping mechanisms; yet there was no discussion of this or investigation of this admission of possible drug and alcohol abuse.

c) Despite his urine not showing the prescribed medication, his receiving another prescription, without any investigation of this aberrant behavior.

d) There was no legitimate medical examination. This would consist, at minimum, of a review of the efficacy (analgesia), adverse (side) affects, functional level (activity level while on the medication) and monitoring for abnormal (aberrant) behavior. The investigator provided ample evidence of aberrant behavior by a urine drug screen that failed to show the prescribed medication and admission of drugs and alcohol to cope. The "exam" by Dr. Pompy lasts under one minute, and there is no evidence that he has reviewed the data available. Other than vital signs, taken by office staff, there is no physical examination whatsoever.

This visit appears to be outside the standard of care of the practice of medicine; and the medications do not appear to have been prescribed for a legitimate medical purpose by a physician acting in the usual course of a professional practice in the United States."

K. Affiant certifies that on 04/07/2016, the MANTIS Office conducted an investigation with suspect Joshua Cangialosi, who was selling prescription narcotics (MTS-47-16). Affiant certifies that this investigation was conducted by Detective Sean Street with MANTIS. Affiant certifies that Affiant was present and assisted with the investigation.

1. Affiant certifies that Detective Street completed a report for this investigation MTS-47-16. Affiant certifies that Affiant obtained a copy of this report through the Michigan State Police report writing database.

2. Affiant certifies that Detective Street reported the following:

a. On Wednesday April 6, 2016 an anonymous caller contacted the MANTIS office and advised that he had recently changed his cellular telephone number and an individual at telephone number (734)915-7399 was continuously contacting him and propositioning him for narcotics. The caller obtained a copy of the text message

16

and sent them to me via text message. The suspect stated via text message that he was selling Suboxone, Xanax, Fentanyl spray, and Morphine. Detective Street advised the anonymous caller to text the suspect back and advise that he could purchase the narcotics the following day.

b. Detective Street requested records for (734)915-7399 through an on-line investigative database resulting in the name Joshua Cangialosi who lived at 1160 North Macomb Street, apartment #68. After obtaining a photograph of Joshua Cangialosi through the Michigan Law Enforcement Information Network's Michigan Secretary of State Records, Detective Street typed (734)915-7399 through www.facebook.com and observed that it was linked to Joshua Cangialosi's Facebook page. Joshua Cangialosi was seen in "selfie" photographs throughout the Facebook page identifying it as his.

c. Detective Street contacted the anonymous caller on Thursday April 7, 2016 and at Detective Street's request he sent a text to Joshua stating that he could purchase the narcotics at approximately 1330hrs and that he would meet at 1160 North Macomb. At approximately 1330hrs, MANTIS Detectives conducted surveillance in the area of 1160 North Macomb Street and Detective Street positioned himself in the apartment foyer of 1160 North Macomb Street, apartment #68. Detective Street advised the anonymous caller to send Joshua a text stating that he was outside. Detective Street positively identified Joshua as he walked out of apartment #68. As Joshua passed by Detective Street, he observed a white and pink box that read "Subsys Fentanyl Sublingual Spray". Detective Street followed Joshua out of the foyer and identified himself as a police officer. Detective Street detained Joshua until other responding units arrived on scene to assist with the arrest.

d. MANTIS Detective Moore and Detective Street made contact with two remaining occupants in apartment #68, Vannessa Cangialosi and Ricky Bryant. When asked who lived at the location, both parties stated that they did. Detective Street obtained verbal consent and written consent from Vannessa Cangialosi to conduct a search of the residence.

e. Accompanied by Detective Sergeant Beard, Detective Street conducted an interview of Vannessa in her bedroom at the venue. Detective Street read Vannessa her Miranda Rights at approximately 1353hrs. Vannessa stated that she understood her rights and was willing to provide information regarding the investigation. Vannessa reviewed and signed a Miranda Waiver prior to the interview. The incident report reveals she told Detective Street the following: Vannessa stated that she and Joshua have been married since November of 2015 and he moved in with her at the venue sometime in June of 2015. Vannessa stated her and Joshua use the Subsys Fentanyl spray on a daily basis and on the day prior decided to sell it for a profit. Vannessa stated that Ricky Bryant is her father and is prescribed the Subsys and Morphine. Vannessa stated that when Bryant receives the Subsys, he gives them a majority of it to use and sell. Vannessa stated that she, Bryant, and Joshua were planning on selling the Subsys for $10.00 for one dosage unit and $30.00 per Morphine

pill. When asked, Vanessa stated Joshua was in possession of his Suboxone, her Xanax, Bryant's Fentanyl, and Morphine. Vannessa stated that they were going to sell the narcotics to assist with bills associated with school supplies for her daughter.

f. Detective Street conducted an interview of Ricky Bryant in his bedroom at the venue. Detective read Bryant his Miranda Rights at approximately 1415hrs. Bryant stated that he understood his rights and was willing to provide information regarding the investigation. Bryant reviewed and signed a Miranda Waiver prior to the interview. The incident report reveals he told Detective Street the following: Bryant stated that he is prescribed the Subsys by his doctor, Dr. Pompy, for Chronic Obstructive Pulmonary Disease (COPD). Bryant stated that he is issued a prescription by Pompy and then it is sent to a company in Arizona, Avella of Deer Valley INC, to fill it. Bryant stated that Avella then sends the Subsys directly to his address. Bryant stated he receives 120 dosage units of Subsys when the shipment arrives. Bryant stated that he keeps approximately 40 dosage units to use and provides Vannessa and Joshua with the remaining 80 dosage units to use and sell. When asked, Bryant stated that the money that is obtained from selling the Subsys will go towards food and rent.

g. Detective Street conducted an interview of Joshua at the Michigan Department of the State Police-Monroe Post second floor interview room. Detective Street read Joshua his Miranda Rights at approximately 1501hrs. Joshua stated that he understood his rights and was willing to provide information regarding the investigation. Joshua reviewed and signed a Miranda Waiver prior to the interview. The incident report reveals he told Detective Street the following: Joshua confessed that he was attempting to sell the Subsys for $10.00 a dosage unit, Suboxone film for $15.00, Xanax tablet for $3.00 to $4.00, and an approximately 1/8 of a pound of marijuana for $25.00 to a male named Eric. When asked about a female who showed up to the apartment during our consent search, Joshua stated that he was going to sell her 60 1mg Xanax for $1.00 per tablet. Joshua stated that he was selling narcotics to support the household and for his daughter.

L. Affiant certifies that Affiant searched Subsys on Drugs.com. Affiant knows from training and experience that Drugs.com is a reliable internet source of prescription drug information. Affiant certifies that Drugs.com provided the following information regarding Subsys: Subsys is the brand name for the drug fentanyl (sublingual). Subsys spray is an opioid pain medication. Subsys spray is used to treat "breakthrough" cancer pain that is not controlled by other medicines. Subsys is taken together with other non-fentanyl narcotic pain medicine that is used around the clock. This medication is not for treating pain that is not cancer-related, such as pain from surgery or dental work, migraine headaches, or back pain. Affiant certifies that Drugs.com states that fentanyl can slow or stop your breathing, especially when you start using this medicine or whenever the dosage is changed.

M. Affiant certifies that in searching Subsys, Affiant located a web page for Insys Therapeutics Inc.- www.insysrx.com. This web page indicates that Insys is a manufacturer and distributer of Subsys and states that Subsys is indicated for the

management of breakthrough pain in adult cancer patients who are already receiving and who are tolerant to around-the-clock opioid therapy for their underlying persistent cancer pain. The website gave the following additional facts: Patients considered opioid tolerant are those who are taking around-the-clock medicine consisting of at least 60 mg of oral morphine daily, at least 25 mcg of transdermal fentanyl/hour, at least 30 mg of oral oxycodone daily, at least 8 mg of oral hydromorphone daily or an equianalgesic dose of another opioid daily for a week or longer. Patients must remain on around-the-clock opioids when taking Subsys. This product must not be used in opioid non-tolerant patients because life-threatening respiratory depression and death could occur at any dose in patients not on a chronic regimen of opioids. For this reason, Subsys is contraindicated in the management of acute or postoperative pain.

N.  Affiant certifies that Affiant conducted an internet search into COPD or Chronic Obstructive Pulmonary Disease on WebMD.com, a site with medical information Affiant knows to be reliable based upon training and experience. WebMD.com defines COPD as a lung disease that makes it hard to breathe. Affiant certifies that the medicine choices listed to treat COPD do not include Subsys or fentanyl.

O.  Affiant certifies that Affiant has been in communication with DEA TFO (Task Force Officer) Shawn Kotsch.  TFO Kotsch provided Affiant with an email on 08/02/2016. In this email, TFO Kotsch provided Affiant with a statement by Dr. Carl Christensen in regard to Dr. Pompy's Medicare patients that were prescribed Subsys. Dr. Carl Christensen writes, "Mr. Kotsch; I have reviewed the spreadsheet on Dr. Pompy.  The procedures performed are non-specific and it cannot be determined whether or not these involved patients with cancer.  However, there are no diagnoses on the "diagnostic code analysis" that match a diagnosis of malignancy.  As we discussed, Subsys (sublingual Fentanyl) is a medication that is approved by the FDA for treatment of breakthrough pain in cancer patients who are opioid tolerant.  None of these diagnoses are consistent with this.  The use of this potent opioid narcotic for patients without cancer, with the risk of addiction, overdose and death, is outside the standard of care of medicine in my opinion."

P.  Affiant certifies that on 06/27/2016, Affiant ran Lesly Pompy on LEIN and obtained through Michigan Secretary of State Record's his date of birth ▮▮▮▮▮▮, driver's license number ▮▮▮▮▮▮▮▮▮, address 533 N. Monroe St Monroe MI 48162, and driver's license photo. Affiant also ran all vehicles registered to Lesly Pompy on LEIN and found through Michigan Secretary of State Records a 2015 Nissan Pathfinder with a Michigan registration of ▮▮▮▮▮ and VIN of ▮▮▮▮▮▮▮▮▮▮ registered to Lesly Pompy at 533 N. Monroe St Monroe MI 48162.

Q.  Affiant certifies that MANTIS Detectives conducted surveillance of Lesly Pompy on three (3) occasions. The following was observed:

1.   Affiant certifies that on 07/13/16, the MANTIS Office conducted surveillance of Dr. Lesley Pompy.  The surveillance was initiated at Dr. Pompy's office at 730 N. Macomb St and ended at his residence of 533 N. Monroe St.

a.   Affiant certifies that on 07/13/16 at approximately 5:45 PM, Affiant and MANTIS Detective Brent Cathey went to 730 N. Macomb St Monroe MI 48162, and located Dr. Pompy's vehicle parked in the east parking lot.  The vehicle is a 2015 Nissan Pathfinder with a Michigan registration of ▓▓▓▓▓▓.  Affiant had run all vehicles registered to the suspect prior to the surveillance and obtained the vehicle information.

b.   Affiant certifies that at approximately 5:58 PM Affiant walked into the office building at 730 N. Macomb St suite 222 listed at Dr. Pompy's office while Detective Cathey maintained surveillance of the aforementioned vehicle.  Affiant was able to observe the lobby area through a window to the side of the entry door.  The lights were off in the lobby and Affiant did not observe anyone inside the office.  Affiant saw that the lights behind the receptionist's desk were on, but did not observe any employees.  Affiant saw that there was a plaque on the wall which read 222 L. Pompy M.D. to the left of the office entry door.  Affiant then returned to the vehicle with Detective Cathey.

c.   Affiant certifies that Detective Cathey entered the building at approximately 7:00 PM, while Affiant maintained surveillance of the vehicle.  When Detective Cathey returned to the vehicle a few minutes later, he personally informed Affiant of what he observed.  Detective Cathey stated that upon arriving on the second floor and nearing Dr. Pompy's Office he observed a subject he identified as Dr. Pompy speaking to an unknown male subject in the doorway to the office.  Detective Cathey stated that Dr. Pompy was wearing a blue scrub uniform, and he recognized him from a driver's license photograph Affiant showed him prior to the surveillance.  Detective Cathey stated that he heard the male subject in the blue scrubs state to the unknown male subject that he was Dr. Pompy and that he was not taking any further appointments at this time today.

d.   Affiant certifies that at approximately 9:00 PM, Affiant and Detective Cathey observed Dr. Pompy exit the building at 730 N. Macomb St and walk to his vehicle.  Dr. Pompy was carrying a cardboard box and a black bag.  Dr. Pompy went to the passenger side of his vehicle and placed these items inside.  Dr. Pompy then walked to the driver's side of his vehicle and entered via the driver's seat.  Dr. Pompy was the sole occupant of the vehicle.   Prior to entering his vehicle, Dr. Pompy conversed with a security guard who was in the area for an arching wire caused by a storm that had recently passed through the area.

e.   Affiant certifies that after entering his vehicle, Dr. Pompy exited the parking lot by driving south to an entrance at E. Grove St.  This was observed by Affiant and Detective Cathey.  Upon reaching the parking lot exit at E. Grove St., MANTIS Detective Jon LaSotta advised Affiant via police radio that he could see Dr.

Pompy's vehicle and would take over the lead surveillance and continued to advise of the status of his surveillance via police radio. Detective LaSotta advised that Dr. Pompy had turned west on E. Grove St. and was driving towards N. Macomb St. Detective LaSotta followed and observed Dr. Pompy drive west on E. Grove St to his address of 533 N. Monroe St, which is located on the northwest corner of N. Monroe St and E. Grove St. Detective Lasotta stated that he watched the garage door to the detached garage open and Dr. Pompy drive his vehicle into the garage. Detective LaSotta then stated that after the vehicle was inside, the garage door closed. At this time, Detective Cathey and Affiant drove past the residence west bound on E. Grove. Affiant and Detective Cathey personally observed Dr. Pompy walking to his house from the garage. Affiant saw Dr. Pompy was carrying a black bag and walked into his house via the back entry door located on the west side of the home. Detective Cathey personally told Affiant that he too observed Dr. Pompy walk into his home with a black bag. At this time surveillance was terminated for this date.

2. Affiant certifies that on 07/28/16, the MANTIS Office conducted surveillance of Dr. Lesley Pompy. The surveillance was initiated at Dr. Pompy's office at 730 N. Macomb St and ended at his residence of 533 N. Monroe St.

a. Affiant certifies that on 07/28/16, MANTIS Detectives conducted surveillance of Dr. Pompy. On 07/28/16 at approximately 6:45 PM, Detectives arrived at the 730 N. Macomb St address and at 533 N. Monroe St. D/Sgt. Scott Beard of MANTIS and Affiant were in the north east corner of the parking lot at 730 N. Macomb St with a view of the east exit door that Dr. Pompy used on 07/13/16 to exit the office building and the main entry door located on the north side of the building. Detective LaSotta personally told Affiant via police radio that he was in a position to view E. Grove St and the south side of the office building. Detective Cathey advised via police radio that he was watching the 533 N. Monroe St. address.

b. Affiant certifies that when Affiant arrived at the office, Affiant checked the area for Dr. Pompy's vehicle, but did not locate it. At approximately 7:00 PM, Affiant walked into the office building at 730 N. Macomb St suite 222 listed as Dr. Pompy's office while D/Sgt. Beard maintained surveillance of the exit doors. Affiant saw that the lobby of the office was full of patients with more patients waiting on benches in the hallway outside the door.

c. Affiant certifies that at approximately 7:34 PM, Detective Cathey advised via police radio that a red SUV with Michigan registration ███ arrived at 533 N. Monroe St. Detective Cathey stated that a black female wearing a pink shirt and blue jeans used a key to unlock the door and gain entry to the house. At approximately 7:47 PM, Detective Cathey stated that the female subject exited the home and got back into the red SUV and drove east on E. Grove. At this time, Detective LaSotta stated that he observed this vehicle drive east on E. Grove then turn north into the parking lot of the hospital. At this time, Affiant observed the vehicle driving north bound in the parking lot. At approximately 7:50 PM, the female parked the red SUV in the parking lot to the north of the office building. Affiant observed a black female wearing a pink shirt

and blue jeans exit the vehicle and enter the office building via the north main entry door. The female exited the office building at around 8:15 PM. Affiant observed the female drive north bound in the parking lot and exit via the north entrance on N. Macomb St. Affiant then lost sight of this vehicle.

d. Affiant certifies that Detective Cathey advised via police radio that at approximately 9:30 PM, he observed the garage door at 533 N. Monroe St open and a red Nissan Pathfinder with a MI registration of ███████ was parked inside. An unknown female backed the vehicle out of the garage and then drove east on E. Grove St. Detective LaSotta advised via police radio he observed the vehicle on E. Grove drive east and enter the parking lot by turning north into the eastern most driveway. At this time, D/Sgt Beard advised via police radio that he could see the vehicle driving north in the parking lot. Affiant also observed this vehicle. The driver pulled into an area reserved for physicians and stopped with the vehicle facing south bound in the lot and did not park in a parking place. At approximately 9:36 PM, D/Sgt Beard advised via police radio that he saw Dr. Pompy exit the office building via the east door. Affiant also observed Dr. Pompy exit the building and walk to the Nissan Pathfinder. Affiant saw that Dr. Pompy was carrying a dark colored bag with him. Dr. Pompy entered the front passenger seat of the vehicle and the driver drove away south bound in the parking lot. Detective LaSotta advised via police radio that he observed the vehicle drive west bound on E. Grove and Detective Cathey stated that he saw the vehicle arrive back at 533 N. Monroe St at approximately 9:38 PM.

e. Affiant certifies that Detective Cathey advised via police radio that at approximately 9:40 PM, he observed the driver of the Nissan and Dr. Pompy enter the home. Detective Cathey personally informed Affiant that he observed Dr. Pompy to be caring a black bag when he entered the home. At this time surveillance was terminated.

3. Affiant certifies that on 08/11/16, the MANTIS Office conducted surveillance of Dr. Lesley Pompy. The surveillance was initiated at Dr. Pompy's office at 730 N. Macomb St and ended at his residence of 533 N. Monroe St.

a. Affiant certifies that on 08/12/16, MANTIS Detectives conducted surveillance of Dr. Pompy. On 08/12/16 at approximately 6:30 PM, Detectives arrived at the 730 N. Macomb St address and at 533 N. Monroe St. D/Sgt. Beard and Affiant were in the northeast corner of the parking lot at 730 N. Macomb St with a view of the east exit door that Dr. Pompy used on 07/13/16 and 07/28/16 to exit the office building and the main entry door located on the north side of the building. Detective LaSotta was in a position to view E. Grove St and the south side of the office building. Detective Cathey was watching the 533 N. Monroe St. address.

b. Affiant certifies that at approximately 6:51 PM, Detective Cathey advised via police radio that a blue SUV with Michigan registration ███████ arrived at 533 N. Monroe St. Det. Cathey stated that a white female exited the vehicle and went

to the front door of the house.  The female knocked but did not get an answer at the door and left south bound on N. Monroe St.

c. Affiant certifies that Detective Cathey advised via police radio that at approximately 9:15 PM, he observed the garage door at 533 N. Monroe St open and a red Nissan Pathfinder with a MI registration of ████████ was parked inside.  The driver backed the vehicle out of the garage and then drove east on E. Grove St. Detective LaSotta stated via police radio that he observed the vehicle on E. Grove drive east and enter the parking lot by turning north into the eastern most driveway.  At this time, D/Sgt Beard advised via police radio that he could see the vehicle driving north in the parking lot.  Affiant also observed this vehicle.  The driver pulled into an area reserved for physicians and parked the vehicle facing west near the east exit door.  At approximately 9:32 PM, D/Sgt Beard advised that he saw Dr. Pompy exit the office building via the east door.  Affiant also observed Dr. Pompy exit the building and walk to the Nissan Pathfinder.  Affiant saw that Dr. Pompy was carrying a dark colored bag with him.  Dr. Pompy entered the front passenger seat of the vehicle and the driver drove away south bound in the parking lot.  Detective LaSotta observed the vehicle drive west bound on E. Grove and Detective Cathey stated via police radio that he saw the vehicle arrive back at 533 N. Monroe St at approximately 9:25 PM.

d. Affiant certifies that Detective Cathey stated via police radio that he observed the driver of the Nissan and Dr. Pompy enter the home and also observed Dr. Pompy to be carrying a bag with him.  At this time surveillance was terminated.

4.   Affiant certifies that on each day surveillance was conducted, Dr. Pompy was observed to be carrying a back bag from his office to his home.  Affiant certifies that likely indicates that Dr. Pompy is transporting documents or property from his office at 730 N. Macomb St #222 to his home at 533 N. Monroe St.

R.   Affiant certifies that on two (2) separate occasions MANTIS Detectives conducted a "trash pull" at 533 N. Monroe St Monroe MI 48162.

1.  Affiant certifies that on 07/26/16, Affiant and Detective LaSotta went to the address of Dr. Lesly Pompy, 533 N. Monroe St Monroe MI 48162 at approximately 12:00 AM.  Upon arriving at the location, Affiant observed a trash can out to the curb for regularly scheduled trash pickup.  The trash can had been observed by Affiant during prior surveillance in the lean-to style structure attached to the garage of the location. The entrance to the structure faces to the south on Grove St.  The trash can was directly in front of the garage and this lean-to structure at the curb.  Affiant observed a black in color trash bag with red plastic tie handles protruding from the trash can. Affiant personally observed Detective LaSotta as he went to the trash can and removed two black in color plastic trash bags with red plastic tie handles.  Affiant certifies that the trash had been placed to the curb and abandoned for regularly scheduled trash pickup. On 07/26/16, Affiant searched the two trash bags recovered from 533 N. Monroe St Monroe MI 48162.  Detective LaSotta took photographs of the bags prior and during the search.  In the first bag, Affiant located cardboard boxes addressed to Lesly Pompy at

533 N. Monroe St Monroe MI 48162. Affiant also located and collected a packing slip addressed to Lesly Pompy, 533 Monroe St Monroe MI 48162 United States. In the second bag more items address to Lesly Pompy were located and photographed.

2. Affiant certifies that on 08/02/16, Affiant and Detective LaSotta went to the address of Dr. Lesly Pompy, 533 N. Monroe St Monroe MI 48162 at approximately 12:00 AM. Upon arriving at the location Affiant observed a trash can out to the curb for regularly scheduled trash pickup. Affiant observed Detective LaSotta walk up to the trash can and remove two black in color plastic trash bags with red plastic tie handles. Affiant certifies that the trash had been placed to the curb and abandoned for regularly scheduled trash pickup. On 08/02/16, Affiant searched the two trash bags recovered from 533 N. Monroe St Monroe MI 48162. Detective LaSotta took photographs of the bags prior and during the search. Affiant located mail addressed to Lesly Pompy at 533 N. Monroe St.

3. Affiant certifies that the above information obtained aided in confirming that Dr. Lesly Pompy resides at 533 N. Monroe St Monroe MI 48162.

S. Affiant certifies that on 08/31/1016, Affiant was in email communication with BCBSM Investigator Brian Zasadny. BCBSM Investigator Zasadny provided Affiant with documentation of the prescribing habits of Dr. Lesly Pompy, which he stated he obtained from Jim Gallagher who is the Manager of Clinical Pharmacy Fraud, Waste and Abuse programs with BCBSM and is responsible for monitoring such prescribing habits. Affiant certifies that Affiant received these documents via email.

1. Affiant certifies that in the documents provided by BCBSM Investigators, from the claims Dr. Pompy submitted to them, they determined he prescribed the most overall prescription medication of the two thousand three hundred four, (2,304) providers in his same specialty during the date range of 01/2014 to 12/2014.

2. Affiant certifies that in the documents provided by BCBSM Investigators, from the claims Dr. Pompy submitted to them, they determined he prescribed the most controlled prescription medication of the two thousand three hundred four, (2,304) providers in his same specialty during the date range of 01/2014 to 12/2014.

3. Affiant certifies that in the documents provided by BCBSM Investigators, from the claims Dr. Pompy submitted to them, they determined he prescribed the most days supply of controlled prescription medication of the two thousand three hundred four, (2,304) providers in his same specialty during the date range of 01/2014 to 12/2014.

4. Affiant certifies that in the documents provided by BCBSM Investigators, from the claims Dr. Pompy submitted to them, they determined he ranks first in 2015 for the average number of members receiving high cost medications over

two hundred (200) dollars per month, total day supply of controlled medication (52,026), average number of members per month receiving controlled prescription medication (70), and total quantity dispensed of controlled prescription medication (136,267).

5. Affiant certifies that in the documents provided by BCBSM Investigators, data from the National Association of Drug Diversion Investigators (NADDI) indicates that in 2015, 96.13% of his 177 patients covered by BCBSM insurance were prescribed controlled medications. Investigator James Howell indicated this is a high prescribing rate for a Medical Doctor.

6. Affiant knows based on training and experience that Medical Doctors who prescribe high amounts of prescribed controlled medications compared to others in their specialty are often engaged in unlawfully prescribing controlled substances or healthcare fraud.

T. Affiant certifies that on 09/21/2016, Affiant obtained a search warrant for financial records for Lesly Pompy's accounts at Monroe Bank and Trust, as well as accounts for Interventional Pain Management Associates.

1. Affiant certifies that on 09/21/2016 at approximately 9:30 AM Affiant served the search warrant to Susan Mehregan, Vice President and Deputy General Counsel with Monroe Bank and Trust at 102 East Front St. Monroe MI 48161.

2. Affiant certifies that Susan Mehregan provided Affiant with a CD which contained the information requested in the search warrant. Affiant certifies that once Affiant acquired the CD, Affiant was able to view the files on it by using Affiant's assigned Michigan State Police desk top computer.

3. Affiant certifies that upon viewing the information provided by Susan Mehregan, Affiant observed a document labeled, "MONROE BANK & TRUST MB&T PRIME ACCOUNT." This document is a contract between Monroe Bank and Trust and the "Principal." At the top right hand corner of this document "Interventional Pain Management Assoc PC" is handwritten. Affiant certifies that this is a two page document and at the bottom of page two (2) is the date 11/09/2006. The document is signed by the Principal, Lesly Pompy (The signature matches signature cards provided by MB&T). Interventional Pain Management is also listed as a Principal on the document with an address of 533 N. Monroe St, Monroe MI 48162.

a. Affiant certifies that 533 N. Monroe St, Monroe MI 48161 was determined through the above described investigation as Dr. Pompy's home address. Affiant certifies that this information would indicate that Dr. Pompy would have documents pertaining to his medical practice at his home residence.

b. Affiant certifies that this document stipulates that the Principal will maintain a "DDA" account (Demand Deposit Account) and provided the account

number of 100054147 for this account.  The document further states that the Principal's MB&T Prime Account number is ▮▮▮▮▮▮▮▮▮▮.

4.  Affiant certifies that in the documents provided by Monroe Bank and Trust was a Department of the Treasury W-9 form which is labeled "Request for Taxpayer Identification Number and Certification."  Affiant certifies that the name on this for is Interventional Pain Management and the address of 533 N. Monroe St Monroe MI 48162 is listed.  Affiant certifies the form was signed by Lesly Pompy and dated 11/09/06.

5.  Affiant certifies that in the documents provided by Monroe Bank and Trust was a list of checks issued by Interventional Pain Management Associates.  The checks show Interventional Pain Management Associates having an address of 533 N. Monroe St. Monroe, MI 48162.

U.  Affiant certifies that on 09/21/2016, Affiant personally spoke to BCBSM Investigator Howell and was informed of the medical billing completed by Dr. Pompy and submitted to BCBSM for the undercover visits listed in this affidavit.

1.  Affiant certifies that BCBSM Investigator Howell provided Affiant with a Current Procedural Terminology Coding Guidelines for Office Visits form via email. Affiant certifies that this form lists claim codes for different types of office visits and lists the required face to face time the physician must spend with the patient when billing for that type of visit.

2.  Affiant certifies that BCBSM Investigator Howell provided Affiant with a list of the dates he had contact with Dr. Pompy, the claim number, approximate face to face time, and the required face to face time for the claim submitted.

a.  Affiant certifies that on 02/18/2016, BCBSM Investigator Howell stated that he spent 8 minutes with Dr. Pompy, who filed a claim of 60 minutes of face time under claim code of 99205.

b.  Affiant certifies that on 03/22/2016, BCBSM Investigator Howell stated that he spent 37 seconds with Dr. Pompy, who filed a claim of 15 minutes of face time under claim code of 99213.

c.  Affiant certifies that on 04/26/2016, BCBSM Investigator Howell stated that he spent 51 seconds with Dr. Pompy, who filed a claim of 15 minutes of face time under claim code 99213.

d.  Affiant certifies that on 05/09/2016, BCBSM Investigator Howell stated that he spent 1 minute 18 seconds with Dr. Pompy, who filed a claim of 15 minutes of face time under claim code 99213.

e. Affiant certifies that on 05/17/2016, BCBSM Investigator Howell stated that he spent 50 seconds with Dr. Pompy, who filed a claim of 15 minutes of face time under claim code 99213.

3.  Affiant certifies that BCBSM Investigator Howell personally told Affiant that he spoke with Dr. Christensen about the billing codes and the actual face to face time Dr. Pompy spent with BCBSM Investigator Howell.  BCBSM Investigator Howell stated that Dr. Christensen stated in regard to the visit on 02/08/2016, "I never saw any evidence that the requirements were met to submit a claim for 99205." 99205 meaning a 60 minute office visit.   Dr. Christensen further stated in regard to visits dated 03/22/2016, 04/26/2016, 05/09/2016, and 05/17/2016, "It is unlikely that the requirements were met to submit claims for 99213." 99213 meaning a 15 minute office visit.

V.  Affiant certifies that Affiant's training and experience indicates that Medical Doctors who run "pill mill" style practices- that is practices where they repeatedly commit healthcare fraud and illegally prescribe controlled substances- will have a large number of employees and a large number of patients.  Affiant certifies that the large staff is used to facilitate faster visits allowing more patients to be seen in any given day and allowing for the Medical Doctor to bill insurance companies for more fraudulent visits.  Affiant states, based on training and experience and the above information, that Lesly Pompy has a large number of employees and a large number of patients, consistent with running a "pill mill."

5.  Based on Affiant's training and experience, Affiant is aware that Medical Doctors who bill insurance companies for office visits longer than actual face to face time are committing crimes under Michigan Law.   Affiant is also aware that Norco and Subsys are medications containing a controlled substance, and that Medical Doctors who prescribe these controlled substances without a legitimate medical purpose and outside the standard of care of the practice of medicine are committing crimes under Michigan law.

6.  Based on Affiant's training and experience and the information contained in this Affidavit, Affiant believes Dr. Lesly Pompy, is involved in unlawfully prescribing controlled substances and healthcare fraud, and is running a "pill mill," and a search of the premises, as requested, is likely to produce evidence of criminal activity, as well as contain the fruits and instrumentalities of that criminal activity.   Accordingly Affiant requests a search warrant of the premises of Monroe Bank and Trust to locate and seize the above described items.

7.  Based on Affiant's training, Affiant believes suppression of this Affidavit is necessary to protect this ongoing investigation, as well as the privacy or safety of a victim or witness.

Due to the ongoing nature of this investigation and to protect the privacy or safety of a victim or witness, it is the order of this Court that this Affidavit in Support of Search Warrant shall be suppressed and not given to the person whose property was seized or whose premises was searched until that person is charged with a crime or named as a claimant in a civil forfeiture proceeding involving evidence seized as a result of the search or until further ordered by the Court.

This Affidavit consists of 24 pages.

_____
                                        Affiant

Reviewed on 09/27/2016 by _____     Prosecuting
Official

Subscribed and sworn to before me   9-27-2016
_____
                                        Date
1st District Court
_____
Court

_____
Judge/Magistrate            Bar No.

ATTACHMENT A

AFFIDAVIT FOR SEARCH WARRANT

MTS-23-16

DATED 9/21/2016

TEACHING
Carl W Christensen, MD PhD

Date of Preparation: May 8, 2016
Merit Review Version:  2009 onward has been bolded.

Carl Christensen, MD PhD

| Office Address: | Tolan Park Research Clinic<br>3901 Chrysler  Service Drive<br>Suite 1A<br>Detroit Mi 48201<br>313 993 3964 | Christensen Recovery Services<br>2301 South Huron Drive<br>Suite 3A<br>Ann Arbor, MI 48104<br>734 368 9871 |
|---|---|---|

E mail:  cchriste@med.wayne.edu

## EDUCATION:
Premedical:

| | | |
|---|---|---|
| | Wylie E. Groves High School<br>Birmingham, Michigan | 1970 |
| | Wayne State University<br>Detroit, Michigan<br>Bachelor of Arts in Biology | 1977 |
| Medical: | Wayne State University School of Medicine<br>Detroit, Michigan<br>Doctor of Medicine | 1979 |

## TRAINING:
Postgraduate:

| | | |
|---|---|---|
| | Wayne State University School of Medicine<br>Ph.D. Candidate, Department of Biochemistry | 1980 |
| | Ph.D. Applicant, Department of Biochemistry | 1981 |
| | Postdoctoral Fellow, National Institutes of Health<br>(Samuel C. Brooks,Ph.D., Advisor, Detroit, Mi) | 1979-1981 |
| | Wayne State University Affiliated Hospitals.<br>Hutzel Hospital<br>Department of Obstetrics and Gynecology<br>Residency<br>Chief Resident<br>(Tommy N. Evans, M.D., 1981-1983)<br>(Robert J. Sokol, M.D., 1983-1985) | 1981-1984<br>1984-1985 |

1

TEACHING
Carl W Christensen, MD PhD

Wayne State University, Detroit, Michigan

Doctor of Philosophy in Biochemistry                1985

Title:  "Studies on the fate of estradiol in certain target tissues,"
Doctoral Dissertation (Samuel C. Brooks, Ph,D., Advisor)

Duke University Medical Center, Durham, North Carolina
Research Fellow, Gynecologic Oncology
(William Creasman, M.D.)                             1985-1986
Clinical Fellow, Gynecologic Oncology
(Daniel Clarke-Pearson, M.D.)                        1986-1987
American Cancer Society Clinical Fellow,
Gynecologic Oncology                                 1987-1988

FACULTY APPOINTMENTS:

Duke University Medical Center
Fellowship in Gynecologic Oncology                   7/85 – 6/88

Duke University Medical Center
Associate
Department of Obstetrics and Gynecology              7/85 – 6/86

Duke University Medical Center
Assistant Professor
Department of Obstetrics and Gynecology              7/86 – 6/88

Wayne State University School of Medicine
Assistant Professor
Department of Obstetrics and Gynecology              9/88 – 6/95

Wayne State University School of Medicine            7/95 – 8/96
Assistant Professor (Clinician-Educator)
Department of Obstetrics and Gynecology

Wayne State University School of Medicine:
Associate Professor (Clinician Educator)             8/96- 8/2012
Department of Obstetrics and Gynecology

Associate Professor (Clinician Educator)
Department of Psychiatry                             7/1/08-8/2012

Clinical Associate Professor
Department of Obstetrics and Gynecology:             2/1/2013-present
Department of Psychiatry:                            1/2015- present

TEACHING
Carl W Christensen, MD PhD

## HOSPITAL APPOINTMENTS:

Duke University Medical Center
Department of Obstetrics and Gynecology
Box 3079
Durham, North Carolina 27710                    1986-1988

Hutzel Hospital
Detroit Medical Center
3990 John R
Detroit, Michigan 48201
    Attending                                  1988- present

Harper University Hospital
Harper Division
3990 John R
Detroit, Michigan 48201
    Attending                                  1988- present

Sinai-Grace Hospital
6071 W Outer Dr
Detroit Mi 48235
    Attending                                  1988- present

Saint John Hospital
22101 Moross Road
Detroit, Michigan 48236
    Consulting                                 1988-1999

North Oakland Medical Center
461 W Huron
Pontiac, Michigan 48053
    Attending                                  1988- 2001

Pontiac Saint Joseph Mercy
900 Woodward Avenue
Pontiac, Michigan 48053
    Consulting                                 1988-1999

TEACHING
Carl W Christensen, MD PhD

Detroit Macomb Hospital Corporation
South Macomb Hospital
11800 East 12 Mile Road
Warren, Michigan 48093
    Consulting                               1988-1999

Providence Hospital
16001 West Nine Mile Road
Southfield, Michigan 48037
    Consulting                               1988-1997

Children's Hospital of Michigan
3901 Beaubien Boulevard
Detroit, Michigan 48201
    Medical Center Affiliate                1989-1995

Bon Secours Hospital
468 Cadieux Road
Grosse Pointe, Michigan 48230
    Consulting                               1991-1997

Ingham Regional Medical Center
401 W Greenlawn Avenue
Lansing, MI 48910
    Consulting                               1997- 1999

St. Joseph Mercy Hospital                     2006 - present
5301 East Huron River drive
PO Box 995
Ann Arbor, MI 48106-0995
    OB Gyn & Addiction Medicine, consulting

Brighton Hospital (St John's Hospital)        2009-2011
12851 Grand River Road
Brighton , MI  48116-996
    OB Gyn & Addiction Medicine, consulting

Forest Health Medical Center           2015-present
135 South Prospect
Ypsilanti MI 48198
    Pain Medicine/Withdrawal Management, consulting

TEACHING
Carl W Christensen, MD PhD

## OTHER PROFESSIONAL APPOINTMENTS:

| | |
|---|---|
| Interim Chief, Department of Obstetrics and Gynecology,<br>    Division of General Gynecology,<br>    Hutzel Hospital | 1991-1992 |
| Vice Chief, Department of Gynecology,<br>    Detroit Receiving Hospital | 1992-1996 |
| Associate Medical Director, Eleonore Hutzel Recovery Center<br>    Department of OB Gyn<br>    Hutzel Hospital<br>    (James Wardell, MD, Medical Director) | 2002-2004 |
| Acting Medical Director, Eleonore Hutzel Recovery Center<br>    Department of Ob Gyn<br>    Hutzel Hospital | May 2004-Sept 2004 |
| Medical Director, Eleonore Hutzel Recovery Center<br>    Department of Ob Gyn<br>    Hutzel Hospital | Sept 2004 - present |
| Director, Addiction Medicine Services<br>    Detroit Medical Center | 2007-present |
| Medical Director, Dawn Farm Treatment Center<br>    Ypsilanti, MI | 2003-2008<br>2014-present |
| Medical Director, Spera Detox Center (Dawn Farm Detox),<br>    Ann Arbor, MI | 2008- 2010<br>2014-present |
| Legislative Director, Michigan Society of<br>Addiction Medicine | Dec 2004 – Jan 2006 |
| Secretary, Michigan Society of Addiction Medicine | Jan 2006 – 2007 |
| President-Elect, Michigan Society of Addiction Medicine | May 2007- 2008 |
| President, Michigan Society of Addiction Medicine | Aug 2008 – 4/2012 |
| Medical Director, Jefferson Avenue Research Clinic,<br>Dept. Psychiatry | July 2008 – 4/2012 |

5

TEACHING
Carl W Christensen, MD PhD

| | |
|---|---|
| Medical Director, Substance Abuse Research Division, Dept. Psychiatry | July 2008 – 4/2012 |
| Alternate Regional Director (VI), American Society of Addiction Medicine | Feb 2011- 2013 |
| Interim Medical Director, Tolan Park Research Clinic, WSU Dept. Psychiatry | Jan 2014-present |

TEACHING
Carl W Christensen, MD PhD

PROFESSIONAL SOCIETIES:

American College of Obstetrics and Gynecology
    Junior Fellow                                    1985-1991
    Fellow                                            1991- present

Bayard Carter Society of Obstetricians and Gynecologists    1988-2000

Society of Gynecologic Oncologists
    Candidate Member                              1989-1995

Michigan State Medical Society                1989-present

Wayne County Medical Society              1989-present

American Society of Clinical Oncology
    Fellow                                          1987-1988

Association of Professors in Gynecology and Obstetrics    1992-2009

American Society of Addiction Medicine        1999-present

American Society of Colposcopy and Cervical Pathology    2002-2010

Michigan Society of Addiction Medicine        2002-present

International Pelvic Pain Society             2006 – 2008

Fellow, American Society of Addiction Medicine    2010- 2015

American Academy of Pain Management        2011-present

Distinguished Fellow, American Society of Addition Medicine  2015-present

TEACHING
Carl W Christensen, MD PhD

LICENSURE:

Michigan #048048
    Date of expiration:                         01/31/19

North Carolina #29089
    Date of expiration:                         03/92

Drug Enforcement Agency #AC3102629
    Date of expiration:                         8/31/19

Drug Enforcement Agency XC3102629 (buprenorphine)
    Date of expiration:                         8/31/19

State of Michigan Methadone License #5304000091
    Date of expiration:                         6/30/07
    (renewed as controlled substance license)     June 2014

State of Michigan Substance Control License       01/31/2019

8

TEACHING
Carl W Christensen, MD PhD

CERTIFICATION:

**American Board of Obstetrics and Gynecology**
Board Eligible                          1985
Board Certified                         1989
Recertification                         2001/2007
**Maintenance of Certification**        **2015**

American Board of Obstetrics and Gynecology
Division of Gynecologic Oncology
Board Eligible                          1988
Board Certified                         1990
Recertification                         2001/2007

American Society of Addiction Medicine
Member                                  1999
Certification                           2004
**Recertification**                     **2012 (renew 2020)**

Medical Review Office Certifying Council
Certification                           2005-2012

American Board of Addiction Medicine    **2009**
Recertification                         **2012**
Maintenance of Certification            **2015**

9

TEACHING
Carl W Christensen, MD PhD

## HONORS AND AWARDS:

### Clinical and Research Awards:

| | |
|---|---|
| Wayne State University School of Medicine<br>Training Fellowship<br>Division of Oncology<br>Department of Medicine | 1976 |
| Upjohn Award in Endocrinology | 1979 |
| Wayne State University School of Medicine<br>Fellow, National Cancer Institute | 1979-1981 |
| Hutzel Hospital Annual Residents' Day Presentation<br>"Stimulation of estrogen sulfotransferase by natural and<br>synthetic progestins in vitro"<br>First Prize | 1983 |
| University of Michigan Annual Residents' Day Presentation<br>"Control of estrogen activity in<br>MCF-7 breast cancer tissue culture" | 1984 |
| Wayne State University School of Medicine<br>Biomedical Research Support Grant | 1984 |
| Duke University Medical Center<br>Basic Cancer Research Grant | 1985 |
| Duke University Medical Center<br>Clinical Fellow, American Cancer Society | 1987 |
| Fellow, American College of Obstetrics and Gynecology | 1992 |
| Hour Magazines "Top Docs" Awards (Detroit, MI)<br>(Addiction Medicine) | 2006-2015 |

### Teaching Awards:

| | |
|---|---|
| Senior Faculty Teaching Award, Hutzel Hospital | 1991 |
| Chief Resident Appreciation Award, Hutzel Hospital | 1991 |
| Senior Faculty Teaching Award, Hutzel Hospital | 1993 |

10

TEACHING
Carl W Christensen, MD PhD

| | |
|---|---|
| Bernard Mandelbaum Medical Student Teaching Award, Hutzel Hospital | 1993 |
| Alpha Omega Alpha Honor Society | 1993 |
| Staff Award, Aesculapian Society, Wayne State University | 1994 |
| Council Resident Education in OB/Gyn (CREOG) Excellence in Teaching Award (WSU) | 1994 |
| Staff Award, Aesculapian Society, Wayne State University | 1995 |
| Staff Award, Aesculapian Society, Wayne State University | 1996 |
| Senior Faculty Award, North Oakland Medical Center | 1996 |
| Senior Faculty Teaching Award, Hutzel Hospital | 2000 |
| Senior Faculty Teaching Award, Hutzel Hospital | 2001 |
| Council on Resident Education in Obstetrics and Gynecology | 2001 |
| CREOG National Faculty Award (North Oakland Medical Center) | |
| Senior Faculty Teaching Award, Hutzel Hospital | 2003 |
| Academy of Scholars, WSUSOM | 2004 |
| CREOG National Faculty Award (Hutzel Hospital/DMC) | 2005 |
| Senior Faculty Teaching Award, Hutzel Hospital | 2006 |
| Senior Faculty Teaching Award, Hutzel Hospital | 2007 |
| Senior Faculty Teaching Award, Hutzel Hospital | 2008 |
| Senior Faculty Teaching Award, Hutzel Hospital | 2009 |
| Carl W Christensen MD Teaching Award (Formerly Senior Faculty Teaching Award) | 2010 |
| Clinical Teaching Award, Department of Pathology, WSU | 2010 |
| CREOG National Faculty Award (Hutzel Hospital/DMC) | 2011 |
| Gold Humanism Honor Society, WSU | 2012 |

11

TEACHING
Carl W Christensen, MD PhD

SERVICE:

Wayne State University:

### Departmental:

| | |
|---|---|
| Medical Executive Committee, Hutzel Hospital | 1991-1999 |
| Outpatient Clinic Operating Committee, University Health Center | 1992 |
| Education Advisory Committee, Hutzel Hospital | 1992 |
| Medical Student Satisfaction Committee, Hutzel Hospital | 1994 |
| Medical Education Committee, Hutzel Hospital | 1991-present |
| OHEP (now SEMCME) OB Gyn committee | 1995-2009 |
| Co-Director, Year III Ob/Gyn Clerkship, Wayne State University School of Medicine | 1990-1991 |
| Director, Year III Ob/Gyn Clerkship, Wayne State University School of Medicine | 1991-1995 2000-2006 |
| Associate Director, Year III Ob Gyn Clerkship | 2006-2013 |
| Associate Residency Director, Department of Ob Gyn, Hutzel Hospital, WSUSOM | 1995-1996 |
| Residency Program Director, Department of Ob Gyn, Hutzel Hospital, WSUSOM | 1996-1999 |
| Medical Education Committee, Dept OB Gyn, WSU | 2000-2010 |
| LCME Departmental Committee, Dept OB Gyn, WSU | 2005 |
| **Associate Residency Program Director for Curriculum, Department of OB Gyn, Hutzel Hospital, WSUSOM** | **2000-2013** |

### School of Medicine:

| | |
|---|---|
| Licensing Committee for Medical Education Internal Review Committee (Internal Review of Molecular Biology and Emergency Medicine) | 1991 |

12

TEACHING
Carl W Christensen, MD PhD

| | |
|---|---|
| Year III OB/GYN Medical Student Grading Committee Wayne State University | 1991-1996 |
| Promotions Review Committee, Wayne State University School of Medicine | 1991-1996 |
| Bridge Course Design Committee, Wayne State University | 1993 |
| Year IV Committee, WSUSOM | 1994-1999 |
| Year III Committee, WSUSOM | 2000-2010 |
| OSCE committee, WSU School of Medicine | 2000-2010 |
| Student Health Monitoring Program (Charles Gehrke, MD, Medical Director) | 2005 - 2007 |
| Student Health Monitoring Program (Medical Director) | 2007 – 2013 |

University Psychiatric Center:

| | |
|---|---|
| Medical Director, Jefferson Avenue Research Clinic, Dept Psychiatry Interim Director | 2008-2012 2014-present |
| Medical Director, Substance Abuse Research Division, Dept Psychiatry | 2008-2012 |

Hospital (Affiliate) Committees:

| | |
|---|---|
| Pharmacy and Therapeutics Committee, Hutzel Hospital | 1988 |
| Medical Intensive Care Committee, Hutzel Hospital | 1988 |
| Cancer Committee, Detroit Medical Center | 1988 |
| Human Tissue Resources System Committee, Detroit Medical Center | 1988 |
| Comprehensive Cancer Center of Metropolitan Detroit | 1988 |
| Operating Room Committee, Hutzel Hospital | 1989 |

TEACHING
Carl W Christensen, MD PhD

| | |
|---|---|
| Research and Education Committee, Hutzel Hospital | 1989 |
| Ob/Gyn Procedures and Tissue Committee, Hutzel Hospital | 1990 |
| Clinical Trials Office, Harper Hospital | 1991 |
| Medical Executive Committee, Detroit Receiving Hospital | 1991-1996 |
| Credentials Committee, Detroit Receiving Hospital | 1991-1996 |
| Magnetic Resonance Imaging Task Force Detroit Medical Center | 1991 |
| Trauma Committee, Detroit Receiving Hospital | 1991 |
| Infection Control Committee, Hutzel Hospital | 1992 |
| Nurse Physician Forum, Hutzel Hospital | 1992 |
| Intensive Care Committee, Hutzel Hospital | 1994 |
| Pain Advisory Committee, Hutzel Hospital | 1994 |
| Physician Wellness Committee | 2007-present |

14

TEACHING
Carl W Christensen, MD PhD

Professional Service:

| | |
|---|---|
| **Michigan Cervical Cancer Committee** | **2002-2011** |
| **American Society Addiction Medicine, Perinatal Interest Group** | **2004-2009** |
| Surgeon General's Task Force, Prevention of Unintended Pregnancies. | 2006-2008 |
| **Michigan State Medical Society Specialty Council** | **2008-2012** |
| **Women and Addiction Workgroup, ASAM** | **2009 –present** |
| Legislative Director, Michigan Society of Addiction Medicine (MISAM). | 2004 – 2006 |
| Secretary, Michigan Society of Addiction Medicine (MISAM). | 2006 – 2008. |
| President-elect, Michigan Society of Addiction Medicine (MISAM). | 2007-2008. |
| **President, Michigan Society of Addiction Medicine (MISAM)** | **2008- 2012** |
| Vice Chair, Michigan Health Professional Recovery Committee | 2008- 2009 |
| Chair, Michigan Health Professional Recovery Committee | 2009- 2013 |
| Medical Review Officer, Michigan Health Professional Recovery Program | 2010 - 2013 |
| Alternate Regional Director, Region VI, ASAM | 2011- 2014 |
| Medical Director, Michigan Health Professional Recovery Program | 2014 - present |

Community service:

| | |
|---|---|
| Advisory Board, Gilda's Club (Detroit, Mich) | 1994 |
| Volunteer, Washtenaw County Jail | 2002-2005 |
| Volunteer, Washtenaw County Jail (Myra Wilson, Coordinator) | 2002 - 2005 |
| Medical Director, Dawn Farm Treatment Center | 2003-2009 |
| Partnership for a Drug Free Detroit | 2004-present |

Domestic Violence: a Clinician's Perspective. Partnership for a Drug Free Detroit, Detroit Mich, Oct 7, 2006.

15

TEACHING
Carl W Christensen, MD·PhD

Medical Director, Dawn Farm Detox (now Spera)            2006-2011
                                                        2014-present

Medical Director, Detroit Recovery Project              2008-2011

Use of Medications in the Michigan Prison ReEntry
Program (MPRI); presented at the House Appropriations
Committee                                               February 24, 2009

Volunteer, Milan Federal Correctional Facility (Life Connections
Program)  L Brooks, Coordinator                         2005 – present

Michigan Medication Assisted Therapy Task Force         2013-2014

Naloxone Rescue Project, Community Health Awareness Group
(CHAG)                                                  2015-present

MSMS Opioid Reduction Task Force                        2015-present


Consulting:

American Civil Liberties Union (New York)               2009

Department of Justice/FBI/DEA                           2009-present

BCBS Michigan                                           2011-present


Scholarly Service:

Associate Editor, "INTERACTIONS",
American College of Obstetricians and Gynecologists     1990-1993

Journal of Women's Health                               2002

Journal of Addiction Medicine                           2009- present

TEACHING
Carl W Christensen, MD PhD

## TEACHING:

1.  **Wayne State University:** (LOA, 1985-88 for Gynecologic Oncology Fellowship)

    **Medical School:**

    | | |
    |---|---|
    | Instructor, Biochemistry and Endocrinology, (Year I curriculum) Wayne State University School of Medicine | 1979-1980 |
    | Preceptor in Anatomy, Physiology and Biochemistry (Years I and 11 curriculum) | 1977-1978 |

    **Residency:**

    | | |
    |---|---|
    | Chief Resident, Department of Obstetrics and Gynecology, Hutzel Hospital | June 1984-June 1985 |
    | CREOG (annual national in-house formative examination) Review Sessions | 1985 |
    | ABOG Written Board Review Sessions | 1985 |

    **Assistant Professor (1988 – 1996):**

    | | |
    |---|---|
    | Teaching Rounds, Division of Gynecologic Oncology, Hutzel Hospital | July 1988-1996 |
    | Tumor Board, Hutzel Hospital | July 1988-1996 |
    | Tumor Board, St. John Hospital | July 1988-1996 |
    | Tumor Board, St. Joseph's Mercy Hospital | July 1988-1996 |
    | Tumor Board, North Oakland Medical Center | July 1988-1996 |
    | Medical Student Lectures in Gynecologic Oncology, Wayne State University School of Medicine | 1988-1996 |
    | Teaching Rounds, Division of General Gynecology, Hutzel Hospital | January 1989-1996 |
    | Staff Surgeon, Division of General Gynecology, Hutzel Hospital | January 1989-1996 |

17

TEACHING
Carl W Christensen, MD PhD

| | |
|---|---|
| Teaching Rounds, Department of Obstetrics and Gynecology, St. John Hospital | June 1989-1996 |
| Oakland Health Education Program (OHEP) Lecturer | 1989- 1996 |
| Oakland Health Education Program Examiner | 1989-1996 |
| Co-Director, Year IV Ob/Gyn Review for the National Medical Boards, Part 11 | 1990-1991 |
| Director, Year IV Ob/Gyn Review for the National Medical Boards, Part 11 | 1991- 1996 |
| OSCE examiner, WSU School of Medicine | 1995 |

**Associate Professor (1996 – August 2012)**

| | |
|---|---|
| Teaching Rounds, Division of Gynecologic Oncology, Hutzel Hospital/Karamanos Cancer Institute | 1996- 2001 |
| **Teaching Rounds, Division of Gynecology, Hutzel Hospital** | **1996-2012** |
| Teaching Rounds, North Oakland Medical Center | 1996- 2001 |
| Colposcopy Instructor, North Oakland Medical Center | 1996- 2001 |
| Teaching Rounds, Ingham Medical Center, Lansing Mich | 1997-1999 |
| Teaching Rounds, Sinai-Grace Hospital | 2000-2004 |
| Co-director, 2001 CREOG Review, Hutzel Hospital | 2001 |
| Director, 2001 OHEP Board Review Course, Hutzel Hospital | 2001 |
| OSCE Examiner, WSU School of Medicine | 2001 |
| Director, 2002 CREOG Review, Hutzel Hospital | 2002 |
| Director, 2002 OHEP Board Review Course, Hutzel Hospital | 2002 |
| OSCE Examiner, WSU School of Medicine | 2002 |
| Director, 2003 CREOG Review, Hutzel Hospital | 2003 |

TEACHING
Carl W Christensen, MD PhD

| | |
|---|---|
| Oakland Health Education Program (OHEP) Lecturer (Chemotherapy) | 1996-2001 |
| Oakland Health Education Program Examiner (Years II/III mock exam; Year IV mock oral board) (currently SEMCME) | 1996- 2008 |
| Stigmatized Patient Lecturer, Year III | 2000 - 2005 |
| **Impaired Physician Course (Co Director: C. Gerhke, MD)** | **2001 – 2010** |
| Director, 2003 OHEP Board Review Course, Hutzel Hospital | 2003 |
| Director, 2004 OHEP Board Review Course, Hutzel Hospital | 2004 |
| Director, 2005 SEMCME Board Review Course, Hutzel Hospital | 2005 |
| Director, 2006 SEMCME Board Review Course, Hutzel Hospital | 2006 |
| **ATOD (alcohol, tobacco and other drugs) Curriculum (WSU SOM)** | **2006 - present** |
| Director, 2007 WSU OB Gyn Board Review Course | 2007 |
| Director, 2008 WSU OB Gyn Board Review Course | 2008 |
| **Director, 2009 SEMCME/WSU OB Gyn Board Review Course** | **2009-2013** |

2.    Other Universities (Duke University Medical Center, 1985-88)

| | |
|---|---|
| Associate, Department of Obstetrics and Gynecology Teaching Rounds, Division of Gynecologic Oncology, Trophoblastic Disease Service, Duke University Medical Center | July 1985-June 1986 |
| Assistant Professor, Department of Obstetrics and Gynecology Teaching Rounds, Division of Gynecologic Oncology, Staff Surgeon, Division of Gynecology | July 1986-June, 1988 |

TEACHING
Carl W Christensen, MD PhD

3.   **Courses Taught:**

**Graduate/Professional School;**

| | |
|---|---|
| Endocrinology and Biochemistry Laboratories, Year 1, Wayne State University School of Medicine | 1979-1981 |
| **Year III Lecturer in Ob/Gyn, Wayne State University School of Medicine** | **1988-2012** |
| **Colposcopy Instructor, Hutzel Hospital** | **1988-2012** |
| National Medical Boards (Part 2) Core Review Course (Co-Director with Charles Vincent, MD) | 1990 |
| Review Course in Gynecologic Oncology, Ob/Gyn Residency Program, St. John Hospital | 1990-1999 |
| National Medical Boards (Part 2) Core Review Course (Director) | 1991-1993 |
| NLME Step 2 Core Review Course | 1994 |
| CREOG Review Course (Gynecologic Oncology) | 1990-2012 |
| Principles of Colposcopy, St. John Hospital | 1991 -1999 |
| All Michigan Review Course in Obstetrics and Gynecology | 1992 - 1998 |
| COGMET Gyn Oncology Review Course | 1994 |
| **WSU III Ob Gyn Clerkship Lecture Series (Director)** | **1992-1996 1999-2012** |
| **WSU Ob Gyn CREOG Review Lectures (Ob-Gyn)** | **1994-2013** |
| Stigmatized Patient Year III Course (Lecturer) | 2000 – 2005 |
| **WSU Written Board Review lectures        (Director)** | **2000-2012** |
| OHEP Written Board Review Course        (Director) | 2001-2004 |
| Domestic Violence Workshop (Ob Gyn Residency) (Lecturer) | 2003- 2005 |
| **SEMCME Written Board Review Course (Director)** | **2005 – 2013** |

20

TEACHING
Carl W Christensen, MD PhD

| | |
|---|---|
| WSU OB GYN Written Board Review Course (Director) | 2007 - 2013 |
| Physician Impairment Year III Course (Co Director) | 2001 – 2010 |
| Addiction Day, WSUSOM, 2nd year | 2010 - present |

4.    Essays Directed:

Laverne Gibson, M.D., Senior Resident, Hutzel Hospital
Research rotation in Gynecologic Oncology, Gynecologic Oncology Research
Laboratory, CS Mott Center, 1989

Christie Clayton, M,D., Chief Resident, Hutzel Hospital
"Unusual Presentations of Endometriosis: Pitfalls in the Treatment of Pelvic
Masses", June, 1990

Adnan Munkarah, M.D., Chief Resident, Hutzel Hospital
"Correlation Between CA-125 Levels and Prognosis in Ovarian Carcinoma", Senior
Research Project, 1991

Mary Yenchick, M.D., Chief Resident, St, John Hospital
"Comparison of the Bethesda System and Cervical Intraepithelial Neoplasia (CIN)
grading in predicting risk factors in human immunodeficiency virus (HIV) infection",
Chief Resident Research Project, 1991

Cathy Stark, WSU IV, "HIV Associated Genital Ulcers", 1992

Amy Wright, M.D., Chief Resident, Hutzel Hospital
"Follow Up of Loop Electro Excision for Management of CIN", Chief Resident Research
Project, 1994.

Sheena Drake, MD,  North Oakland Medical Centers, Pontiac, MI
"Cervical Conization for the Treatment of HGSIL or AGUS Pap Smears:  Are We
Overtreating?"  Senior research Project, 2001.

Dawn Ackley, MD., Chief Resident, Hutzel Hospital.
"A Descriptive Analysis of Follow-Up Care After LEEP Procedure at Wayne State
University".  Chief Resident Research Project, 2002.

Jason Field, MD., Chief Resident, Hutzel Hospital
"Cervical Conization for the Treatment of High Grade Squamous Intraepithelial Lesions
(HGSIL) or Atypical glandular Cells of Undetermined Significance (AGUS) Papanicalou
(PAP) Smears:  A Chart Review of the UHC Colposcoy Clinic Experience."  Chief
Resident Research Project, 2002.

TEACHING
Carl W Christensen, MD PhD

Madhuri Reddy, MD., Chief Resident, Hutzel Hospital.
"High Grade Squamous Intraepithelial Lesions (HGSIL) in Pregnancy:  Analysis of
Postpartum Conization Results."  Chief Resident Research Project, 2002.

Victor Feldaum, WSU IV, WSU School of Medicine
"Persistence of High Grade Lesions Diagnosed During Pregnancy".  2004

Monica Abbi, MD, Chief Resident, Hutzel Hospital.
"Outcome of pregnancies in opiate addicted patients with and without enrollment in the
Eleonore Hutzel Recovery Center", 2005

Garg, G. PGY-4, Hutzel Hospital.  "Evaluation of Usefulness of Combined
Colposcopy, Biopsy and Cytology Correlation Conference in a University Hospital",
2009.

Ward, Clara.  PGY-4, Hutzel Hospital.  "Methadone dosing adjustments in opiate
dependent pregnant and postpartum women", 2009.


5.    Course or Curriculum Development:

Oakland Health Education Program (OHEP) Oral Board Preparation Course.
Prepared the Oncology questions for the PGY 2/3 oral examination.            1989

"Review of Gynecologic Oncology", St. John Hospital.
A series of lectures given to residents, followed by a comprehensive written
examination.                                                                          1989

Hutzel Hospital Handbook of Gynecologic Oncology.                          1989

Co-Director, Year III OB/GYN Clerkship
Assisted in the preparation and administration of the clerkship exam; directed the
clerkship lecture series (H Wolfe, MD, Director)                          1990-1991

Director, Year III OB/GYN Clerkship
      Designed, wrote and administered the WSU III Clerkship exam, directed weekly
      lecture series at Hutzel Hospital; case conferences.            1991- 1995

Physican Assistant (PA) Lecture Series in OB Gyn.
Wrote and presented an  eight hour lecture series on relevant topics for PA students at
Grace Hospital.                                                                      1993-1995

National Medical Boards (Part II) core Review Course (Director).  Assembled lectures by
WSU faculty on relevant Part II topics for WSU IV students.            1994

TEACHING
Carl W Christensen, MD PhD

Consortium for Osteopathic Graduate Medical Education and Training (COGMET),  Gyn
Oncology Review Course, A six hour lecture series on board-relevant Gyn Oncology
Topics for the COGMET osteopathic lecture series.                              1994

Oakland Health Education Program (OHEP) Advances in surgical Techniques:
Colposcopy Course.  (Co-Director R Morris, MD).  Didactic lecture material and "hands
on" instruction in use of loop electro excision procedure (LEEP).              1995-1997

Council on Resident Education in Obstetrics and Gynecology (CREOG) Review Course
(Director).  Designed a series of review sessions on relevant  topics for WSU Ob Gyn
residents for the annual CREOG formative examination.                         1994-2002

WSU ABOG Written Board Review Course (Director).  Initial replacement course for the
All-Michigan Review Course.                                                   2000

OHEP Written Board Review Course (Director).                                  2001-2005

**SEMCME Written Board Review Course (Director)**                             **2005-2012**

Physician Impairment Course; presented to Year I (MSU) and Year III (WSU)
Students; Ob Gyn Residents                                                    2001- 2005

**Review Lectures for WSU III OB Gyn Clerkship.**                            **2000 – 2012**

GRANTS
Carl W Christensen, MD PhD

Title:        Biomedical Research Support Grant (PI)
Agency:       Wayne State University School of Medicine
Date:         July, 1984-June, 1985
Disposition:  Funded        $10,000

Title:        Basic Cancer Research Grant (PI)
Agency:       Duke University Medical Center
Date:         July, 1985-June, 1986
Disposition:  Funded        $5,000

Title:        Amplification and overexpression of c-myc and c-K-ras in gynecologic
              malignancies (Co-PI)
Agency:       Fund for Medical Research and Education, WSU
Date:         October, 1989-September, 1990
Disposition:  Funded        $10,000

Title:        In vitro heterogeneity of estrogen and progesterone receptors in gynecologic
              malignancies (Co-PI)
Agency:       Fund for Medical Research and Education, WSU
Date:         October, 1989-September, 1990
Disposition:  Funded        $10,000

Title:        1,25 dihydroxyvitamin $D_3$ regulation of differentiation-associated genes in
              ovarian carcinomas (Co-PI)
Agency:       Fund for Medical Research and Education, Wayne State University
Date:         October 1, 1990-September 30, 1991
Disposition:  Funded        $12,000

Title:        HIV Epidemiology Research Study (Co-PI)
Agency:       CDC
Date:         September, 1993-January, 1995
Disposition:  Funded        $20,000

Title:        A Randomized Double Blind Trial of Condylox vs.  Placebo in the Treatment of
              Condyloma Accumata (PI)
Date:         July, 1992-June, 1995
Disposition:  Funded        $ 50,000

Title:        AIDS Clinical Trials Group (ACTG) 200: Prevention of recurrence of HGSIL in
              HIV infected women with topical 5FU (Co-PI)
Date:         September, 1993-September, 1994
Disposition:  Funded        $40,000

24

GRANTS
Carl W Christensen, MD PhD

Title:        Immunogenicity and Safety of Quadrivalent HPV (Types 6, 11, 16, 18) L1 Virus-
              Like Particle (VLP) Vaccine in Consistency Lots for 16- to 23- Year Old Women
              with an Immunogenicity Bridge Between the HPV 16 Component of the
              Quadrivalent Vaccine and the Monovalent HPV 16 Vaccine Pilot Manufacturing
              Lot.  PROTOCOL No.: 012-01/013-01. PI: S McNeely MD (Co-I)
Date:         6/02
Disposition:  funded 212,668

Title:        A multicenter, double-blind, double-dummy, randomized, placebo-controlled
              study comparing a 2.2mg 17β-estradiol/0.69mg levonorgestrel combination
              transdermal patch, and a 1mg 17β-estradiol transdermal patch with a placebo
              patch in postmenopausal women to determine the lowest effective dose of
              estradiol for the relief of moderate to severe hot flushes. Protocol 308261.  PI: S
              Hendrix, DO   (Co-I)
Date:         3/05
Disposition:  Funded; 25, 264.00

Title:        Maternal Opioid Treatment:  Human Experimental Research (MOTHER Study)
              PI: S Stine MD (Co-I, Medically Responsible Investigator/Medical Director)
Date:         July 2005
Disposition:  Funded 448, 424 (Year 1 of 5)

Title:        A Randomized, Placebo-Controlled Phase II Study of Multiple Dosing Regimens
              of Intravaginally Administered 851B Gel for the Treatment of Cervical High Risk
              HPV Infection.  (1547-851B) PI:  D Kmak, MD  (Co-I).
Date:         9/06
Disposition:  Funded 105,809.

Title:        PRO-805:  A Randomized, Double-Blind, Placebo-Controlled, Multi-Center
              Study of Probuphine in Patients with Opioid Dependence (Pi:  M Greenwald,
              PhD) (Implant Specialist)
Date:         5/15/07-5/14/08
Disposition:  Funded 14,680.00

Title:        Kenneth J ryan Residency Training Program for Family Planning and
              Abortion. (PI:  D Kmak, MD)  (Co-I)
Date:         11/06 –
Disposition:  Funded (262,000)

25

GRANTS
Carl W Christensen, MD PhD

Clinical Trials Activities:

Titan Pharmaceutical, Inc. (PI: Mark Greenwald)
     05/15/07 – 05/14/08
A Randomized, Double-Blind, Placebo-Controlled, Multi-Center Study of Probuphine in Patients with Opioid Dependence
Purpose: Evaluate the efficacy of Probuphine (suboxone) implants in patients with opioid dependence.
Role:  Implant specialist

Titan Pharmaceutical, Inc. (PI: Mark Greenwald)
     08/15/07 – 12/14/08
An Open-Label, Multi-Center Extension Study of Probuphine in Patients with Opioid Dependence
Purpose: Evaluate the safety and efficacy of Probuphine (suboxone) implants in patients with opioid dependence.
Role:  Implant specialist

NIH/NIDA R01 DA022243 (PI: Mark Greenwald; Role: Medical Director)
9/30/06-6/30/09
Reducing Cocaine/Heroin Abuse with SR-Amphetamine and Buprenorphine
Purpose: Determine in cocaine/heroin-dependent volunteers whether maintenance on sustained release oral $d$-amphetamine with buprenorphine sublingual tablet is safe and well tolerated, decreases cocaine choice in a human laboratory polydrug abuse model (Study 1), and protects against relapse (Study 2).

SAMHSA/CSAT TI-018711 (PI: Mark Greenwald; Role: Medical Director)
10/01/07 – 12/31/12
Integrated Substance Use and Physical Health Intervention for Recovery (INSPIRE): A Substance Abuse Program for Minority Persons Living with HIV/AIDS
Purpose: Provide enhanced and expanded substance abuse treatment services that are integrated with HIV/AIDS treatment and co-located in a HIV primary care clinic.

R01 DA026861 (PI: Mark Greenwald, WSU)  07/01/09 – 06/30/11
NIH/NIDA
Human Laboratory Model of Cocaine Treatment: Behavioral Economic Analysis" (Role: Medical Director)
Purpose: Determine the extent to which non-drug alternatives (positive reinforcement and punishment), combined with novel medications, attenuate cocaine demand elasticity.

R01 DA026761 (PI: Leslie Lundahl, WSU)          07/01/09 – 06/30/11
Smoked Marijuana Discrimination and Marijuana Choice in Humans: A Model for Medication Development
Purpose: Determine whether marinol (oral THC) dose-dependently reduces the discriminative stimulus effects of smoked marijuana in cannabis abusers.
Role: Co-investigator

GRANTS
Carl W Christensen, MD PhD

Recently Completed Support

NIH/NIDA R01 DA15462 (PI: Mark Greenwald; Role: Medical Director)    9/01/03   –
5/31/09 (no cost)
*Biobehavioral Studies of Opioid Drug-Seeking Behavior*
Purpose: Examine environmental factors that influence drug-seeking behavior in opioid-dependent humans, using behavioral economic analytic techniques. A supplement to this grant is determining the effects of several genetic polymorphisms on buprenorphine medication response (withdrawal symptoms and relapse to drug use) in opioid-dependent individuals.

NIH/NIDA R01DA15764-1   (PI:   Hendree Jones)   (Role:   medically responsible investigator/co-investigator for WSU site).
Maternal Opioid Therapy: Human Experimental Research (MOTHER study).
Purpose: a randomized, double blinded study of opioid dependent pregnant patients randomized to either methadone or sublingual buprenorphine. Outcomes include neonatal outcome, neonatal withdrawal, maternal abstinence, HIV risk behavior, psychosocial functioning.

27

PUBLICATIONS:  Refereed Journals
Carl W Christensen, MD PhD

This section is divided as follows:

(P)     Original manuscripts in refereed journals
(R)     Review articles
(C)     Books, chapters and monographs
(CR)   Case reports
(A)     Abstracts

Refereed Journals:

P01.   Pack BA, Christensen C, Douraghy M, Brooks SC: Nuclear and cytosolic estrogen
        receptor in gilt endometrium throughout the estrous cycle.  Endocrinology 103:2129,
        1978.

P02.   Meyers SA, Lozon MM, Corombos JD, Saunders DE, Hunter D, Christensen C, Brooks
        SC: Induction of porcine uterine estrogen sulfotransferase activity by progesterone.  Biol
        Reprod 28:1119-1128, 1983.

P03.   Christensen C, Malviya VK, Deppe G, Saunders D, Young JD: A model for
        chemotherapeutic agents in endometrial adenocarcinoma.  Gynecol Oncol 20:266, 1985.

P04.   Soper JT, Christensen CW: Steroid receptors and endometrial cancer.  Clinics in Obstet
        and Gynaecol 13:825-842, 1986.

P05.   Christensen C, Saunders DS, Malviya VK, Deppe G: The use of a human endometrial
        cancer cell line (RL-95) for in vitro testing of chemotherapeutic agents.  Gynecol Oncol
        28:25-33, 1987.

P06.   Saunders DE, Christensen C, Brooks SC: Studies on Type 11 progesterone receptor in
        MCF-7 cells.  Steroids 52(3):249-263, 1988.

P07.   Gilkeson GS, Christensen CW, Rice JR: Retroperitoneal fibrosis: the forgotten
        connective tissue disease. NCMJ 50:192-194, 1989.

P08.   Hunter V, Raymond E, Christensen C, Olt G, Soper J, Hammond C: Efficacy of the
        metastatic survey in the staging of gestational trophoblastic disease.  Cancer 65:1647-
        1650, 1990.

P09.   Deppe G, Malviya VK, Malone JM Jr, Christensen CW: Debulking of pelvic and
        paraaortic lymph node metastases in ovarian cancer with the cavitron ultrasonic surgical
        aspirator (CUSA).  Obstet Gynecol 76:1140-1142, 1990.

P10.   Malone JM Jr, Christensen CW, Yashinsky D, Malviya VK, Deppe G: Prochlorperazine
        and transdermal scopolamine when added to a metoclopramide antiemetic regimen: a
        controlled comparison.  J Repro Med 35: 932-934, 1990.

28

PUBLICATIONS: Refereed Journals
Carl W Christensen, MD PhD

P11.   Cho YL, Christensen CW, Lawrence WD, Malone JM Jr, Malviya VK, Deppe G, Saunders DE: Combined effects of 1,25 dihydroxyvitamin D and platinum drugs on MCF-7 cell growth. Cancer Research 51(11):2848-2853, 1991.

P12.   Deppe G, Malviya VK, Han 1. Christensen CW, Malone JM Jr, Kim Y, Ahmad K: A preliminary report of combination chemotherapy and cisplatin and mitomycin-C followed by radical hysterectomy or radiation therapy in patients with locally advanced cervical cancer. Gynecologic Oncology 42(2):178-181, 1991.

P13.   Ahmad K, Kim YH, Orton CG, Ezzell GA, Deppe G, Mesina CF, Warmelink C, Malone JM Jr, Christensen C, Han IH, Ratanatharathorn V, Herskovic A: Fractionated high dose rate brachytherapy and concomitant teletherapy in the treatment of carcinoma of the cervix: Technique and early results. International Journal of Endocurietherapy/H)Iperthermia Oncology (Echo) 7:117-124, 1991.

P14.   Malviya VK, Han 1, Deppe G, Malone JM Jr, Christensen CW, Kim Y, Ahmad K: High dose rate afterloading brachytherapy, external radiation therapy, and combination chemotherapy in poor prognosis cancer of the cervix. Gynecologic Oncology 42(3):233-238, 1991.

P15.   Bates R, Deppe G, Malone Jr JM, Budev H. Christensen CW, Malviya VK: Combination chemotherapy for advanced adenocarcinoma of the cervix. Cancer, 68(4):747-750, 1991.

P16.   Saunders DE, Christensen CW, Lawrence WD, Malviya VK, Malone JM Jr, Williams JR, Deppe G: Receptors for 1,25 dihydroxyvitamin $D_3$ in gynecologic neoplasms. Gynecol Oncol 44(2):131-136, 1992.

P17.   Saunders DE, Christensen CW, Wappler NL, Schultz JF, Lawrence WD, Malviya VK, Malone JM Jr, Deppe G: Inhibition of c-myc in breast and ovarian carcinoma cells by 1,25 dihydroxyvitamin $D_3$, retinoic acid, and dexamethasone. Anti-Cancer Drugs 4(2):201-208, 1993.

P18.   Saunders DE, Williams JR, Wappler NL, Abel EL, Christensen C, Malone JM Jr, Malviya VK, Deppe G: Effects of ethanol on the growth of benign and neoplastic breast cells. Advances in Life Sciences 86:417-419, 1993.

P19.   Deppe G, Baumann P, Malviya VK, Malone JM Jr. Christensen CW: Loop electrosurgical excision procedure as a combined diagnostic and therapeutic tool in the management of cervical intraepithelial neoplasia. Wien Klin Wochenschrift, 105/24:715-718, 1993.

P20.   Saunders DE, Christensen C, Wappler NL, Cho YL, Lawrence WD, Malone JM Jr, Malviya VK, Deppe G: Additive inhibition of RL95-2 endometrial carcinoma cell growth by carboplatin and 1,25 dihydroxyvitamin $D_3$ (1,125 $(OH)_2D_3$) Gynecologic Oncology 51(2):155-159, 1993.

29

PUBLICATIONS: Refereed Journals
Carl W Christensen, MD PhD

P21.   Han 1, Ahmad K. Kim Y. Feldmeier JJ, Deppe G. Malviya V, Malone JM Jr, Christensen C, Herskovic A, Ratanatharathorn V, Porter A: Multifractionated intravaginal high dose rate brachytherapy in gynecological tumors. Endocurietherapy/Hyperthermia Oncology 10:87-95, 1994.

P22.   Deppe G, Malviya VK, Malone JM Jr, Christensen CW, Saunders D: Treatment of recurrent and metastatic endometrial carcinoma with cisplatin and doxorubicin. European Journal of Gynaecological Oncology 15(4):263-6, 1994.

P23.   Saunders DE, Christensen C, Williams JR, Wappler NL, Lawrence WD, Malone JM Jr, Malviya VK, Deppe G: Inhibition of breast and ovarian carcinoma cell growth by 1,25-dihydroxyvitamin $D_3$ combined with retinoic acid or dexamethasone. Anti-Cancer Drugs 6:1-3, 1995.

P24.   Deppe G, Kahn ML, Malviya VK, Malone JM Jr, Christensen CW: Experience with the P.A.S.-PORT[®] venous access device in patients with gynecologic malignancies. Gynecologic Oncology 62:340-343, 1996.

P25.   Han I, Malviya V, Chuba P, Orton C, Devi S, Deppe G, Malone J Jr, Christensen C, Ahmad K, Kim Y, Porter A: A multifractionated high-dose-rate brachytherapy with concomitant daily teletherapy for cervical cancer. Gynecologic Oncology 63:71-77, 1996.

P26.   Hart K, Han I, Deppe G, Malviya V, Malone J, Christensen C, Chuba P, Porter A: Postoperative radiation for cervical cancer with pathologic risk factors. Int J Rad Oncol Biol Physics 37(4):833-838, 1997.

P27.   Saunders DE, Lawrence WD, Christensen C, Wappler NL, Ruan H, Deppe G: Paclitaxel-induced apoptosis in MCF-7 breast-cancer cells. International Journal of Cancer 70(2):214-20, 1997.

P28.   Deppe G, Baumann P, Malviya V, Malone JM, Christensen CW: Cyroreductive surgery of primary ovarian cancer with cavitron ultrasonic surgical aspiration (CUSA). In: eitschrift fur frauenheilkunde und Geburtshife, gynakologische praxis, Hans Marseille Verlag GmbH Munchen. Gynakol Prax 1997;21:141-148.

P29.   Doss BJ, Jacques SM, Qureshi F, Chang C-H, Christensen CW, Morris RT, Lawrence WD. Immature (malignant) teratomas of the genital tract in older women. Gynecol Oncol 73:433-438, 1999.

P30.   The Impact of a Multidisciplinary Conference in the Management of Cervical
       Cytological and Histological Abnormalities:  A University Hospital Experience.
       Garg G, Christensen C, Bandyopadhyay, S and Husain, M.  The Impact of a
       Multidisciplinary Conference in the Management of Cervical Cytological and
       Histological Abnormalities:  A University Hospital Experience.  Garg G,
       Christensen C, Bandyopadhyay, S and Husain, M.  J Low Genit Tract Dis. 2010
       Jul;14(3):215-20


P31.   Marked Variability in Peri-Partum Anesthetic Management of Patients on
       Buprenorphine Maintenance Therapy (BMT):  Can There be an Underlying Acute
       Opioid Induced Hyperalgesia Precipitated by Neuraxial Opioids in BMT Patients?
       Gupta, D, Christensen C, Soskin V.  Middle East Journal of Anaesthesiology 2013,
       22(3):  273-281.

PUBLICATIONS: Review Articles
Carl W Christensen, MD PhD

R01.   Brooks SC, Pack BA, Rozhin J, Christensen C: In situ control of estrogen activity by sulfurylation in uterus and other target tissues.  In Sulfate Metabolism and Sulfate Conjugation, Mulder GJ and Caldwell J (eds), New York: Taylor & Francis, Publishers, pp 182-195, 1982.

R02.   Brooks SC, Christensen C, Meyers S, Corombos J, Pack BA: Endocrine implications of endometrial estrogen sulfurylation.  In Steroids and Endometrial Cancer, Jasonni VM (ed), New York: Raven Press, pp 145-153, 1983.

R03.   Soper JT, Christensen C: Steroid receptors and endometrial cancer.  In Clinics in Obstetrics and G)Inecology, 1 3:825-842, 1986.

R04.   Christensen C. Hammond CB: Staging, gestational trophoblastic disease.  In Clinical Perspectives in Obstetrics and Gynecolog)t, Szulman AE, Buchsbaum HJ (eds), New York:Springer-Verlag, pp 122-126, 1987.

R05.   Christensen CW, Malone JM Jr: The use of monoclonal antibodies in the diagnosis and treatment of gynecologic malignancies.  In Deppe G, ed., Chemotherapy of Gynecologic Cancer, Second Edition.  New York: Alan R. Liss, Inc., pp 463-472, 1990.

R06.   Christensen CW, Smith PE, Deppe G: Principles of cancer therapy.  In Gleicher N, Elkayam U, Galbraith RM, Gall SA, Sarto GE, Sibai BM, eds., Principles of Medical Therapy in Pregnancy, Second Edition.  Connecticut: Appleton & Lange, pp 1057-1063, 1992.

R07.   Deppe G, Malviya V, Malone JM Jr, Christensen CW: Cytoreductive Surgery of Ovarian Cancer with the Cavitron Surgical Aspirator.  In Vlaamse Vereniging voor Obstetrie en Gynaecologie, Jaarboek, 1992.

R08.   Deppe G, Malone JM Jr, Malviya VK, Christensen CW: Cervical Neoplasms.  In Hajj and Evans, eds., Clinical Postreproductive Gynecology.  Appleton & Lange, pp 177-188, 1993.

R09.   Saunders DE, Williams JR, Wappler NL, Abel EL, Christensen CW, Malone JM Jr, Malviya VK, Deppe G: Effects of ethanol on the growth on benign and neoplastic breast cells.  In: Alcohol, Drugs of Abuse and Immunomodulation. Advances in Biosciences, Volume 86, Ed. Watson RR, Pergamon Press, NY. 417-420, 1993.

R10.   Munkarah A, Christensen CW, Deppe G: Principles of cancer therapy.  In Gleicher N ed., Principles and Practice of Medical Therapy in Pregnancy, Second Edition.  Connecticut: Appleton & Lange, 1234-1239, 1998.

R11.   **Christensen C.  Management of Chemical Dependency in Pregnancy.  In:  Sokol R and Mehta, S. (Eds)  The Impact of Societal Factors on Pregnancy Outcome. Clinical Obstetrics and Gynecology:  June 2008 - Volume 51 - Issue 2 - pp 445-455.**

32

Case Reports

CR01.  Snowman BA, Malviya VK, Brown W, Malone JM Jr, Christensen CW, Deppe G: Actinomycosis mimicking pelvic malignancy. Int J Gynecol Obstet 30:1989.

CR02.  Bates R, Deppe G, Malone JM Jr, Budev H, Christensen CW, Malviya VK: Combination chemotherapy for advanced adenocarcinoma of the cervix. Cancer 68:747-750, August 1991.

CR03.  Doss BJ, Jacques SM, Qureshi F, Chang CH, Christensen CW, Morris RT, Lawrence, WD: Immature Teratomas of the Genital Tract in Older Women.  Gynecologic Oncology 73:433-438, 1999.

Note: Abstracts 1 through 54 (1982-2001) have been removed from this list and are available on request.

A55.  Christensen C, et al.  Buprenorphine is effective in the treatment of co-occurring chronic pain and chemical dependency.  American Society of Addiction Medicine, Annual Meeting, San Diego CA, May 3 2006.

A56.  Christensen C, Raymond MT, Hanna R.  Innovations in Chemical Dependency and Chronic Pelvic Pain Teaching for Medical Students and Residents. APGO/CREOG Annual Meeting, Salt Lake City, UT Mar 7-9, 2007.

A57.  Gibbons P, Christensen CW, Christensen CM et al. Sedative Dependence: Detoxification and Treatment.  American Society of Addiction Medicine, Annual Meeting, Miami, Fla, April 27, 2007.

A58.  Christensen CW, Raymond PT.  Chemical Dependency and Chronic Pelvic Pain: Innovations in Teaching.  Association for Medical Education and Research in Substance Abuse (AMERSA), Annual Meeting, Washington DC November 8, 2007.

A59.  Garg G, Christensen C, Husain M, Kmak D, Franco Y * Department of OB/Gyn, Detroit Medical Center/Wayne State University.  Evaluation of Usefulness of Combined Colposcopy, Biopsy and Cytology Correlation Conference in a University Hospital. American Society of Colposcopy and Cervical Pathology, Orlando, Fla. March 17, 2008.

A60.  Ward C, Thakur P, Kruger M and Christensen C.  Postpartum Methadone Requirements Remain Increased after Maintenance Therapy in Pregnancy: A 6-month Follow-up Study.  Presented at the annual Society for Maternal Fetal Medicine, Chicago, Ill, February 3, 2010.

National Referreed Presentations
Carl W Christensen, MD PhD

1.  **National Refereed Presentations:**

Control of Estrogen Metabolism by Sulfotransferase in Endometrium. 1981 Annual
Clinical Meeting, American College of Obstetricians and Gynecologists, Dallas, Texas.
May 5, 1981

Evidence for Glucuronyl Transferase Activity in Porcine Endometrium In Vitro.  Annual
Clinical Meeting, American College Of Obstetricians and Gynecologists, New Orleans,
Louisiana.                                     May 3, 1986

Analysis of Estrogen Receptor in Ovarian Carcinoma with Biochemical and Monoclonal
Antibody Assays. Christensen C, McCarty KS Jr, Flowers J. Soper JT,McCarty KS Sr,
and Clarke Pearson DL.  Annual Clinical Meeting, American College of Obstetricians
and Gynecologists, Boston Massachusetts.    1988

Progesterone Receptor in Ovarian Carcinoma: Comparison of Biochemical and
Immunohistochemical Techniques.  Christensen C, McCarty KS Jr, Flowers J, Soper JT,
McCarty KS Sr, and Clarke Pearson DL. Annual Clinical Meeting, American College of
Obstetricians and Gynecologists, Atlanta, Georgia.  May 1989

Correlation Between Pap Smear and Colposcopically Directed Biopsy for the Diagnosis
of Squamous Intraepithelial Lesions in Women with HIV.  Presented at the Bayard Carter
Society of Obstetricians and Gynecologists, Charleston, South Carolina.    October, 1992

Colposcopy:  the Basics/Cyto-Colposcopic Correlation.  Husain M and Christensen C,
53rd Annual Meeting, American Society of Cytopathology. San Diego, CA, November
5th, 2005.

Sublingual Buprenorphine is effective in the treatment of co-occurring chronic pain and
chemical dependency.  Christensen CW, Christensen CM, Malinoff H et al.  Presented at
the American Society of Addiction Medicine, San Diego, CA, May 5, 2006.

Cyto-Colposcopic Correlation:  What Should You and the Clinician Do Next?  Husain, M
and Christensen C. 54th Annual Meeting, American Society of Cytopathology.  Toronto,
ON, November 6, 2006.

Pregnancy and Addiction.  Christensen CW, Christensen CM, Gibbons P, Malinoff H.
American Society of Addiction Medicine, Annual Meeting Postgraduate Course
("Common Threads"); Miami, Fla, April 26th, 2007.

Cyto-Colposcopic Correlation/Update on the Bethesda 2006 Guidelines.  Christensen,
Carl and Husain, Mujtaba.  55th Annual meeting, American Society of Cytopathology,
Houston, TX, Nov 2, 2007.

Mangement of Chemical Dependency and Pregnancy:  Experience at the Eleonore Hutzel Recovery Center.  Christensen CW and Christensen CM.  Association for Medical Education and Research in Substance Abuse (AMERSA), Washington, DC, Nov 9, 2007

"Addiction and Pregnancy:  Preliminary presentation of the MOTHER study (A randomized trial of methadone and buprenorphine in pregnancy); American Academy of Addiction Psychiatry, Boca Raton, Fla. December 6, 2008

ASAM national meeting, 2013, Chicago Ill:  "EHR, Meaningful Use and Addiction Medicine".

ASAM national meeting, 2014, Orlando Fla:  "Pregnancy and Addiction".

Other Scholarly Work/Special Interests
Carl W Christensen, MD PhD

2 & 3:  Local Refereed Presentations/Invited Presentations:

(Note:  presentations given before Jan 2006 have been removed).

Performing the Pelvic Examination:  WSU II  January – Feb 2006

Physician Impairment:  diagnosis and treatment.  NOMC, March 8, 2006.

HIV:  clinician/patient interaction;  WSU I, WSUSOM, April 18, 2006.

Alcohol Abuse/Dependence in Primary Care:  How to Screen and Intervene.  WSU SOM, Year II, August 22, 2006.

Chronic Pelvic Pain.  Hutzel OB Gyn Residents,  Sept 19, 2006.

Cyto-Colposcopic Correlation:  What should you and the clinician do next?  Karmanos Cancer Institute Pathology Review Day, Dearborn, Mi, Sept 30, 2006.

Pregnancy and Addiction.  Addiction Day, Department of Psychiatry, University of Michigan, Ann Arbor, MI; Oct 19, 2006.

Education Day Update.  Grand Rounds, Hutzel Hospital, Dept OB Gyn, Oct 24, 2006.

Pain and Addiction:  Common Threads.  Invited Panel Speaker, Chicago, Ill, Oct 29, 2006.

Colposcopy.  Grand Rounds, Hutzel Hospital, Detroit MI, Oct 31, 2006.

Cyto-Colposcopic Discrepancies.  American Society Cytopathology Annual Meeting, Toronto, CA, Nov 6, 2006.

Chronic Pain and Addiction.  Annual Pain Awareness Day, Detroit Medical Center, Detroit Mi, Nov 17, 2006.

Pregnancy and Addiction:  The Eleonore Hutzel Recovery Center.  Grand Rounds, Hutzel Hospital, Nov 28, 2006.

Physiology of Addiction.  Dawn Farm Education Series, St Joseph Mercy Hospital, Ann Arbor, MI, Nov 28, 2006.

Pathology of the Vulva.  Southeastern Michigan CME Committee (SEMCME); Providence Hospital, Southfield, MI Nov 29, 2006.

Pathology of the Cervix.  Southeastern Michigan CME Committee (SEMCME); Providence Hospital, Southfield, MI Dec 6, 2006.

Colposcopy.  Southeastern Michigan CME Committee (SEMCME); Providence Hospital,

37

Other Scholarly Work/Special Interests
Carl W Christensen, MD PhD

Southfield, MI, Dec 13, 2006

Chemotherapy/Oncology Reivew.  Southeastern Michigan CME Committee (SEMCME); Providence Hospital, Southfield, MI Jan 10, 2007.

CREOG Review.  St Joseph Mercy Hospital, Ann Arbor, MI.  Jan 9 and Jan 16, 2007.

Medical Treatment of Chronic Pelvic Pain.  MSACOG Snow Meeting, Traverse City, MI, Jan 25, 2007

Pregnancy and Addiction.  MSACOG Snow Meeting, Traverse City, MI, Jan 26, 2007

Women and Addiction.  Women's Health Week, WSU SOM, Feb 5, 2007.

Treatment of Opiate Dependence:  Suboxone (Buprenorphine).  OB Gyn Resident Lecture Series; Feb 6th 2007.  Hutzel Hospital.

Physiology of Addiction.  Dawn Farm, Ypsilanti, Mi, Feb 8, 2007.

High Risk Service:  Review of Chemical Dependency at the EHRC.  Division of MRM lecture series, March 16, 2007.

Pregnancy and Addiction:  Diagnosis and Treatment for OB Gyn.  North Oakland Medical Center Grand Rounds, March 28th, 2007.

Treatment of Opiate Dependence:  Suboxone (Buprenorphine).  Ambulatory Medicine Grand Rounds.  WSU School of Medicine, May 29th, 2007.

Overview of Addiction Treatment/Chronic Pain.  St Joseph Mercy Hospital, June 6, 2007.

Physician Impairment.  GME orientation, Scott Hall, WSUSOM, June 9, 2007.

Surgical Techniques:  Cesarean Section.  Perinatal Research Branch, Hutzel Hospital, July 23, 2007.

Michigan Health Professional Recovery Program.  Council of Chiefs, DMC; Sinai Grace Hospital, August 10, 2007.

Alcohol Abuse/Dependence in Primary Care:  How to Screen and Treat.  WSU SOM, Year II, August 21, 2007.

Pregnancy and Addiction.  Division of Addiction Psychiatry, Dept of Psychiatry, U of Mich, Ann Arbor MI, August 30, 2007.

ED management of chronic pain/addiction.  Department of Emergency Medicine, U of M, St Joseph Mercy Hospital, Ypsilanti MI, September 19, 2007.

38

Other Scholarly Work/Special Interests
Carl W Christensen, MD PhD

Pregnancy and Addiction for CNMs.  WSU College of Nursing, WSU, October 9, 2007.

Diagnosis and Treatment of Chronic Pain.  Department of Anesthesiology, WSU/DMC, October 17, 2007.

Update on the new Bethesda 2006 Colposcopy Guidelines.  Dept OB Gyn, WSU, Sinai Grace Hospital, Detroit MI, November 13, 2007.

Prescription Drug Abuse.  University of Michigan, Ann Arbor, Mi November 29, 2007

Pregnancy and Addiction.  U of M School of Nursing and Midwifery, Ann Arbor, Mi.  March 28, 2008.

Treatment of Addiction, Dept Medicine, WSU.  July 28, 2008.

Differential Diagnosis of Chronic Pain, Dept OB Gyn Grand Rounds, William Beaumont Hospital, Royal Oak, MI September 4, 2008.

The Trouble with Benzos; VA Hospital, Dept Psychiatry Grand Rounds, September 3, 2008.

Medical Complications of Addiction, Dept Psychiatry (Addiction Fellowship Lecture Series), WSU.  Sept 25, 2008

Addiction in Pregnancy/Pain and Addiction;  Southeastern Michigan Continuing Medical Education (SEMCME); September 24, 2008

Chronic Pain and Addiction, Grand Rounds, Munson Medical Center, Traverse City Mi;

Addiction in Pregnancy & Overview of Addiction, Traverse City Perinatal Conference, Munson Medical Center,  October 2, 2008

Treatment of Opioid Addiction, Michigan Filipino Medical Association, Troy, MI.  October 18, 2008

Detoxification, Treatment & Aftercare of Alcohol Dependence.   Presented at the Annual Meeting of the Michigan State Medical Society, October 23rd, 2008.

Treatment of Nicotine Dependence, Dept Psychiatry (Addiction Fellowship Lecture Series), October 23, 2008

Recognizing Addiction in Chronic Pain Patients, VA Hospital/Dept Psychiatry, October 28, 2008

Diagnosis of the Impaired Health Professional; C Christensen and C Gehrke, MD, Dept Emergency Medicine, WSU.  November 20, 2008.

Other Scholarly Work/Special Interests
Carl W Christensen, MD PhD

Recognizing Addiction in the ED.  Dept Emergency Medicine, WSU.  November 20, 2008.

Use of Medications in the Michigan Prison ReEntry Program (MPRI): presented at the
House Appropriations Committee, February 24, 2009

Eating Disorders.  Dept OB Gyn, Sinai Grace Hospital, Detroit MI.  March 13, 2009.

How to Recognize Chemical Dependency in your Chronic Pain Patients, presented to the
Intenal Medicine Residency Program, WSU/DMC, March 22, 2009.

Monitoring for Addiction in Pain Patients, Division of Infectious Disease, Dept Medicine,
WSU, April 27, 2009.

Pregnancy and Addiction, Residency lecture, Dept Psychiatry, WSU, April 22, 2009.

What Would You Do?  , Physician Impairment, C Gehrke and C Christensen, presented at
Grand Rounds, St Mary's Hospital, Livonia, Mi June 17, 2009.

To Care Enough?  C Gehrke and C Christensen, presented at Grand Rounds, Dept
Internal Medicine, St Joseph Mercy Hospital, Ypsilanti, Mich, June 18, 2009.

Addiction and Chronic Pain, Dept Internal Medicine, WSU, July 27, 2009.

Chemical Dependency & Chronic Pain, Mich State Univ Educational Consortion/Statewide
Campus System (SCS)/Family Medicine, August 5, 2009.

Alcohol Abuse & Dependence in Primary Care:  How to Screen & Intervene.  WSU II
Medical Students, WSUSOM, August 27, 2009.

To Care Enough?  C Gehrke and C Christensen, Dept Internal Medicine Grand Rounds,
September 1, 2009.

Addiction Day, WSU II Students, WSUSOM, September 11, 2009.

Addiction and Pregnancy, 10th Annual Michigan Substance Abuse Conference, Mich Assn
of Community Mental Health Boards (MACMHB), Detroit, Mi, September 14 2009.

Integration of Substance Abuse Treatment into an HIV Clinic, 10th Annual Michigan
Substance Abuse Conference, Mich Assn of Community Mental Health Boards
(MACMHB), Detroit, Mi, September 15 2009.

Addiction and Pregnancy, Mich State Chapter, American College OB Gyn, Traverse City,
January 15, 2010

Physiology of Addiction; Michigan Pharmacists Association, Detroit MI, Feb 23, 2010.

Other Scholarly Work/Special Interests
Carl W Christensen, MD PhD

Physician Impairment, Michigan Pharmacists Association, Detroit MI, Feb 23, 2010

Congdon Lecture Series, "Update: Addiction & Pain Medicine", panel speaker, March 10, 2010

Recognizing Addiction in Chronic Pain, Dept Anesthesiology Grand Rounds, WSU, April 28, 2010.

Clinical Continuity of the HPRP Client: the Addictionist's Role. Grand Haven, MI, May 20, 2010.

Clinical Continuity of the HPRP Client: the Addictionist's Role. Mackinaw City, MI, July 22, 2010.

Intro to Pain Medicine/Prescription Writing/DEA. PGY1 orientation, DMC, Detroit MI, June 29, 2010.

Addiction Day, WSUSOM, Sept 11, 2010

Healthcare Professional Impairment, MSUCOM, Detroit Campus, Sept 14, 2010.

Alcohol: Screening in Primary Care. WSUSOM, Detroit MI Sept 14, 2010.

Physician Impairment: Risk Factors, Identification & Treatment. Brighton Hospital, October 21, 2010.

Clinical Continuity of the HPRP Client: the Addictionist's Role. Detroit MI, October 25, 2010.

Tobacco Dependence, Addiction Psychiatry Fellowship Lecture Series, WSU, October 26, 2010.

Clinical Continuity of the HPRP Client: the Addictionist's Role. Lansing MI, February 23, 2011.

Pregnancy and Addiction: Nurse Practitioner Education Lecture, November 29, 2011.

The Impaired Healthcare Professional: Identification and Treatment: Grand Rounds, Henry Ford Hospital Department of Urology. December 7, 2011.

Review of Addiction and Pregnancy. University of Memphis Grand Rounds, January 24, 2012

Physiology of Addiction. Dawn Farm Educational Series, St Joseph Mercy Hospital, February 21, 2012.

41

Other Scholarly Work/Special Interests
Carl W Christensen, MD PhD

Use of Medical Marijuana by Healthcare Professionals. Presented at the Michigan Professional Recovery Committee, March 19th, 2012.

The Opioid Epidemic and Neontal Abstinence Syndrome (NAS). Online presentation for the Keystone Project, June 12, 2012.

Eating Disorders. Dawn Farm Educational Series, St Joseph Mercy Hospital, June 26, 2012.

Year I Addiction Day (presentation on impaired physicians and guest speakers). WSU SOM, September 7, 2012.

Diagnosis and Management of Opioid Dependence. Department of Midwifery, DMC/WSU, September 12, 2012.

Update on Pregnancy and Addiction. WSU Dept of OB Gyn Grand Rounds, WSU, September 18, 2012.

Substance Abuse and Healthcare Professionals:  University of Michigan Student Lecture Series (2nd Year).  November 9th, 2012.

To Care Enough:  the Impaired Healthcare Professional. With Dr. Charles Gehrke; St John's Hospital Grand Rounds, November 16, 2012.

Eating Disorders. Dawn Farm Educational Series, St Joseph Mercy Hospital, January 22, 2013.

Medical Complications of Addiction, Dept Psychiatry, May 14, 2013.

Substance Abuse and Healthcare Professionals:  University of Michigan Student Lecture Series (2nd Year).  June 28, 2013.

Year I Addiction Day (presentation on impaired physicians and guest speakers). WSU SOM, September 7, 2012.

Mangement of Chronic Pain and Addiction. Dept Anesthesia, WSU, November 13, 2013.

Update on Colposcopy/ASCCP Guidelines. With Dr. Mujtaba Husain, WSU Dept OB/Gyn Grand Rounds, November 19, 2013.

The Opioid Epidemic. Monroe County Narcotics Task Force, December 3, 2013.

Pregnancy and Addiction:  Nurse Practitioner Education Lecture, December 10, 2013.

Other Scholarly Work/Special Interests
Carl W Christensen, MD PhD

CREOG Review. St Joseph Mercy Hospital, Dept OB Gyn, January 16, 2014.

Opioid Dependence: Before, During and After Pregnancy. Michigan Section, American College of OB Gyn (MSACOG). Annual Snow Meeting, January 30, 2014.

Anesthesia and Addiction. Dept Anesthesia Grand Rounds, U of Mich, February 13, 2014.

Identifying Addiction in Chronic Pain Patients. Michigan Section, American Nurses Association, Oakwood Hospital, February 27, 2014.

Eating Disorders. Dawn Farm Educational Series, St Joseph Mercy Hospital, March 18, 2014.

Through Their Eyes: Pregnancy and Addiction. Association of Woneb's Health, Obstetrical and Neonatal Nurses (AWHONN). May 2, 2014.

Recognizing Addiction In Chronic Pain Patients. Dept. Anesthesia, WSU: Advanced Techniques for Acute and Chronic Pain Management. May 4, 2014.

Written Board Review Course. St Joseph Mercy Hospital, June 17, 2014.

Physiology of Addiction. Dawn Farm Educational Series, St Joseph Mercy Hospital, June 24, 2014.

Practitioner Wellness Committee Bootcamp. University of Michigan/U C San Diego, Ann Arbor, Michigan, August 22, 2014.

Substance Abuse and Healthcare Professionals: University of Michigan Student Lecture Series (2nd Year). October 4th, 2014.

Prescribing and the Opioid Epidemic. Blue Cross Blue Shield Michigan (BCBSM), Detroit, Michigan, December 18, 2014.

CREOG Review. (OB Gyn national in-house exam), St Joseph Mercy Hospital, Jan 22, 2015.

Congdon Annual Lecture Series, Genesys Health System, Flint Mi. March 11, 2015:
 Pain and Addiction.
 Use of Urine Drug Screens in Prescription Management.

The Opioid Epidemic. Lenawee County Addiction Summit, Adrian, Mich, March 12, 2015.

Urine Drug Screen Interpretation. Center for Forensic Psychiatry (MDCH), Saline, Mich. April 17, 2015.

43

Risk Evaluation and Mitigation Strategy (REMS). Michigan State Medical Society, Grand Rapids, Mich, May 2, 2015.

Management of Addiction in Pregnancy. Henry Ford Hospital/Wyandotte, Dept. OB Gyn, May 5, 2015.

Case Presentations: Urine Drug Screens in Addiction and Pain Management. Michigan Society Addiction Medicine (MISAM), Lansing Michigan, March 21st, 2015.

Physiology of Addiction. Dawn Farm Educational Series, St Joseph Mercy Hospital, May 19th, 2015.

Physican Impairment: Disabled, Dishonest and Duped. DMC Intern Orientation, June 26, 2015.

HIV, Substance Abuse, and Mental Illness: Challenges in the Management of Chronic Pain. Michigan AIDs Training and Education Center (MATEC): Mt. Pleasant, Michigan, July 11, 2015.

Treatment of Addiction. Detroit Recovery Project, July 14, 2015.

Addiction and the Opioid Epidemic. National Association of Drug Diversion Investigators (NADDI), Gladwin, Michigan, August 11, 2015.

VCE online: Prescription Drug Abuse and the Opioid Epidemic. Released 8/27/15. Accessed at :
https://www.vceonline.org/OnlineCourses/V2/course_module_introduction.asp?OCGUID={9074B391-F5F1-48B0-8A35-E86E4010A767}&OCMGUID={EEBB636C-2D6A-4FAA-A808-451CBC6FA497}

Recovery From Addiction: Presentations with Michael Boticelli, Director, Office of National Drug Control Policy. University of Michigan, September 30, 2015.

Risk Evaluation and Mitigation Strategy (REMS). Northern Michigan Medical Society, Petoskey, Mich, October 1st, 2015.

Urine Drug Screens: Interpretation and Management. Center for Forensic Psychiatry, Milan MI. November 6, 2015.

The Impaired Student and Physician. WSU School of Medicine. November 9, 2015.

Physician Impairment. Univ of Michigan School of Medicine. November 13, 2015.

Mi-HOPE opioid overdose rescue training. Fowlerville, MI December 14, 2015.

Addiction and Opioid Overdose. Families Against Narcotics. Maple Rock, Ann, Arbor, MI Jan 4, 2016.

44

Other Scholarly Work/Special Interests
Carl W Christensen, MD PhD

Addiction, Chronic Pain and TBI: Michigan Brain Injury Provider Council. Farmington, MI Jan 12, 2016.

REMS: Risk Evaluation and Mitigation Strategy. Presented to the Genesee Medical Society, Flint MI. Jan 19th, 2015.

Physiology of Addiction. Michigan Association of Community Mental Health Boards, Kalamazoo, MI. February 1st, 2016.

The Opioid Epidemic. Families Against Narcotics/Genesee County Medical Society. Flint, MI.

Medication Assisted Therapy. GDAHC (Greater Detroit Area Health Council), Detroit MI, February 10th, 2016.

HPRP Update. Michigan Society of Addiction Medicine, Lansing, MI, February 13, 2016.

Chemical Dependency and Pregnancy. Western Michigan Dept Psychiatry, Kalamazoo, MI. March 8th, 2016.

Does Treatment Work? Dawn Farm Educational Series, St Joseph Mercy Hospital, Ann Arbor, MI. March 16th, 2016.

Pain, SUD and TBI. St. Johns Inn, Plymouth, MI. March 18th, 2016.

The Impaired Physician: Disabled, Duped and Disruptive. Oakland Regional Hospital, Southfield, MI. March 21st, 2016.

Naloxone Training. Oakland County EMS, Howell, Mich. April 4th, 2016.

Addiction and MAT. Taylor, MI Drug Court, Taylor MI. April 11th, 2016.

Naloxone Training. Wayne State Students for Recovery, Detroit, MI. April 25th, 2016.

Other Scholarly Work/Special Interests
Carl W Christensen, MD PhD

4.    Other Scholarly Work:

Gynecologic Oncology Research Laboratory/Oncology Division (1988- 1992)

- Effects of cell-cell contacts on estrogen receptor levels in MCF-7 (Co-Investigator: Dwight Saunders, Ph.D.)

- Effects of heterogeneity of estrogen receptor in MCF-7 cells on response to chemotherapeutic agents (Co-Investigator: Dwight Saunders, Ph.D.)

- Control of c-myc activity in ovarian cancer cells by biologic modifiers (Investigator: Dwight Saunders, Ph.D.)

- Evidence of estrogen glucuronidation activity in endometrial organ cultures (completed) (Co-Investigator: Samuel C. Brooks, Ph.D.)

Computer Data Base(s)

- Gynecologic Oncology Tumor Registry (1990)
- Eleonore Hutzel Recovery Program (2004)
- **Colposcopy Treatment Board (2007)**
- **Jefferson Avenue Research Clinic (2009)**
- **MacPractice EMR for Addiciton Medicine (2013)**

General Gynecology Division

- Relationship between CA 125 and laparotomy-induced peritonitis (Co-Investigator: Dwight Saunders, M.D.) (1992).

- Colposcopy and Gynecologic Care of patients with Human Immunodeficiency Virus (HIV) infection (co PI; HIV Epidemiology Research Study (HERS Trial); Principal Investigator: Paula Schuman, M.D.) (1995).

- Triage and management of patients with HGSIL:  cost effectiveness of "see and treat LEEP" (2002).

- Triage and management of pregnant patients presenting with HGSIL (2002).

- **Use of the Colposcopy Treatment Board to allow conservative management of patients with HGSIL (2007 – 2010)**

46

Other Scholarly Work/Special Interests
Carl W Christensen, MD PhD

**Medical Student Education:**

- Development and comparison of oral, multiple choice and short answer questions in evaluation of medical student performance (Co-Investigator: Honor Wolfe, M.D.) (1992).

- Development of "core lecture" series for Obstetrics and Gynecology Resident training (July, 1992)

- National Medical Board Part II Core Review Course: A series of "goal oriented" lectures given to 4th year medical students in September, with emphasis on "borderline" students (1993).

- Videotaped Oral Case Presentation:  Video recording of the WSU Clerkship oral exam to allow feedback on student performance (1995).

- NMLE Step 2 Review Course: expansion of the Part 2 exam to cover newer "problem oriented" questions (1995).

- WSU III OB GYN CD: development of a CD ROM containing the lectures for the WSU III OB Gyn Clerkship, allowing use of LCD technology to present lectures (2000).

- Objective Student Clinical Examination (OSCE):  development of OB/Gyn questions (2001) and the incorporation of domestic violence into the OSCE examination (2002).

- **Impaired Physicians:  Do We Care Enough?  An introductory lecture on physician impairment presented to Year III (WSU) and Year I (MSU) medical students.  Charles Gehrke, MD, Co-director.  (2001 – present)**

**Resident Education:**

- CREOG  Review Sessions and American Board of Obstetrics and Gynecology (written examination): development of a series of question and answer review sessions.  Currently a CD ROM based course utilizing the Prolog Review Questions (2002).

- Gynecologic Oncology Lectures:  a combination of didactic lectures and case presentations to familiarize residents with patients presenting with gynecologic malignancies.  (1992- 2002).

- Colposcopy teaching:  development of a web-based database for patients presenting for colposcopy at the University Health Center (Ryan Blackwell, David

Kmak, MD) (2002).

- OHEP Board Review Course:  designed as a replacement for the All-Michigan Course (1992-1998); currently based on an Excel® spreadsheet containing relevant Prolog questions, with hyperlinks to explanations and discussions. (2001-2002).

- **Physician Impairment:  Diagnosis of chemical dependency in physicians, indication for referral, case presentations.  (2002 – present).**

- Colposocpy Conference:  clinical-pathologic correlation of patients seen at the WSU Colposcopy Clinic (with Mujtiba Husain, MD).  (2002 – present).

5.    Other Special Interests

Addiction Medicine  2001 – Present

- Eleonore Hutzel Recovery Center:  comprehensive prenatal care services for chemically dependent pregnant and non – pregnant patients, including methadone and buprenorphine maintenance, comprehensive medical care, twelve step facilitation, individual and group therapy.
    o   Associate Medical Director January 2001 – May 2004
    o   Medical Director May 2004 – present

- Dawn Farm Treatment Center: admission assessment, medical care, and emergency referrals.
    o   Medical Director October 2003 – present

Obstetrics/Addiction Medicine
- Treatment of Chemical Dependence in Pregnancy (2002 – present)
- Use of buprenorphine in pregnant opioid dependent patients (2004 – present): served as the obstetrician for the WSU site for the MOTHER study, an international, randomized/controlled study of buprenorphine vs. methadone in pregnant addicted women  (NEJM 2010; 363: 2320-31)

Addiction Medicine/Pain Medicine
- Use of the Michigan Automated Prescription System (MAPS) in monitoring diversion and abuse in addiction patients (2008 – present)
- Reduction of benzodiazepine use in opioid dependent patients (2005 – present)
- Management of co-occurring chronic pain and chemical dependency (2005 – present)

48

Other Scholarly Work/Special Interests
Carl W Christensen, MD PhD

**Medical Review Officer 2005 – 2011**

- Responsible for analyzing results of urine drug screens (UDS) done at the Eleonore Hutzel Recovery Center
- Consultant for UDS results for UHC and OB Gyn Service
- Medical Review Officer for the Michigan Health Professional Recovery Program, 2010 – 2014

**Impaired Healthcare Professionals  (2004-present)**

- <u>Medical Student Chemical Dependency Program</u>:  Liason between the School of Medicine and the Michigan Health Professional Recovery Program (MHPRP).  2004 – 2007. (C Gehrke, Medical Director)

- <u>Student Health Monitoring Program; Medical Director 2007-2013.</u>  A WSU SOM program based on the HPRP model, allowing confidential monitoring and documentation of recovery to medical students identified with impairment and/or substance use disorders.  Currently being administered on an ad hoc basis.

- <u>Michigan Health Professional Recovery Program (HPRP):</u>  served as a provider for the HPRP from 2008 to 2014; providing evaluations, recommendations, and outpatient treatment for impaired physicians, nurses and pharmacists.  Served as the Chair of the Michigan Healthcare Professional Recovery Committee, the oversight committee for the HPRP, during which time I worked actively to improve and define policies for healthcare professionals who were working in high risk careers such as anesthesia.  In 2014, became the Medical Director of the HPRP.

**Patient Advocacy and Addiction:**
- <u>Women's Action Group</u>:  a group tasked by the American Society of Addiction Medicine to examine possible discrimination in treatment by pregnant and postpartum addicted women.
- <u>Patient Advocacy Task Force (2013-2015):</u>  a group tasked by the American Society of Addiction Medicine to advocate for uniform coverage of addiction medicine treatment at the state level.

**The "Opioid Epidemic"**

- <u>Community Health Awareness Group (CHAG):</u>  Due to the recent influx of Fentanyl into the illicit drug supply in Detroit, the use of naloxone for opioid overdose has become essential.  I am currently serving as the prescribing physician for naloxone overdose kits supplied by CHAG and the Detroit Recovery Project.

- <u>MSMS Task Force on Opioid Stewardship</u>:  part of the effort by the State of Michigan and the Michigan State Medical Society to educate physicians in the safe prescription of opioids.

49

Other Scholarly Work/Special Interests
Carl W Christensen, MD PhD

- **Risk Evaluation and Mitigation Strategy (REMS):** an FDA mandated project
  sponsored by MSMS and the American Society of Addiction Medicine, consisting of
  a two hour lecture to physicians on safe use of long acting opioids.