UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LESLY POMPY, et al,

          Case No. 19-10334

    Plaintiffs,

v             Honorable David M. Lawson

MONROE BANK AND TRUST,   Magistrate Judge Anthony P. Patti
SUSAN MEHREGAN, THOMAS SCOTT,
TINA TODD, JESSICA CHAFFIN,
JACK VITALE, MARC MOORE,
ROBERT BLAIR, JON LASOTTA,
SHAWN KOTCH, BRIAN BISHOP,
BLUE CROSS BLUE SHIELD OF MICHIGAN,
MICHIGAN, BLUE CROSS BLUE SHIELD OF MICHIGAN
MUTUAL INSURANCE COMPANY,
BLUE CROSS COMPLETE OF MICHIGAN, LLC,
MICHAEL ZSENYUK, JIM GALLAGHER,
BRIAN ZASADNY, JAMES HOWELL,
DIANE SILAS, CARL CHRISTENSEN,
J.ALAN ROBERTSON; SHELLY EDGERTON,
SEAN M. SIEBIGTEROTH, KIM GAEDEKE,
VAUGHN HAFNER, DINA YOUNG and
RAY KISONAS,

    Defendants.
_____/

| | |
|---|---|
| Butzel Long, P.C. | Rosati Schultz Joppich & Amtsbuechler PC |
| Joseph E. Richotte | Thomas D. Beindit (P81133) |
| Attorneys for Plaintiff | Alexandra L. Page (P84663) |
| Colombia Center | Attorneys for Defendants Robert Blair and |
| 201 W. Big Beaver Rd., Ste. 1200 | Jon LaSotta |
| Troy, MI 48084 | 822 Centennial Way, Ste. 270 |
| (248) 258-1407 | Lansing, MI 48917 |
| richotte@butzel.com | (517) 886-3800 |
| | tbeindit@rsjalaw.com |
| | apage@rsjalaw.com |

| | |
|---|---|
| Samantha A. Pattwell (P76564)<br>Scott R. Knapp (P61041)<br>Dickinson Wright, PLLC<br>Attorneys for Blue Cross Defendants<br>215 S. Washington Square, Ste. 200<br>Lansing, MI 48933<br>(517) 487-4776<br>spattwel@dickinsonwright.com<br>sknapp@dickinsonwright.com | Kyla Barranco (P81082)<br>Assistant Attorney General<br>Attorney for State Defendants<br>State Operations Division<br>P.O. Box 30754<br>Lansing, MI 48909<br>(517) 335-7573<br>barrancok@michigan.gov |

_____/

## **STIPULATION TO DISMISS ROBERT BLAIR AND JON LASOTTA**

Plaintiff Lesly Pompy, through his attorney Joseph E. Richotte of Butzel Long, P.C., and Defendants Robert Blair and Jon LaSotta, through their attorney Thomas D. Beindit of Rosati, Schultz, Joppich & Amtsbuechler, P.C., stipulate to dismissal of Defendants Robert Blair and Jon LaSotta from this action without prejudice and without costs to any of the stipulating parties.

Respectfully submitted,

| | |
|---|---|
| /s/ Joseph E. Richotte<br>Joseph E. Richotte<br>Attorneys for Plaintiff<br>Colombia Center<br>201 W. Big Beaver Rd., Ste. 1200<br>Troy, MI 48084<br>(248) 258-1407<br>richotte@butzel.com | /s/ Thomas D. Beindit<br>Thomas D. Beindit (P81133)<br>Attorney for Defs. Blair and LaSotta<br>822 Centennial Way, Ste. 270<br>Lansing, MI 48917<br>(517) 886-3800<br>tbeindit@rsjalaw.com |
| Dated: June 22, 2023 | Dated: June 22, 2023 |