UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LESLY POMPY, and
INTERVENTIONAL PAIN
MANAGEMENT ASSOCIATES,
P.C.,

    Plaintiffs,

v

BLUE CROSS BLUE SHIELD OF
MICHIGAN, MARC MOORE, and
BRIAN BISHOP,

    Defendants.

No. 2:19-CV-10334

HON. DAVID M. LAWSON

**STIPULATION TO SUBSTITUTE COUNSEL ON BEHALF OF DEFENDANT MARC MOORE**

_____/

**Joseph E. Richotte (P70902)**
**Steven R. Eatherly (P81180)**
Attorney for Plaintiff, Lesly Pompy, MD and
Interventional Pain Management
Associates, PC
Butzel Long, PC.
Columbia Center
201 W. Big Beaver Rd., #1200
Troy, MI  48084
248.258.1407
richotte@butzel.com
eatherly@butzel.com

**Bradley Darling (P63176)**
U.S. Department of Justice
Attorney for Defendant Bishop
211 W. Fort Street, Suite 2001
Detroit, MI  48226
313.226.9137
bradley.darling@usdoj.gov

**Ryan Wier (83886)**
**Kyla Barranco (P81082)**
**Assistant Attorneys General**
**Mark E. Donnelly (P39281)**
**Special Assistant Attorney General**
Attorneys for Defendant Moore
State Operations Division
P.O. Box 30754
Lansing, MI  48909
517-335-7573
wierr2@michigan.gov
barrancok@michigan.gov
donnellym@michigan.gov

**Phillip J. DeRosier (P55595)**
**Samantha A. Pattwell (P76564)**
**Scott R. Knapp (P61041)**
**Dickinson Wright, PLLC**
Attorneys for Blue Cross Defendants
215 S. Washington Square, Suite 200
Lansing, MI 48933
517-487-4776 / Fax 517-487-4700
SPattwel@dickinsonwright.com
sknapp@dickinsonwright.com
pderosier@dickinsonwright.com

_____/

## STIPULATION TO SUBSTITUTE COUNSEL
## ON BEHALF OF DEFENDANT MARC MOORE

The parties, through their respective counsel, Stipulate and Agree to the Substitution of Attorney Ryan Wier (P83886) as the attorney for Defendant Marc Moore in the captioned matter in place and stead of Kyla Barranco (P81082).

| | |
|---|---|
| */s/ Joseph E. Richotte* (w/permission) | */s/ Ryan Wier* |
| Joseph E. Richotte (P70902) | Ryan Wier (P83886) |
| Attorney for Plaintiff | Attorney for Defendant Moore |
| | |
| Dated: September 15, 2023 | Dated: September 14, 2023 |