UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LESLY POMPY and INTERVENTIONAL PAIN
MANAGEMENT ASSOCIATES, P.C.,

        Plaintiffs,        Case Number 19-10334
v.        Honorable David M. Lawson

MARC MOORE, BRIAN BISHOP,
and BLUE CROSS BLUE SHIELD
OF MICHIGAN,

        Defendants.
_____/

## ORDER SUBSTITUTING COUNSEL

Pursuant to the stipulation of the parties (ECF No. 169),

It is **ORDERED** that attorney Ryan Wier is **SUBSTITUTED** as counsel of record for defendant Marc Moore in place of attorney Kyla Barranco, and attorney Barranco is discharged from any further obligation to the Court in this matter.

        s/David M. Lawson
        DAVID M. LAWSON
        United States District Judge

Dated: September 21, 2023